E-FILED
Thursday, 02 September, 2004 02:13:05 PM
Clerk, U.S. District Court, ILCD

FILED
SEP 02 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | |
|---|---|
| THE CITY OF CHAMPAIGN, an Illinois municipal corporation, on its own behalf and on behalf of the Class of all other units of local government similarly situated, | ) ) ) ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) NO. 02-2252 ) |
| MCLEODUSA, INC., a Delaware corporation, and MCLEODUSA TELECOMMUNICATION SERVICES, INC., an Iowa corporation, | ) ) ) ) ) |
| Defendants. | ) |

### DISCOVERY CERTIFICATE OF SERVICE

The undersigned hereby certifies pursuant to the provisions of Rule 5 of the Federal Rules of Civil Procedure, and the penalties therein provided, that a copy of **PLAINTIFF'S THIRD REQUEST FOR PRODUCTION OF DOCUMENTS TO MCLEODUSA, INCORPORATED and MCLEODUSA TELECOMMUNICATIONS SERVICES, INC.** was served upon each of the addressees hereinafter set forth via facsimile and by placing a copy in an envelope plainly addressed to said addressees, affixing first-class postage thereto, and depositing same with the United States mail at Springfield, Illinois on August 31, 2004:

> Edward F. Malone, Esq.
> Daniel J. Weiss, Esq.
> Jenner & Block, LLC
> One IBM Plaza
> Chicago, IL 60611
> Telephone:  (312) 923-2852   (Mr. Malone)
> Facsimile:  (312) 840-7252
> Telephone:  (312) 923-4517   (Mr. Weiss)
> Facsimile:  (312) 840-7517

H:\3789\90001\DISCOVERY09.CERT\8-31-2004

Per Rule 26.3 of the Local Rules of the US District Court for the Central District of Illinois, the original of the **PLAINTIFF'S THIRD REQUEST FOR PRODUCTION OF DOCUMENTS TO MCLEODUSA, INCORPORATED and MCLEODUSA TELECOMMUNICATIONS SERVICES, INC.** was not filed with the Clerk of the Court, but was retained in our files. This Certificate is being filed to certify that copies were served as stated herein.

*Brenda S. Witt*

Subscribed and sworn to before me, a Notary Public, this 31st day of August, 2004.

*Joanna King*
Notary Public

"OFFICIAL SEAL"
JOANNA KING
NOTARY PUBLIC STATE OF ILLINOIS
COMMISSION EXPIRES 09/27/05