E-FILED
Friday, 03 September, 2004 12:30:55 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | |
|---|---|
| THE CITY OF CHAMPAIGN, an Illinois municipal corporation, on its own behalf and on behalf of the Class of all other units of local government similarly situated, | ) ) ) ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) NO. 02-2252 ) |
| MCLEODUSA, INC., a Delaware corporation, and MCLEODUSA TELECOMMUNICATION SERVICES, INC., an Iowa corporation, | ) ) ) ) ) |
| Defendants. | ) |

**DISCOVERY CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 3rd day of September, 2004, pursuant to the provisions of Rule 5 of the Federal Rules of Civil Procedure and proposed CDIL-LR 5.3, and the penalties therein provided, that a copy of *CHAMPAIGN'S FOURTH SUPPLEMENTAL RESPONSE TO MCLEODUSA'S FIRST SET OF DOCUMENT REQUESTS* was served upon each of the addressees hereinafter set forth by placing a copy in an envelope plainly addressed to said addressees, affixing first-class postage thereto, and depositing same with the United States mail at Springfield, Illinois on September 3, 2004:

> Edward F. Malone, Esq.
> Daniel J. Weiss, Esq.
> Jenner & Block, LLC
> One IBM Plaza
> Chicago, IL 60611

Per Rule 26.3 of the Local Rules of the US District Court for the Central District of Illinois the original of *CHAMPAIGN'S FOURTH SUPPLEMENTAL RESPONSE TO MCLEODUSA'S FIRST SET OF DOCUMENT REQUESTS*

H:\3789\90001\DISCOVERY10.CERT\9-3-2004

was not filed with the Clerk of the Court, but was retained in our files.

The undersigned further certifies that I electronically filed this *Discovery Certificate of Service* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

N/A

and I hereby certify that a copy of the foregoing instrument, and a copy of the Notice of Electronic Filing, was served upon each of the non CM/ECF participants, whose addressees are hereinafter set forth by placing a copy in an envelope plainly addressed to said addressees, affixing first-class postage thereto, and depositing same with the United States mail at Springfield, Illinois on September 3, 2004:

Edward F. Malone, Esq.
Daniel J. Weiss, Esq.
Jenner & Block, LLC
One IBM Plaza
Chicago, IL 60611

and that the original was maintained in my files.

s/ Thomas W. Kelty
Thomas W. Kelty, No. 1441337
**KELTY LAW OFFICES, P.C.**
Attorneys for Plaintiff
3201 Pleasant Run, Suite A
P.O. Box 13317
Springfield, IL 62791-3317
Telephone: 217/726-8200
Facsimile: 217/726-8300
tkelty@keltylaw.com