IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | |
|---|---|
| THE CITY OF CHAMPAIGN, an Illinois municipal corporation, on its own behalf and on behalf of the Class of all other units of local government similarly situated, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) NO. 02-2252 |
| MCLEODUSA, INC., a Delaware corporation, and MCLEODUSA TELECOMMUNICATION SERVICES, INC., an Iowa corporation, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## MOTION TO COMPEL

NOW COMES Plaintiff, THE CITY OF CHAMPAIGN, an Illinois municipal corporation, by and through its attorneys, Kelty Law Offices, P.C., pursuant to Rules 37(a) and 34 of the Federal Rules of Civil Procedure, and files herewith its *Motion to Compel* Defendants to answer Plaintiff's *Requests for Production of Documents*.

The parties have made a good faith effort to resolve this discovery dispute without success. Their efforts are described in the correspondence attached hereto and identified collectively as **Exhibit A** (dated June 22, 2004, July 14, 2004, July 20, 2004, August 2, 2004, August 24, 2004 and August 30, 2004). The requests

to produce and responses are also attached hereto and identified as follows:

**Exhibit B:**  Plaintiff's First Request for Production of Documents.

**Exhibit C:**  Defendants' Responses and Objections to Plaintiff's First Request for Production.

**Exhibit D:**  Plaintiff's Second Request for Production of Documents.

**Exhibit E:**  Defendant's Objections and Responses to Plaintiff's Second Set of Requests for Production of Documents

**Exhibit F:**  Plaintiff's First Supplemental Request for Production of Documents.

**Exhibit G:**  Plaintiff's Third Request for Production of Documents.

Defendants produced 1157 pages of document production in response to twenty (20) of Plaintiff's document requests it chose to produce documents for, see **Exhibit E** hereto. These documents are generally identified by Defendant as being "non-privileged, responsive documents related to McLeodUSA Telecommunications Services, Inc. in its custody or control", see **Exhibit E** hereto. Defendant does not specify which of the 1157 particular documents are served in response to which of the twenty (20) particular requests, see **Exhibit E** hereto.

Rule 34(b) requires a meaningful response to discovery:

> "The request shall set forth, either by individual item or by category, the items to be inspected, and describe each with reasonable particularity. . . The response shall state, with respect to each item or category, that inspection and related activities will be permitted as requested, unless the request is objected to, in which event the reasons for the objection shall be stated. If objection is made to part of an item or category, the

    part shall be specified and inspection permitted of the remaining parts. The party submitting the request may move for an order under Rule 37(a) with respect to any objection to or other failure to respond to the request or any part thereof, or any failure to permit inspection as requested.

    A party who produces documents for inspection shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the request."

Defendants chose to dump 1157 pieces of paper that it contends each witness will testify to, and that each paper applies to every issue in their case.

    WHEREFORE, Plaintiff moves for the entry of an Order compelling Defendants to identify with particularity which of the 1157 documents produced by Defendants are in response to which of Plaintiff's Request to Produce.

    In the alternative, Plaintiff moves for the issuance of an Order in limine barring Defendants from using any of said 1157 documents at trial.

    Respectfully submitted,

**THE CITY OF CHAMPAIGN, an Illinois municipal corporation, Plaintiff**

s/ <u>Thomas W. Kelty</u>
Thomas W. Kelty, No. 1441337
Attorneys for Plaintiff
**KELTY LAW OFFICES, P.C.**
3201 Pleasant Run, Suite A
P.O. Box 13317
Springfield, IL 62791-3317
Telephone: 217/726-8200
Facsimile: 217/726-8300
Email: <u>tkelty@keltylaw.com</u>

**STATE OF ILLINOIS** )
                               )   SS.
**COUNTY OF SANGAMON** )

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 13th day of September, 2004, pursuant to the provisions of Rule 5 of the Federal Rules of Civil Procedure, proposed CDIL-LR 5.3, and the penalties therein provided, that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

        Edward F Malone, Esq.
        emalone@jenner.com

        Daniel J Weiss, Esq.
        dweiss@jenner.com

and that the original was maintained in my files.

        s/ Thomas W. Kelty
        Thomas W. Kelty, No. 1441337
        Attorneys for Plaintiff
        **KELTY LAW OFFICES, P.C.**
        3201 Pleasant Run, Suite A
        P.O. Box 13317
        Springfield, IL 62791-3317
        Telephone: 217/726-8200
        Facsimile: 217/726-8300
        Email: tkelty@keltylaw.com