E-FILED
Monday, 13 September, 2004  04:29:42 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | |
|---|---|
| THE CITY OF CHAMPAIGN, an Illinois municipal corporation, on its own behalf and on behalf of the Class of all other units of local government similarly situated,<br><br>      Plaintiff,<br><br>vs.<br><br>MCLEODUSA, INC., a Delaware corporation, and MCLEODUSA TELECOMMUNICATION SERVICES, INC., an Iowa corporation,<br><br>      Defendants. | NO. 02-2252 |

**PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO MCLEODUSA, INCORPORATED and MCLEODUSA TELECOMMUNICATIONS SERVICES, INC.**

YOU ARE HEREBY notified that pursuant to Rule 34 of the Federal Rules of Civil Procedure, you are requested to produce on a date and time certain, not later than 28 days following receipt of this request, at the law offices of Kelty Law Offices, P.C., attorneys for Plaintiff, 3201 Pleasant Run, Suite A, P.O. Box 13317, Springfield, Illinois 62707, for inspection and copying, the following documents (the word "documents" as used hereafter means and includes, without limitation, any transcripts, reports,

H:\3789\90001\PRODUCTION.REQ\6-27-2003

EXHIBIT B

memoranda, emails, recordings, and letters purporting to reflect but not to evaluate):

1. Produce any and all written contracts, agreements, arrangements, covenants, treaties, pacts, or settlements with any cities, towns, or villages in the state of Illinois that provide for McLeodUSA, Incorporated's, McLeodUSA Telecommunication Services, Inc.'s, or any affiliated entity's use of each respective municipality's or government's right of way.

2. Produce any and all documents which calculate in summary fashion the number of Defendants' lines within the City of Champaign between January 1, 1996 and December 31, 2002.

3. Produce any and all documents which would support Defendants' position that the contracts with the City that are the subject of this action are not fair and reasonable.

4. Produce any and all documents which would support Defendants' position that the contracts with the City that are the subject of this action are discriminatory.

5. Produce any and all documents which set out the rates of compensation paid by Defendants for use of the rights of way of any cities, towns, villages, and all other municipalities within the other forty eight contiguous states, which are not included in Defendants' response to Request 1 above.

6. Produce any and all documents received by Defendants within the past ten years from any and all other cities, towns, Villages, other municipalities, or other entities of local government that demand or request payment of past-due amounts for use of their respective rights of way by Defendants or any affiliated or subsidiary entity.

7. For each of the corporate entities listed below, where applicable, produce copies of (i) Articles of Incorporation; (ii) documents granting authority to transact business in Illinois for foreign corporations; (iii) Articles of Merger for any corporate entity which has merged into any of those listed below, or any corporate entities those listed below have merged into; (iv) the latest Annual Report filed with the Illinois Secretary of State; and (v) the latest Annual Report filed with any other state's corporate governing entity:

    a. McLeodUSA, Inc., a Delaware corporation.

    b. McLeodUSA Telecommunication Services, Inc., an Iowa corporation.

    c. Illinois Consolidated Telephone Company, Inc., an Illinois corporation.

    d. Consolidated Communications Telecom Services, Inc., an Illinois corporation.

2.  Produce any and all documents which tend to support Defendants' First Affirmative Defense, not including documents which are attorney work product.

3.  Produce any and all documents which tend to support Defendants' Second Affirmative Defense, not including documents which are attorney work product.

4.  Produce any and all documents which tend to support Defendants' Third Affirmative Defense, not including documents which are attorney work product.

5.  Produce any and all documents which tend to support Defendants' Fourth Affirmative Defense, not including documents which are attorney work product.

6.  Produce any and all documents that tend to demonstrate, support, relate, or refer in any way to allegations by the City of Champaign in the Complaint.

7.  Produce any and all documents which Defendants reasonably believe may tend to contradict or refute the allegations by the City of Champaign in the Complaint.

8.  Produce any and all documents identified or identifiable in response to any of the interrogatories submitted by the City of Champaign.

Pursuant to Rule 26(e), you have a duty to seasonably supplement any prior response to the extent of documents, objects or tangible things which subsequently come into that party's possession or control or become known to that party.

You are further requested to furnish an Affidavit stating whether your production pursuant to this request is complete in accordance with this request, and if not complete, to list those items not produced, stating the grounds for objection to the production and giving the name and address of the person having custody of such items.

> Respectfully submitted,
>
> **THE CITY OF CHAMPAIGN, an Illinois municipal corporation, Plaintiff**
>
> By: _/s/ Christopher E. Sherer_
> One of Its Attorneys

Thomas W. Kelty, No. 1441337
Christopher E. Sherer, No. 6275910
**KELTY LAW OFFICES, P.C.**
Attorneys for Plaintiff
3201 Pleasant Run, Suite A
P.O. Box 13317
Springfield, IL 62791-3317
Telephone: 217/726-8200
Facsimile: 217/726-8300