E-FILED
Monday, 13 September, 2004  04:31:57 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | |
|---|---|
| THE CITY OF CHAMPAIGN, an Illinois municipal corporation, on its own behalf and on behalf of the Class of all other units of local government similarly situated, ) ) ) ) ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | NO. 02-2252 |
| MCLEODUSA, INC., a Delaware corporation, and MCLEODUSA TELECOMMUNICATION SERVICES, INC., an Iowa corporation, ) ) ) ) ) | |
| Defendants. ) | |

**PLAINTIFF'S SECOND REQUEST FOR PRODUCTION
OF DOCUMENTS TO MCLEODUSA, INCORPORATED and
MCLEODUSA TELECOMMUNICATIONS SERVICES, INC.**

YOU ARE HEREBY notified that pursuant to Rule 34(b) of the Federal Rules of Civil Procedure, you are requested to produce on a date and time certain, not later than 30 days following receipt of this request, at the law offices of Kelty Law Offices, P.C., attorneys for Plaintiff, 3201 Pleasant Run, Suite A, P.O. Box 13317, Springfield, Illinois 62707, for inspection and copying, the following documents (the word "documents" as used herein, includes any and all manner of written, typed, printed, reproduced, filmed or recorded materials, and all photographs, pictures, plans, or

H:\3789\90001\ProductionRequest.2nd\1-29-2004

EXHIBIT D

other representations of any kind or anything pertaining, describing, referring or relating directly or indirectly, in whole or in part, to the subject matter of each paragraph of these request for production. The term "document," as used herein, includes, without limitation, any transcripts, reports, memoranda, emails, recordings and letters purporting to reflect but not to evaluate those certain agreements ("Contracts") which are the subject of this litigation):

    1. With regard to the "Contracts" as defined above,

        a. Produce the files within which the Contracts are retained including correspondence files relating thereto;

        b. Produce copies of word processing directories of any and all documents including drafts thereof;

        c. Produce copies of email, memos and correspondence; and

        d. Produce copies of any and all accounts receivable and/or accounts payable records maintained by McLeod with regard to the Contracts.

    2. Documents, if any, which state or infer that the City of Champaign has taken any actions which have created a competitive and balance between McLeod and its competitors within the City.

    3. Provide full responses to Plaintiff's First Request to Produce numbers 1, 2, 3, 4, 6, 7, 8, 9, 10, 11, 12, 13 and 14.

    4. Produce copies of "as built" maps or drawings of communications facilities installed by McLeod within the City of

Champaign right-of-way from the period January 1, 1993 through December 31, 2003.

5. Produce copies of the Articles of Organization of each company which is party to the Contracts.

6. Produce copies of the Articles of Organization of each company that serves customers within the city.

7. Produce copies of the Articles of Organization of each company of McLeod that operates within the city and provides long distance service.

8. Produce copies of the Articles of Organization of each subsidiary operating company that operates within the city and provides local service.

9. Provide a sample customer billing for local service to a customer in the City.

10. Provide a sample customer billing for long distance service to a customer in the City.

11. Provide a sample customer billing for combined local/long distance services to a customer in the City.

12. Provide profit and loss statements on the local calling services provided to city residents by year for the calendar years 1993 through 2002.

13. Provide profit and loss statements on the long distance services provided to city residents by year for the calendar years 1993 through 2002.

14. Documents that support the position of McLeod that it is unable to provide service within the City of Champaign.

15. Documents that support the position of McLeod that it is unable to compete within the City of Champaign.

16. State whether McLeod's Rule 26(a)(1) disclosure statement is complete. If not, please provide supplemental disclosure in accordance with Fed. R. Civ. P. 26(e).

Pursuant to Rule 26(e), you have a duty to seasonably supplement any prior response to the extent of documents, objects or tangible things which subsequently come into that party's possession or control or become known to that party.

You are further requested to furnish an Affidavit stating whether your production pursuant to this request is complete in accordance with this request, and if not complete, to list those items not produced, stating the grounds for objection to the

production and giving the name and address of the person having custody of such items.

                              Respectfully submitted,

                              **THE CITY OF CHAMPAIGN, an Illinois municipal corporation, Plaintiff**

                              By: _____
                                  One of its Attorneys

Thomas W. Kelty, No. 1441337
Guy M. Lahr III, No. 1559702
**KELTY LAW OFFICES, P.C.**
Attorneys for Plaintiff
3201 Pleasant Run, Suite A
P.O. Box 13317
Springfield, IL 62791-3317
Telephone: 217/726-8200
Facsimile: 217/726-8300