E-FILED
Monday, 13 September, 2004  04:33:23 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | |
|---|---|
| THE CITY OF CHAMPAIGN, an Illinois municipal corporation, on its own behalf and on behalf of the Class of all other units of local government similarly situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>MCLEODUSA, INC., a Delaware corporation, and MCLEODUSA TELECOMMUNICATION SERVICES, INC., an Iowa corporation,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   NO. 02-2252<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S FIRST SUPPLEMENTAL REQUEST FOR PRODUCTION
OF DOCUMENTS TO MCLEODUSA, INCORPORATED and
MCLEODUSA TELECOMMUNICATIONS SERVICES, INC.**

YOU ARE HEREBY notified that pursuant to Rule 34(b) of the Federal Rules of Civil Procedure, you are requested to produce on a date and time certain, not later than 30 days following receipt of this request, at the law offices of Kelty Law Offices, P.C., attorneys for Plaintiff, 3201 Pleasant Run, Suite A, Springfield, Illinois 62707, for inspection and copying, <u>specifically as required by Rule 34 of the Federal Rules of Civil Procedure, in that each document or group of documents provided shall be organized and labeled to correspond to the request, identified by</u>

H:\3789\90001\ProductionRequest.3rd\4-22-2004

EXHIBIT F

<u>number, to which it corresponds</u>, the following documents (the word "documents" as used herein, includes any and all manner of written, typed, printed, reproduced, filmed or recorded materials, and all photographs, pictures, plans, or other representations of any kind or anything pertaining, describing, referring or relating directly or indirectly, in whole or in part, to the subject matter of each paragraph of these request for production.

<u>You are not required to reproduce any documents previously furnished. However, as to each and every document previously furnished, or yet to be furnished, you are required to comply with Rule 34 of the Federal Rules of Civil Procedure by identifying each and every document or group of documents provided, and by labeling each one to correspond to a specific request, or requests, identified by number, to which it, or they, correspond.</u>

The term "document," as used herein, also includes, without limitation, any transcripts, reports, memoranda, emails, recordings and letters purporting to reflect but not to evaluate those certain agreements ("Contracts") which are the subject of this litigation):

1. With regard to the "Contracts" as defined above,

    a. Produce the files within which the Contracts are retained including correspondence files relating thereto;

    b. Produce copies of word processing directories of any and all documents including drafts thereof;

    c. Produce copies of email, memos and correspondence; and

    d. Produce copies of any and all accounts receivable and/or accounts payable records maintained by McLeod with regard to the Contracts.

  2. Documents, if any, which state or infer that the City of Champaign has taken any actions which have created a competitive and balance between McLeod and its competitors within the City.

  3. Provide full responses to Plaintiff's First Request to Produce numbers 1, 2, 3, 4, 6, 7, 8, 9, 10, 11, 12, 13 and 14.

  4. Produce copies of "as built" maps or drawings of communications facilities installed by McLeod within the City of Champaign right-of-way from the period January 1, 1993 through December 31, 2003.

  5. Produce copies of the Articles of Organization of each company which is party to the Contracts.

  6. Produce copies of the Articles of Organization of each company that serves customers within the city.

  7. Produce copies of the Articles of Organization of each company of McLeod that operates within the city and provides long distance service.

  8. Produce copies of the Articles of Organization of each subsidiary operating company that operates within the city and provides local service.

  9. Provide a sample customer billing for local service to a customer in the City.

10. Provide a sample customer billing for long distance service to a customer in the City.

11. Provide a sample customer billing for combined local/long distance services to a customer in the City.

12. Provide profit and loss statements on the local calling services provided to city residents by year for the calendar years 1993 through 2002.

13. Provide profit and loss statements on the long distance services provided to city residents by year for the calendar years 1993 through 2002.

14. Documents that support the position of McLeod that it is unable to provide service within the City of Champaign.

15. Documents that support the position of McLeod that it is unable to compete within the City of Champaign.

16. State whether McLeod's Rule 26(a)(1) disclosure statement is complete. If not, please provide supplemental disclosure in accordance with Fed. R. Civ. P. 26(e).

17. Any and all documents related to any study or calculation conducted by or on behalf of McLeod, that support McLeod's claim that $1.32 exceeds the cost to maintain the City's ROW.

Pursuant to Rule 26(e), you have a duty to seasonably supplement any prior response to the extent of documents, objects

or tangible things which subsequently come into that party's possession or control or become known to that party.

You are further requested to furnish an Affidavit stating whether your production pursuant to this request is complete in accordance with this request, and if not complete, to list those items not produced, stating the grounds for objection to the production and giving the name and address of the person having custody of such items.

                        Respectfully submitted,

                        **THE CITY OF CHAMPAIGN,** an Illinois municipal corporation, Plaintiff

By: _____
      One of its Attorneys

Thomas W. Kelty, No. 1441337
Guy M. Lahr III, No. 1559702
**KELTY LAW OFFICES, P.C.**
Attorneys for Plaintiff
3201 Pleasant Run, Suite A
P.O. Box 13317
Springfield, IL 62791-3317
Telephone: 217/726-8200
Facsimile: 217/726-8300