E-FILED
Monday, 13 September, 2004  04:33:56 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | | |
|---|---|---|
| THE CITY OF CHAMPAIGN, an Illinois municipal corporation, on its own behalf and on behalf of the Class of all other units of local government similarly situated, | ) ) ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | NO. 02-2252 |
| MCLEODUSA, INC., a Delaware corporation, and MCLEODUSA TELECOMMUNICATION SERVICES, INC., an Iowa corporation, | ) ) ) ) ) | |
| Defendants. | ) | |

### PLAINTIFF'S THIRD REQUEST FOR PRODUCTION OF DOCUMENTS TO MCLEODUSA, INCORPORATED and MCLEODUSA TELECOMMUNICATIONS SERVICES, INC.

YOU ARE HEREBY notified that pursuant to Rule 34(b) of the Federal Rules of Civil Procedure, you are requested to produce on a date and time certain, not later than 30 days following receipt of this request, at the law offices of Kelty Law Offices, P.C., attorneys for Plaintiff, 3201 Pleasant Run, Suite A, P.O. Box 13317, Springfield, Illinois 62707, for inspection and copying, the following documents (the word "documents" as used herein, includes any and all manner of written, typed, printed, reproduced, filmed or recorded materials, and all photographs, pictures, plans, or other representations of any kind or anything pertaining,

H:\3789\90001\ProductionRequest.3rd.wpd\8-30-2004

EXHIBIT G

describing, referring or relating directly or indirectly, in whole or in part, to the subject matter of each paragraph of these request for production. The term "document," as used herein, includes, without limitation, any transcripts, reports, memoranda, emails, recordings and letters purporting to reflect but not to evaluate those certain agreements ("Contracts") which are the subject of this litigation):

 1. Provide full responses to *Plaintiff's Second Request of Production* of numbers 1, 2, 4, 7, 8, and 9.

 2. Provide a supplemental response to *Plaintiff's Second Request of Production* request 12. If McLeod does not maintain profit and loss statements for services within the City of Champaign, then please provide copies of returns filed with the State of Illinois pursuant to the Simplified Telecommunications Infrastructure Maintenance Fee Act for reporting periods beginning on and after January 1, 2003.

 3. Provide a supplemental response to *Plaintiff's Second Request of Production* request 13. If McLeod does not maintain profit and loss statements for services within the City of Champaign, then please provide copies of returns filed with the State of Illinois pursuant to the Simplified Telecommunications Infrastructure Maintenance Fee Act for reporting periods beginning on and after January 1, 2003.

4. Provide documents which support the position of McLeodUSA that are forced to pay Champaign's alleged discriminatory and non-cost based right-of-way fees that McLeod will be placed at a material competitive disadvantage in violation of 47 U.S.C. § 253.

Pursuant to Rule 26(e), you have a duty to seasonably supplement any prior response to the extent of documents, objects or tangible things which subsequently come into that party's possession or control or become known to that party.

You are further requested to furnish an Affidavit stating whether your production pursuant to this request is complete in accordance with this request, and if not complete, to list those items not produced, stating the grounds for objection to the production and giving the name and address of the person having custody of such items.

Respectfully submitted,

**THE CITY OF CHAMPAIGN, an Illinois municipal corporation, Plaintiff**

By: _____
One of its Attorneys

Thomas W. Kelty, No. 1441337
**KELTY LAW OFFICES, P.C.**
Attorneys for Plaintiff
3201 Pleasant Run, Suite A
P.O. Box 13317
Springfield, IL 62791-3317
Telephone: 217/726-8200
Facsimile: 217/726-8300