**E-FILED**

Monday, 13 September, 2004  04:34:39 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA/DANVILLE DIVISION**

| | | |
|---|---|---|
| THE CITY OF CHAMPAIGN, an Illinois municipal corporation, on its own behalf and on behalf of the Class of all other units of local government similarly situated, | ) ) ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | NO. 02-2252 |
| MCLEODUSA, INC., a Delaware corporation, and MCLEODUSA TELECOMMUNICATION SERVICES, INC., an Iowa corporation, | ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

THIS MATTER coming before the Court on Plaintiff's *Motion to Compel*, and the Court being advised in the premises,

IT IS HEREBY ORDERED AND ADJUDGED THAT:

1.    Plaintiff's *Motion to Compel* is  GRANTED / DENIED .

2.    Defendants are compelled to identify with particularity which of the 1157 documents they produced are in response to which of Plaintiff's Requests to Produce by _____, 2004.

OR

2.    Defendants are hereby barred from using any of the 1157 documents produced to Plaintiff at trial.

H:\3789\90001\Compel Ord\9-13-2004

3.   The Clerk is instructed to send this Order to all Counsel of Record.


Entered: _____          _____
                                           Judge