E-FILED
Thursday, 16 September, 2004  04:48:51 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | |
|---|---|
| THE CITY OF CHAMPAIGN, an Illinois municipal corporation, on its own behalf and on behalf of the Class of all other units of local government similarly situated, <br><br>      Plaintiff,<br><br>  vs.<br><br>MCLEODUSA, INC., a Delaware corporation, and MCLEODUSA TELECOMMUNICATION SERVICES, INC., an Iowa corporation,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  NO. 02-2252<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATION OF MOTION TO COMPEL**

The undersign does hereby certify, pursuant to Rules 37 and 34 of the Federal Rules of Civil Procedure, that I did make good faith attempts to resolve the discovery disputes as detailed in Plaintiff's *Motion to Compel* filed herein, before seeking relief with this Court.

s/ Thomas W. Kelty
Thomas W. Kelty, No. 1441337
Attorneys for Plaintiff
**KELTY LAW OFFICES, P.C.**
3201 Pleasant Run, Suite A
P.O. Box 13317
Springfield, IL 62791-3317
Telephone: 217/726-8200
Facsimile: 217/726-8300
Email: tkelty@keltylaw.com

**STATE OF ILLINOIS** )
                         ) ss.
**COUNTY OF SANGAMON** )

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 16th day of September, 2004, pursuant to the provisions of Rule 5 of the Federal Rules of Civil Procedure, proposed CDIL-LR 5.3, and the penalties therein provided, that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

    Edward F Malone, Esq.
    emalone@jenner.com

    Daniel J Weiss, Esq.
    dweiss@jenner.com

and that the original was maintained in my files.

                                                  s/ Thomas W. Kelty
                                                  Thomas W. Kelty, No. 1441337
                                                  Attorneys for
                                                  **KELTY LAW OFFICES, P.C.**
                                                  3201 Pleasant Run, Suite A
                                                  P.O. Box 13317
                                                  Springfield, IL 62791-3317
                                                  Telephone: 217/726-8200
                                                  Facsimile: 217/726-8300