E-FILED
Friday, 17 September, 2004  04:00:34 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | |
|---|---|
| THE CITY OF CHAMPAIGN, an Illinois municipal corporation, on its own behalf and on behalf of the Class of all other units of local government similarly situated, | ) ) ) ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) NO. 02-2252 ) |
| MCLEODUSA, INC., a Delaware corporation, and MCLEODUSA TELECOMMUNICATION SERVICES, INC., an Iowa corporation, | ) ) ) ) ) |
| Defendants. | ) |

**CHAMPAIGN'S EXHIBIT LIST**

NOW COMES Plaintiff, THE CITY OF CHAMPAIGN, an Illinois municipal corporation, by and through its attorneys, Kelty Law Offices, P.C., pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure, to disclose the documents or other Exhibits Plaintiff may present at trial in this matter.

**Agreements**

1. *A License Agreement to Use Real Property Between Consolidated Network, Inc. (CNI) and the City of Champaign, Illinois*, signed by the City July 20, 1994 and by CNI July 6, 1994, (Champaign Doc. No. 1380 through 1388). Plaintiff expects to offer this Exhibit.

2. *Agreement for Use of the Public Way* between Consolidated Communications Telecom Services, Inc. (CCTS), and the City of Champaign (the "City"), signed by the City May 21, 1996 and by CCTS June 3, 1996, and a *Letter of Understanding by and Between the City*

and CCTS, signed by the City June 10, 1996 and by CCTS June 3, 1996, (Champaign Doc. No. 1547 through 1558).  Plaintiff expects to offer this Exhibit.

3.   *A License Agreement to Use Real Property Between McLeodUSA Telecommunications Services, Inc. (MTSI) and the City*, signed by the City Oct. 15, 1997 and by MTSI Sept. 19, 1997, (Champaign Doc. No. 1351 through 1360).  Plaintiff expects to offer this Exhibit.

4.   *An Ordinance Granting to the Illinois Bell Telephone Company, its Lessees, Successors and Assigns, Certain Rights in the City*, adopted by the City Jan. 15, 1985, (produced to McLeod as *Plaintiff's Response to Ms. Bracey's Letter Request Dated 1/24/03, pp. 1 through 7*).  Plaintiff expects to offer this Exhibit.

5.   *Agreement for Use of the Public Way* and a *Letter of Understanding by and Between the City and Ameritech Illinois*, signed by the City Apr. 19, 1994 and by Ameritech May 18, 1994, (produced as *Plaintiff's Response to Ms. Bracey's Letter Request Dated 1/24/03, pp. 8 through 26*).  Plaintiff expects to offer this Exhibit.

6.   *A Licence Agreement to Use Real Property Between AT&T Communications of Illinois, Inc. and the City*, as amended, signed by the City Mar. 5, 1987 and by AT&T Feb. 26, 1987, (produced as *Plaintiff's Response to Ms. Bracey's Letter Request Dated 1/24/03, pp. 27 through 43*).  Plaintiff expects to offer this Exhibit.

7.   *A Licence Agreement to Use Real Property Between U.S. Sprint Communications Company Limited Partnership and the City*, signed by the City Jan. 16, 1989 and by Sprint Jan. 3, 1989, (produced as *Plaintiff's Response to Ms. Bracey's Letter Request Dated 1/24/03, pp. 44 through 57*).  Plaintiff expects to offer this Exhibit.

8.   *A License Agreement to Use Real Property Between Access Transmission Services, Inc. (ATS) and the City*, signed by the City Aug, 31, 1994 and by ATS Aug, 21, 1994, (produced as *Plaintiff's Response to Ms. Bracey's Letter Request Dated 1/24/03, pp. 58 through 63*).  Plaintiff expects to offer this Exhibit.

9.   *Nonexclusive Utility License* between The Board of Trustees of the University of Illinois and McLeodUSA Telecommunications Services, Inc., dated Oct. 15, 1998.  Plaintiff expects to offer this Exhibit.

