E-FILED
Friday, 17 September, 2004  04:02:51 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | |
|---|---|
| THE CITY OF CHAMPAIGN, an Illinois municipal corporation, on its own behalf and on behalf of the Class of all other units of local government similarly situated, | ) ) ) ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | )  NO. 02-2252 ) |
| MCLEODUSA, INC., a Delaware corporation, and MCLEODUSA TELECOMMUNICATION SERVICES, INC., an Iowa corporation, | ) ) ) ) ) |
| Defendants. | ) |

**CHAMPAIGN'S WITNESS LIST**

NOW COMES Plaintiff, THE CITY OF CHAMPAIGN, an Illinois municipal corporation, by and through its attorneys, Kelty Law Offices, P.C., pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure, to disclose the Witnesses Plaintiff may present at trial in this matter.

    **A.**    **Name, Address and Telephone Number of Each Witness.**

    1.    <u>Frederick C. Stavins, Esq.</u>, City Attorney, address previously disclosed, phone (217) 403-8765. Plaintiff expects to present this witness.

    2.    <u>David L. Clark, P.E.</u>, Civil Engineer II, City of Champaign, address previously disclosed, phone (217) 403-4710. Plaintiff expects to present this witness.

3. <u>Stephen D. Whitsitt, MAI, SRA.</u>, address previously disclosed, phone (217) 356-7605. Plaintiff expects to present this witness.

4. <u>Abbas A. Butt, Ph.D., P.E.</u>, address previously disclosed, phone (217) 356-5945. Plaintiff may call this witness if the need arises.

5. <u>Richard Schnuer</u>, Finance Director, City of Champaign, 102 North Neil Street, Champaign, Illinois, 61820, phone (217) 351-4585. Plaintiff may call this witness if the need arises.

6. <u>Victor Lazzaretti</u>, McLeodUSA Incorporated, c/o Jenner & Block, LLC, One IBM Plaza, Chicago, Illinois 60611, phone (312) 222-9350. Plaintiff may call this witness if the need arises.

7. Plaintiff reserves the right to call rebuttal witnesses as needed.

**B.    Designation of Witnesses Whose Testimony Is Expected to Be Presented by Means of a Deposition.**

None

Respectfully submitted,

**THE CITY OF CHAMPAIGN, an Illinois municipal corporation, Plaintiff**

s/ <u>Thomas W. Kelty</u>

Thomas W. Kelty, No. 1441337
Attorneys for Plaintiff
**KELTY LAW OFFICES, P.C.**
3201 Pleasant Run, Suite A
P.O. Box 13317
Springfield, IL 62791-3317
Telephone: 217/726-8200
Facsimile: 217/726-8300
Email: tkelty@keltylaw.com


**STATE OF ILLINOIS** )
                         ) SS.
**COUNTY OF SANGAMON** )

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 17th day of September, 2004, pursuant to the provisions of Rule 5 of the Federal Rules of Civil Procedure, proposed CDIL-LR 5.3, and the penalties therein provided, that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

Edward F Malone, Esq.
emalone@jenner.com

Daniel J Weiss, Esq.
dweiss@jenner.com

and that the original was maintained in my files.

s/ Thomas W. Kelty
Thomas W. Kelty, No. 1441337
Attorneys for Plaintiff
**KELTY LAW OFFICES, P.C.**
3201 Pleasant Run, Suite A
P.O. Box 13317
Springfield, IL 62791-3317
Telephone: 217/726-8200
Facsimile: 217/726-8300
Email: tkelty@keltylaw.com

H:\3789\90001\Witness List\9-17-2004