**E-FILED**
Friday, 17 September, 2004  04:43:59 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | |
|---|---|
| THE CITY OF CHAMPAIGN, an Illinois municipal corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 02-2252 |
| MCLEODUSA, INC., a Delaware corporation, and MCLEODUSA TELECOMMUNICATION SERVICES, INC., an Iowa corporation, | ) ) ) Hon. Harold Baker ) ) ) |
| Defendants. | ) ) ) |

## LIST OF DEFENDANTS' POTENTIAL EXHIBITS

Defendants McLeodUSA Incorporated and McLeodUSA Telecommunications Services, Inc., by their attorneys, hereby tender the following list of potential exhibits for trial.

### Potential Exhibits

| | *Document Description:* | *Deposition identification (if applicable):* |
|---|---|---|
| 1. | CNI Agreement (1994). | Stavins 4/14/04 30(b)(6) Dep. Ex. 5 |
| 2. | CCTS Agreement (1996). | Stavins 4/14/04 30(b)(6) Dep. Ex. 6 |
| 3. | McLeod Agreement (1997). | Stavins 4/14/04 30(b)(6) Dep. Ex. 7 |
| 4. | Champaign City Counsel Memoranda describing 1994, 1996, 1997 Agreements. | |
| 5. | Ameritech/Champaign Agreement. | Stavins 4/14/04 30(b)(6) Dep. Ex. 3 |

| | | |
|---|---|---|
| 6. | Access Transmission Services License Agreement. | Stavins 4/27/04 30(b)(6) Dep. Ex. 12 |
| 7. | U.S. Sprint Communications Company License Agreement. | Stavins 4/27/04 30(b)(6) Dep. Ex. 13 |
| 8. | 30(b)(6) Deposition Notice served on Plaintiff City of Champaign. | Clark 4/14/04 30(b)(6) Dep. Ex. 1; Stavins 4/14/04 30(b)(6) Dep. Ex. 1 |
| 9. | Map with attachment from Ameritech. | Clark 4/14/04 30(b)(6) Dep. Ex. 2 |
| 10. | Curriculum Vitae of David Clark. | Clark 7/20/04 Dep. Ex. 1 |
| 11. | David Clark Expert Opinion Report and all documents relied upon therein. | Clark 7/20/04 Dep. Ex. 2 |
| 12. | City of Champaign ordinance. | Stavins 4/14/04 30(b)(6) Dep. Ex. 4 |
| 13. | September 11, 1998 email from Stavins to Jeff Smith. | Stavins 4/14/04 30(b)(6) Dep. Ex. 8 |
| 14. | February 16, 1999 letter from Schiff, Harden & Waite. | Stavins 4/14/04 30(b)(6) Dep. Ex. 9 |
| 15. | City of Champaign Council Bill 85-5. | Stavins 4/27/04 30(b)(6) Dep. Ex. 10 |
| 16. | City of Champaign Council Bill 87-48. | Stavins 4/27/04 30(b)(6) Dep. Ex. 11 |
| 17. | Curriculum Vitae of Stephen Whitsitt. | Whitsitt 7/20/04 Dep. Ex. 1 |
| 18. | Stephen Whitsitt Expert Opinion Report and all documents relied upon therein. | Whitsitt 7/20/04 Dep. Ex. 2 |
| 19. | City of Champaign's responses to McLeodUSA's discovery requests, including Document Requests, Interrogatories, and Requests for Admission. | |
| 20. | August 4, 2004 Report of McLeodUSA's expert, Lynn Shishido-Topel and all documents relied upon therein. | |

21. August 9, 2002 Report to Champaign City Council from Steven C. Carter re Adoption of Simplified Municipal Telecommunications Tax SS 2002-047.

22. Corporate merger documents attached to Plaintiff's Motion for Summary Judgment.

23. All documents referencing payments by McLeodUSA or any predecessor of McLeodUSA to City of Champaign.

24. All pleadings, motions, and memoranda filed by City of Champaign in this case.

25. Demonstrative exhibits depicting City of Champaign's claimed charges against McLeodUSA.

26. Demonstrative exhibits comparing City of Champaign's claimed charges against McLeodUSA to its charges against other carriers.

27. Demonstrative exhibits showing chronology of events.

28. Demonstrative exhibits showing terms of 1994, 1996, and 1997 agreements.

29. Demonstrative exhibits showing relationships between CNI, CCTS, and McLeodUSA.

                Respectfully submitted,
                McLeodUSA Incorporated and
                McLeod Telecommunications Services, Inc.

By: s/ Edward F. Malone
      _____
      Edward F. Malone (#06208496)
      Daniel J. Weiss (#6256843)
      Attorneys for McLeodUSA Holdings, Inc.
      Jenner & Block LLP
      One IBM Plaza
      Chicago, Illinois 60611
      (312) 222-9350
      (312) 527-0484
      emalone@jenner.com
      dweiss@jenner.com

September 17, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2004, I electronically filed the foregoing **DEFENDANTS' LIST OF POTENTIAL EXHIBITS** using the CM/ECF system which will send notification of such filing to following:

> Thomas W. Kelty
> tkelty@keltylaw.com
> jking@keltylaw.com

                                                s/ Edward F. Malone

                                                _____
Edward F. Malone (#06208496)
Daniel J. Weiss (#6256843)
Attorneys for McLeodUSA Holdings, Inc.
Jenner & Block LLP
One IBM Plaza
Chicago, Illinois 60611
(312) 222-9350
(312) 527-0484
emalone@jenner.com
dweiss@jenner.com