E-FILED
Friday, 17 September, 2004  04:45:01 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA/DANVILLE DIVISION

| | |
|---|---|
| THE CITY OF CHAMPAIGN, an Illinois municipal corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )  No. 02-2252 |
| MCLEODUSA, INC., a Delaware corporation, and MCLEODUSA TELECOMMUNICATION SERVICES, INC., an Iowa corporation, | ) ) )  Hon. Harold Baker ) ) ) |
| Defendants. | ) ) ) |

## LIST OF DEFENDANTS' POTENTIAL WITNESSES

Defendants McLeodUSA Incorporated and McLeodUSA Telecommunications Services, Inc., by their attorneys, hereby tender the following list of potential witnesses for trial.

### Potential Witnesses

1. Scott Erberle, Vice President, Major Sales, 900 Commerce Drive, Suite 203, Oak Brook, Illinois, 60523, (630) 570-5087.

2. Victor Lazzaretti, Vice President and Deputy General Counsel, 731 North Jackson Street, Suite 410, Milwaukee, Wisconsin, 53202, (414) 831-5269.

3. Michele McLaughlin, Right of Way Coordinator I, McLeodUSA Technology Park, 6400 C Street S.W., Cedar Rapids, Iowa, 52406, (319) 790-6910.

4. Michael Smeltzer, Application Engineer, 2302 Fox Drive, Suite D, Champaign, Illinois, 61820, (217) 239-3044.

5. Michael Vrem, Senior Manager, 2302 Fox Drive, Suite D, Champaign, Illinois, 61820, (217) 239-3044.

6. Lynn Shishido-Topel, McLeodUSA expert witness, Chicago Partners, 140 South Dearborn, Suite 1500, Chicago, Illinois 60603, (312) 251-5200.

7. Steven Carter, City Manager, Champaign, Illinois.

8. Frederick Stavins, City of Champaign Legal Department, Champaign, Illinois.

9. David Clark, City of Champaign Engineer, Champaign, Illinois.

          Respectfully submitted,
          McLeodUSA Incorporated and
          McLeod Telecommunications Services, Inc.

          By: s/ Edward F. Malone
          _____
          Edward F. Malone (#06208496)
          Daniel J. Weiss (#6256843)
          Attorneys for McLeodUSA Holdings, Inc.
          Jenner & Block LLP
          One IBM Plaza
          Chicago, Illinois  60611
          (312) 222-9350
          (312) 527-0484
          emalone@jenner.com
          dweiss@jenner.com

September 17, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2004, I electronically filed the foregoing **DEFENDANTS' LIST OF POTENTIAL WITNESSES** using the CM/ECF system which will send notification of such filing to following:

>Thomas W. Kelty
>tkelty@keltylaw.com
>jking@keltylaw.com

>s/ Edward F. Malone
>_____
>Edward F. Malone (#06208496)
>Daniel J. Weiss (#6256843)
>Attorneys for McLeodUSA Holdings, Inc.
>Jenner & Block LLP
>One IBM Plaza
>Chicago, Illinois  60611
>(312) 222-9350
>(312) 527-0484
>emalone@jenner.com
>dweiss@jenner.com