STATE OF ILLINOIS      )
                       ) SS
COUNTY OF COOK         )

### CERTIFICATION OF EDWARD F. MALONE

Pursuant to Federal Rule of Civil Procedure 37(a)(2), Edward Malone, counsel for McLeodUSA Inc., hereby certifies that I have in good faith conferred with counsel for the City of Champaign, Thomas Kelty, in an effort to obtain his agreement to allow me to take the deposition of Steven Carter, subject to the Court's approval. Mr. Kelty and I were unable to reach an agreement on my request.

                                        s/ Edward F. Malone_____
                                             Edward F. Malone

Subscribed and sworn to before me
this 24th day of September, 2004.

s/ Joyce Marbury_____
     Joyce Marbury

CHICAGO_1156823_1