E-FILED
Friday, 24 September, 2004  04:18:11 PM
Clerk, U.S. District Court, ILCD


City of Champaign

REPORT TO CITY COUNCIL

FROM:       Steven C. Carter, City Manager

DATE:       August 9, 2002

SUBJECT:    ADOPTION OF SIMPLIFIED MUNICIPAL
            TELECOMMUNICATIONS TAX  SS 2002-047

**A. Introduction:** This report discusses the Simplified Municipal Telecommunications Tax, a new state tax that combines several existing telecommunications taxes, and discusses franchise and right-of-way license fees that the City currently collects from telecommunications service providers. Staff seeks Council direction on these taxes and charges.

**B. Recommended Action:** Staff recommends that the City adopt the Simplified Municipal Telecommunications Tax (STT) at the rate of 3.5%, an increase of 0.75% from its current telecommunications tax, and discontinue collecting franchise and right-of-way license fees from telecommunications service providers. The changes would be revenue-neutral to the City.

**C. Summary:**

- In accordance with a new state law, the Simplified Municipal Telecommunications Tax (STT) will replace the City's current Telecommunications Excise Tax (TET) on January 1, 2003. This change is mandatory. The City levies the TET at the rate of 2.75%.
- The City may adopt the STT at any rate (in one-quarter increments) up to 6%.
- The City also charges franchise and right of way license fees of $382,000 per year to telecommunications service providers that lay cable in the City's rights of way. The City is at risk of losing these revenues in the future due to new Federal and state laws. The $382,000 is equivalent to an STT rate of 0.75%.
- Staff proposes that the City adopt the STT at 3.5% (2.75% plus 0.75%) and discontinue charging telecommunications service providers for use of the City's rights of ways. That change would be revenue-neutral to the City, and would preserve its revenue stream from telecommunications service providers.

**D. Background:**

**1. Background Provided in Previous Report to City Council.** Staff provided background on this subject in a Report to the City Council dated June 28, 2002. A copy of that report is attached. Therefore, this report summarizes the background information.

**2. City Telecommunications Excise Tax and Right-of-Way Agreements.** The City levies a Telecommunications Excise Tax (TET) at the rate of 2.75%, producing revenues of about $1.4 million per year. The City also has agreements with telecommunications service providers regarding use of the City's rights-of-ways. These agreements allow telecommunications service providers to lay cable in the City's rights-of-ways (ROWs). The City receives payment for the use of its ROWs through franchise fees and/or ROW license fees. The payments compensate the City for 1) continued use (rental) of its ROWs and 2) damage to the ROWs caused by work performed in them.

The system of obtaining fees from telecommunications service providers for their ROW use worked relatively well when there were one or two providers. However, the system became difficult when the telecommunications industry became deregulated and many companies could lay cable in any given area. The matter became further complicated by a new Federal law which, among other things, put municipal governments at risk regarding the collection of fees from telecommunications service providers for their use of municipal ROWs.

**3. State Adopts Simplified Municipal Telecommunications Tax.** To address these issues, the state adopted the STT earlier this year. As of January 1, 2003, the STT will replace the City's current Telecommunications Excise Tax (TET). In addition, it will replace two other taxes collected by some Illinois municipalities (but not the City), the Municipal Utility Tax on telephone use and the Telecommunications Infrastructure Maintenance Fee. Municipalities may levy the SST in one-quarter percent increments up to 6%. The new tax is called the "Simplified Tax" because it combines several existing taxes. Also the Illinois Department of Revenue will collect the tax from telecommunications service providers on behalf of all municipalities that levy the tax, and remit revenues to them. That will reduce workload for telecommunications service providers and for City staff. About 130 telecommunications service providers remit taxes to the City. About 110 of these providers remit under $5,000 per month.

**4. Effect of STT Legislation on the City of Champaign.** Effective January 1, 2003, the City's TET will convert to the STT. If the City takes no action, the tax rate will be 2.75%, the same rate as the City's current TET. Alternatively, the City could adopt the STT at a different rate. The option proposed in this report is to replace franchise and ROW license fees that the City currently charges to telecommunications service providers, by adopting the STT at a higher rate than the City's current TET rate.

**D. Alternatives:**

1. Adopt the Simplified Tax at the rate of 3.5%, and do not collect franchise and ROW fees from telecommunications service providers.

2. Adopt the Simplified Tax at the rate of 2.75%, and continue to collect existing fees.

2

### E. Discussion of Alternatives:

**Alternative 1.** The City's current franchise and ROW license agreements will expire at some point in time. Replacing those revenues with the ST would assure a continued revenue stream. Also, as noted above, Federal law now puts the City at some risk for challenges to its franchise and ROW license fees.

