E-FILED
Friday, 24 September, 2004 04:18:32 PM
Clerk, U.S. District Court, ILCD

# JENNER&BLOCK

September 14, 2004

Jenner & Block LLP   Chicago
One IBM Plaza        Dallas
Chicago, IL 60611-7603   Washington, DC
Tel 312 222-9350
www.jenner.com

**By Facsimile and Mail**

Mr. Thomas W. Kelty
Kelty Law Offices, P.C.
3201 Pleasant Run, Suite A
P.O. Box 13317
Springfield, Illinois  62791-3317

Edward F. Malone
Tel  312 923-2852
Fax 312 840-7252
emalone@jenner.com

Re:  City of Champaign v. McLeodUSA Inc.
     No. 02-2252

Dear Tom:

I am writing in response to your September 13, 2004 letter addressing some outstanding discovery issues in this litigation.

*First*, regarding my request for additional information about the draft 1996 ROW Agreement that you sent me, please note that in McLeodUSA's First Request for Production of Documents, we sought production of all documents related to the negotiations of the 1994, 1996 and 1997 agreements (Request No. 2) as well as all "contract files" related to those agreements (Request No. 3). Those requests plainly cover *all* documents contained in the file referenced in your letter. We therefore request that the City immediately produce the entire file.

*Second*, in response to your motion to compel, I renew my repeated offers to answer any questions you may have about McLeod's production. If you do not wish to have such discussions and instead pursue your motion to compel, we will seek McLeod's costs for responding to your motion.

*Third*, I have attached a copy of an August 9, 2002 memorandum from Steven C. Carter to the City Council. We discovered this memorandum on the City's website while preparing for the settlement conference, but we have been unable to locate a copy in the documents produced to McLeod by the City. We believe this document is clearly responsive to McLeod Document Request numbers 1 and 4, and should have been produced. If the City did in fact produce this document, please identify the Bates number for me. If the City did not produce the document during discovery, it should have, and if it had we would have sought to depose Mr. Carter at that time. Consequently, I believe I am entitled to depose Mr. Carter now. Please let me know if you have any objections to such a deposition and let me know when Mr. Carter would be available. If you do object, we will file a motion to compel Mr. Carter's deposition.

CHICAGO_1151943_1

Mr. Thomas W. Kelty
September 14, 2004
Page 2

**JENNER & BLOCK**

Let's talk tomorrow about setting up a conference call with Judge Baker on the other issues we need to discuss with him.

Very truly yours,

Edward F. Malone

EFM/sag
Enclosure

cc:   Daniel J. Weiss

CHICAGO_1151943_1