**KELTY LAW OFFICES, P.C.**

3201 PLEASANT RUN, SUITE A
P.O. BOX 13317
SPRINGFIELD, ILLINOIS 62791-3317
http://www.keltylaw.com

THOMAS W. KELTY

Also Licensed in Missouri

September 16, 2004

AREA CODE: 217
TELEPHONE: 726-8200
FAX: 726-8300
E-MAIL: tkelty@keltylaw.com

FRANK M. PFEIFER (1908-1994)

Edward F. Malone, Esq.
Jenner & Block
One IBM Plaza
Chicago, IL 60611-7603

Re:  *City of Champaign v. McLeodUSA*
     Our File: 3789-90001

Dear Ed:

I am writing in response to yours of September 14, particularly your first paragraph concerning the documents relating to the 1994, 1996 and 1997 agreements. We believe the City has done so. However, I will have the file delivered to my office for your inspection. I will advise you as soon as it arrives so that you may schedule a time to undertaken your inspection.

With regard to your second paragraph, you and I have agreed that I would identify sample documents which I would discuss with you and pose my questions in an attempt to resolve our discovery dispute. They have been identified in a memorandum email to you.

With regard to your third paragraph regarding the Carter August 9, 2002 "report to City Council", I have examined your document request numbers 1 and 4. Clearly, the Carter document does not fall within the scope of request number 1. I have likewise reviewed your request number 3 and do not see how the Carter document is a "study or calculation" regarding in any way "any costs incurred" by the City. Indeed, the only reference to "costs" is on the fourth page where it speaks in terms of reducing costs to your client.

We have reviewed the production which was tendered by the City and do not find this document among them. Of course, it would not have been since it was not included within the scope of the McLeod request.

Edward F. Malone, Esq.
September 16, 2004
Page 2

I do not believe that you are entitled to depose Mr. Carter now or at any time.

Sincerely yours,

**KELTY LAW OFFICES, P.C.**

By: _____
Thomas W. Kelty

TWK:bsw
Enclosure
xc:    Frederick C. Stavins, Esq. (with enclosure)