August 24, 2004

**By Facsimile and U.S. Mail**

Jenner & Block LLP      Chicago
One IBM Plaza           Dallas
Chicago, IL 60611-7603  Washington, DC
Tel 312 222-9350
www.jenner.com

Mr. Thomas W. Kelty
Kelty Law Offices, P.C.
3201 Pleasant Run, Suite A
P.O. Box 13317
Springfield, Illinois  62791-3317

Edward F. Malone
Tel  312 923-2852
Fax  312 840-7252
emalone@jenner.com

Re:   City of Champaign v. McLeodUSA Inc.
      No. 02-2252

Dear Tom:

I am writing in response to your August 23, 2004 letter regarding certain outstanding discovery issues.

First, in response to Plaintiff's First Supplemental Request for Production of Documents to McLeodUSA and your August 2, 2004 letter, as we have previously discussed, McLeod's response to the City's original request for production of documents complies with Rule 34(b) of the Federal Rules of Civil Procedure, which allows the producing party to produce documents "as they are kept in the usual course of business or . . . organize and label them to correspond with the categories in the request." McLeod produced the documents as they are maintained in the ordinary course of business.  Section 2213 of Federal Practice and Procedure:  Federal Rules of Civil Procedure, by Wright and Miller, notes some debate among commentators about whether the producing party may elect to produce the documents as they are maintained in the ordinary course of business, and concludes that "in the first instance the producing party shall retain the right to choose between the production formats authorized by Rule 34(b), and the Court shall have the authority where necessary to direct some disclosure of the matter of organization of the producing party's files."   As I have previously suggested, if there are particular documents that you are unable to interpret because of the manner in which they have been produced, I would be happy to discuss those individual documents with you.  Absent such individual issues, I believe McLeod has complied with its obligations under Rule 34.

Mr. Thomas W. Kelty
August 24, 2004
Page 2

**JENNER&BLOCK**

Second, in response to your June 22 and July 14, 2004 letters, I refer you to my July 20, 2004 responding to that correspondence, and the ICC materials that we previously produced to you.

Very truly yours,

*[signature]*

Edward F. Malone

EFM/sag


cc:   Daniel J. Weiss

CHICAGO_1143439_1