E-FILED
Friday, 01 October, 2004  04:24:47 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA/DANVILLE DIVISION

| | | |
|---|---|---|
| THE CITY OF CHAMPAIGN, an Illinois municipal corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 02-2252 |
| MCLEODUSA, INC., a Delaware corporation, and MCLEODUSA TELECOMMUNICATION SERVICES, INC., an Iowa corporation, | ) ) ) ) ) ) | Hon. Harold Baker |
| Defendants. | ) ) | |

### McLEODUSA'S MOTION PURSUANT TO FED. R. CIV. P. 37(c)(1) TO EXCLUDE THE TESTIMONY OF UNDISCLOSED WITNESS SCHNUER

Defendants McLeodUSA Incorporated and McLeodUSA Telecommunications Services, Inc. (collectively, "McLeodUSA"), by their attorneys, and pursuant to Local Rule 16.1(E)(8) and Fed. R. Civ. P. 37(c)(1), respectfully submit the following motion to bar the City of Champaign from calling an undisclosed witness, Richard Schnuer, at trial.  In further support of this motion, McLeodUSA has submitted herewith a memorandum of law and further states as follows:

1.  Champaign should be precluded from calling Richard Schnuer, a city finance employee, as a witness at trial because Champaign failed to disclose Mr. Schnuer as a potential witness until September 17, 2004, only weeks before the October 18 trial date in this case and long past the March 22 close of discovery.  Mr. Schnuer did not appear in any Champaign disclosure pursuant to Rule 26(a)(1).

2.  Under Federal Rule 37(c)(1), a party is not "permitted to use as evidence at trial . . . any witness or information not so disclosed [under Rule 26]."  Fed. R. Civ. P.

37(c)(1). That rule is mandatory. *Musser v. Gentiva Health Servs.*, 356 F.3d 751, 759 (7th Cir. 2004)

   3. Because of Champaign's non-disclosure, McLeodUSA has been prevented from deposing Mr. Schnuer or taking other discovery concerning his potential testimony. Schnuer's testimony would thus work unfair surprise upon McLeodUSA, violating Rules 26(a)(1) and 37(c)(1).

   4. For those reasons, and as further set out in McLeodUSA's accompanying memorandum of law, the Court should preclude Champaign from calling Richard Schnuer to testify at trial.

## **Conclusion**

For the foregoing reasons, McLeodUSA respectfully requests that the Court enter an order precluding Champaign from calling undisclosed witness Richard Schnuer to testify at trial.

         Respectfully submitted,
         McLeodUSA Incorporated and
         McLeod Telecommunications Services, Inc.

         By: s/ Edward F. Malone
           One of their attorneys

           Edward F. Malone
           Daniel J. Weiss
           JENNER & BLOCK LLP
           One IBM Plaza
           Chicago, Illinois 60611
           (312) 222-9350
           (312) 840-7517 (fax)

October 1, 2004

**CERTIFICATE OF SERVICE**

       I hereby certify that on October 1, 2004, I electronically filed the foregoing McLEODUSA'S MOTION PURSUANT TO FED. R. CIV. P. 37(c)(1) TO EXCLUDE THE TESTIMONY OF UNDISCLOSED WITNESS SCHNUER with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

       Thomas W. Kelty
       tkelty@keltylaw.com

       s/ Daniel J. Weiss

       Edward F. Malone
       Daniel J. Weiss
       Attorneys for Defendants
       Jenner & Block LLP
       One IBM Plaza
       Chicago, Illinois   60611
       (312) 222-9350
       (312) 840-7517 (fax)
       emalone@jenner.com
       dweiss@jenner.com