**Opinions**

10. Written Report of David L. Clark, P.E. Plaintiff expects to offer this Exhibit.

11. Written Report of Stephen D. Whitsitt, MAI, SRA. Plaintiff expects to offer this Exhibit.

12. Written Report of Abbas A. Butt, Ph.D., P.E. Plaintiff expects to offer this Exhibit.

**Pleadings**

13. Complaint and relevant pleadings. Plaintiff may offer these Exhibits.

**Exhibits from Pleadings**

14. McLeodUSA 1996 Annual Report, Exhibit B to *Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment* filed herein Dec. 22, 2003. Plaintiff may offer this Exhibit.

**Documents Produced by the City to McLeodUSA**

15. Champaign Doc. No. 327 through 328, Request to the City by Ameritech to perform work as outlined in the attached plan, dated June 4, 2001. Plaintiff expects to offer this Exhibit.

16. Champaign Doc. No. 1005 through 1009, the City's Municipal Code, Chapter 30, Streets, Sidewalks and Public Ways, Article X, Use of Streets and City Property for Equipment. Plaintiff expects to offer this Exhibit.

17. Champaign Doc. No. 1010 through 1013, *An Ordinance Amending the Champaign Municipal Code by the Adoption of Section 1-25 and Section 1-26 (General Provisions – Late Payment Handling Fee; Interest on Unpaid Accounts; Bad Check Charge)*, adopted Oct. 2, 1990. Plaintiff expects to offer this Exhibit.

18. Champaign Doc. No. 1290 through 1308, PowerPoint presentation by McLeodUSA, entitled "City of Champaign, Common Ground", dated Mar. 8, 2002. Plaintiff expects to offer this Exhibit.

19. Champaign Doc. No. 1329 through 1330, 1340, and 1994 through 1995, Certificates of Liability Insurance for McLeodUSA

Incorporated, dated Oct. 20, 1999, Sept. 26, 1997 and Sept. 23, 2003, respectively.  Plaintiff expects to offer this Exhibit.

    20.   Champaign Doc. No. 1462 through 1466, Correspondence to Stavins, from Lazzaretti, dated Mar. 4, 2002, re:  McLeodUSA Right-of-Way Issues.  Plaintiff expects to offer this Exhibit.

    21.   Champaign Doc. No. 1483 through 1485, Correspondence to Stavins, from James Brown, Schiff, Hardin & White, P.C., dated Feb. 16, 1999, re:  Consolidated Communication Inc./McLeodUSA Incorporated.  Plaintiff expects to offer this Exhibit.

    22.   Champaign Doc. No. 1540 through 1541, Memo to Jeff Smith, City Engineer, from Stavins, dated Sept. 11, 1998, re:  Right-of-Way - Prospect Avenue - McLeod Communications.  Plaintiff may offer this Exhibit.

    23.   Champaign Doc. No. 1567 through 1568, Correspondence to Crutcher, from Crowley, dated July 10, 2000, re:  Compliance with the City of Champaign License Agreement.  Plaintiff expects to offer this Exhibit.

    24.   Champaign Doc. No. 1677 through 1689, Documents produced from Champaign's Finance Department.  Plaintiff expects to offer this Exhibit.

    25.   Champaign Doc. No. 1690 through 1714, Correspondence to Vrem, from Schnuer, dated July 9, 2002, transmitting spreadsheets showing McLeod present value and payments made to AT&T, Ameritech, Consolidated Network, Inc., Consolidated Communications Telecom Services, McLeodUSA, and Sprint.  Plaintiff expects to offer this Exhibit.

    26.   1741 through 1771, documents from the Illinois Commerce Commission regarding Docket No. 93-0345, McLeod Telemanagement, Inc.'s Application for a Certificate of Service Authority to Provide Direct Non-switched Exchange and Interexchange Services and Resold Local Exchange and Interexchange Services Within All Illinois Bell Telephone Company Exchanges in Illinois Except the City of Chicago.  Plaintiff may offer this Exhibit.

    27.   Champaign Doc. No. 2168 through 2183, IML/Illinois Bell Model ROW Agreement documents.  Plaintiff expects to offer this Exhibit.

    28.   Champaign Doc. No. 2319 through 2328, Hand written note to "Sandy", author unknown, dated 5/28, transmitting a faxed draft *Agreement for Use of the Public Way*, between CCTS and the City, fax

heading is dated May 16, 1996 from Consolidated Comm. Plaintiff expects to offer this Exhibit.