This approach would be revenue-neutral to the City. Under current franchise and ROW license agreements, telecommunications service providers are obligated to pay the City about $382,000 per year for use of its ROW. The fees are in addition to the 2.75% TET that providers collect from customers and remit to the City. The ROW revenues of $382,000 are equivalent to a STT rate of about 0.75%. So, instead of simply converting the 2.75% TET to a 2.75% STT, the City could add 0.75% to the STT and eliminate collection of franchise and ROW license fees from telecommunications service providers. The City's total STT rate would be 3.5% (2.75% for the current TET and 0.75% to replace current franchise and ROW license revenues).

Staff believes that this proposal would also be revenue-neutral to users of telecommunications services in Champaign. Users would pay the Simplified Tax at a rate that would be 0.75% higher than the current Telecommunications Excise Tax. However, users would no longer pay for franchise and ROW fees that the City collects from telecommunications companies with cable in the City's ROWs. State regulations allow telecommunications companies to charge costs for ROW and franchise fees to the customers of the particular municipalities that collect the fees. Staff confirmed that SBC/Ameritech charges its Champaign customers for franchise fees paid to the City by SBC. (This is listed under "Local, State and Federal Charges" on customers' SBC bills.) So, telecommunications users in Champaign would pay the same amount of fees and taxes under either alternative. The City receives over 60% of its franchise and ROW fees from SBC.

While this alternative would be revenue-neutral to the City, some telecommunications service providers would remit more to the City, and some less. Providers of local telephone service (SBC/Ameritech and McLeod) are currently obligated to pay relatively large franchise and ROW fees. While their tax collections would increase under this alternative, the increase would be less than the ROW and franchise fees that they currently pay to the City, so their total payments would decrease. Also, the City might receive no STT revenues from some telecommunications companies with cable in the City's ROWs. Those companies, known as "pass-through providers", might provide telecommunications services elsewhere in the state. But if they had no Champaign customers, they would not collect and remit STT revenues to the City.

On the other hand, many cellular and long-distance service providers own no cable in the City's ROWs and do not currently pay ROW and/or franchise fees to the City. Therefore, their payments to the City would increases under this alternative, since they would collect the additional 0.75% STT.

Under this alternative, staff proposes that the City continue to collect, from telecommunications service providers conducting work in the City's ROW, standard permit fees charged to all private parties that conduct work in the City's ROWs. The City would not replace those revenues by further increasing the rate of the STT. Staff believes that current

3

telecommunications franchise and ROW fees do not compensate the City for long-term damage to its infrastructure that results from work in the City's ROWs. Continuing to assess fees for specific permits to work in the ROWs would compensate the City for damage, and would make the parties undertaking such work more cognizant of the cost of damage to the infrastructure.

### a. Advantages

- Assures the City of its current revenue stream.
- Reduces some accounting work for telecommunications services provides and staff.
- Simplifies any disputes with telecommunications services providers concerning amounts due for ROW fees, since the City would charge no fees as of January 1, 2003.
- Consistent with the intent of the state legislature in adopting the STT.
- Reduces costs for the firms' customers, since the firms would have to pay more to lay cable in private property, which firms would pass on through increased customer charges.

### b. Disadvantages

- Arguably, the current system of collecting franchise and ROW license fees is fairer, since the City would collect the fees from only those firms that have cable in the City's ROWs.

**Alternative 2.** The City could take no action, resulting in a STT rate of 2.75% (the same as the rate of the City's current TET), and continue to collect franchise and ROW fees from telecommunications service providers.

### a. Advantages

- May be perceived as fairer.
- Less change.

### b. Disadvantages

- Does not assure continuation of the City's current revenue stream.
- Does not simplify disputes with telecommunications services providers concerning amounts due for ROW fees, since the City would charge no fees as of January 1, 2003.

**F. Community Input:** Staff discussed this proposal with the Government Council of the Champaign County Chamber of Commerce. The Council did not take a formal position on the proposal, but several members of the Council spoke in favor it. One member expressed concern that the proposal would confuse citizens, but recognized that the City must protect its revenues.

Staff invited comment from the companies that currently pay franchise and ROW fees to the City. Staff also invited comment from the 18 telecommunications service providers that individually remit over $5,000 to the City annually. (Staff saw little benefit in contacting the companies that remit relatively low amounts to the City.) Staff received no comment except from one company representative, who expressed appreciation to staff for providing information on the Simplified Municipal Telecommunications Tax, which he had not been aware of.

4

**G. Budget Impact:** Both alternatives are revenue-neutral in the near term. The recommended alternative would avoid possible revenue declines in the long term.

**H. Staffing Impact:** Alternative 1 would reduce workload for Finance Department staff by eliminating the receipt of franchise and ROW fees from telecommunications service providers. Usually this workload is slight, since only five companies pay the fees. However, when a company does not pay as required under agreements with the City, collection efforts for Finance, Legal, and Information Technologies staff can take entail significant workload.

Prepared by:


Richard A. Schnuer
Finance Director

Attachment


J:\fin\shared\RTC 2002\Simplified Tax Study Session RTC