### Documents Produced by McLeodUSA to the City

29. Customer Billing Summaries and other documents produced by McLeodUSA Oct. 8, 2003, by letter from Edward F. Malone, Esq. addressed to Thomas W. Kelty, Esq. Plaintiff may offer this Exhibit.

30. All Articles of Incorporation, Articles of Merger and attachments thereto produced by McLeodUSA in response to the City's Requests for Production of Documents, identified as MC1-38. Plaintiff expects to offer this Exhibit.

31. All documents produced by McLeodUSA in response to the City's First, Second, and Third Requests, and First Supplemental Request, for Production of Documents, [that McLeodUSA identified as being produced in support of their Affirmative Defenses], identified as MC1-MC1157. Plaintiff may offer this Exhibit.

### Miscellaneous Documents

32. Article from the State Journal-Register, Jan. 21, 2004, entitled *Dialing Long-Distance Consolidated Buys Texas Company for $527 million*, used as Exhibit 21 in the Deposition of Victor Lazzaretti taken Apr. 13, 2004. Plaintiff may offer this Exhibit.

33. Article from the State Journal-Register, Jan. 3, 2003, entitled *New owners, old name for Consolidated*. Plaintiff may offer this Exhibit.

34. Profile for McLeodUSA, Inc. (NasdaqNM:MCLD) by Yahoo Finance, dated Apr. 14, 2002. Plaintiff may offer this Exhibit.

35. Order of the Illinois Commerce Commission on the Application for Approval of a Reorganization pursuant to Section 7-204 of the Public Utilities Act and for approval of the sale of certain assets pursuant to Section 7-102 of the Public Utilities Act, dated Dec. 17, 2002, 202 Ill. PUC LEXIS 1167 (2002). Plaintiff may offer this Exhibit.

36. Acquisition Agreement by and among McLeodUSA Telecommunications Services, Inc., McLeodUSA Holdings, Inc., McLeodUSA Integrated Business Systems, Inc., McLeodUSA Market Response, Inc. and Homebase Acquisition Corp., dated July 16, 2002, Exhibit 2.18 to 202 Ill. PUC LEXIS 1167 (2002). Plaintiff may offer this Exhibit.

    37.  Exhibits to the Acquisition Agreement, Exhibit 2.19 to 202 Ill. PUC LEXIS 1167 (2002).  Plaintiff may offer this Exhibit.

    38.  Results of searches with the Illinois Secretary of State, using LexisNexis, into McLeodUSA Incorporated and its various subsidiaries.  Plaintiff may offer this Exhibit.

    39.  Computation of amounts due the City from McLeodUSA under the ROW Agreements for all relevant periods.  Plaintiff expects to offer this Exhibit.

                                Respectfully submitted,

                                **THE CITY OF CHAMPAIGN, an Illinois municipal corporation, Plaintiff**


                                s/ <u>Thomas W. Kelty</u>

                                Thomas W. Kelty, No. 1441337
Attorneys for Plaintiff
**KELTY LAW OFFICES, P.C.**
3201 Pleasant Run, Suite A
P.O. Box 13317
Springfield, IL 62791-3317
Telephone: 217/726-8200
Facsimile: 217/726-8300
Email: tkelty@keltylaw.com

**STATE OF ILLINOIS** )
                              )   SS.
**COUNTY OF SANGAMON** )

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 17th day of September, 2004, pursuant to the provisions of Rule 5 of the Federal Rules of Civil Procedure, proposed CDIL-LR 5.3, and the penalties therein provided, that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

        Edward F Malone, Esq.
        emalone@jenner.com

        Daniel J Weiss, Esq.
        dweiss@jenner.com

and that the original was maintained in my files.

                      s/ Thomas W. Kelty
                      Thomas W. Kelty, No. 1441337
                      Attorneys for Plaintiff
                      **KELTY LAW OFFICES, P.C.**
                      3201 Pleasant Run, Suite A
                      P.O. Box 13317
                      Springfield, IL 62791-3317
                      Telephone: 217/726-8200
                      Facsimile: 217/726-8300
                      Email: tkelty@keltylaw.com