E-FILED
Friday, 01 October, 2004 04:39:22 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | |
|---|---|
| THE CITY OF CHAMPAIGN, an Illinois municipal corporation, on its own behalf and on behalf of the Class of all other units of local government similarly situated, | ) ) ) ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) NO. 02-2252 ) |
| MCLEODUSA, INC., a Delaware corporation, and MCLEODUSA TELECOMMUNICATION SERVICES, INC., an Iowa corporation, | ) ) ) ) ) |
| Defendants. | ) |

### PLAINTIFF'S INITIAL DISCLOSURES UNDER RULE 26(a)(1)

NOW COMES Plaintiff, THE CITY OF CHAMPAIGN, an Illinois municipal corporation, by and through its attorneys, Kelty Law Offices, P.C., pursuant to F.R.Civ.P. 26(a)(1) and *Case Management Order #1* entered by this Court, and hereby files its initial disclosures under Rule 26(a)(1) as follows:

1. With respect to Rule 26(a)(1)(A), Plaintiff discloses the following individuals likely to have discoverable information that Plaintiff may use to support its claims or defenses:

    a. Steven C. Carter, City Manager, regarding contract negotiation and formation, payment disputes arising under the agreements, and McLeodUSA right-of-way construction under the

H:\3789\90001\DISCLOSURES\7-31-2003

agreements. Office of the City Manager, 102 North Neil Street, Champaign, IL 61820, 217-351-4471.

b. Jeff Smith, former Champaign City Engineer, regarding McLeodUSA right-of-way construction under the agreements. l/k/a Public Works Department, 702 Edgebrook Drive, Champaign, IL 61820, 217-403-4710.

c. Joe K. Winborn, Champaign Engineer Technician II, regarding McLeodUSA right-of-way construction under the agreements. City of Champaign Public Works Department, 702 Edgebrook Drive, Champaign, IL 61820, 217-403-4710.

2. With regard to McLeodUSA, Incorporated personnel, Plaintiff discloses, pursuant to Rule 26(a)(1), the following individuals likely to have discoverable information that Plaintiff may use to support its claims or defenses:

a. Victor A. Lazzaretti, regarding contract negotiation, formation, and payment disputes arising thereunder. McLeodUSA, N17 W24222 Riverwood Drive, Waukesha, WI 53188, 262-832-5401.

b. Michael T. Vrem, Director of Operations, regarding contract negotiation and formation. McLeodUSA, 2302 Fox Drive, #D, Champaign, Illinois 61820, (217) 366-0101.

c. Scot J. Eberle, General Manager, regarding McLeodUSA right-of-way construction under the agreements. McLeodUSA, 2302 Fox Drive, Suite D, Champaign, IL 61820, 217-239-5067.

d.  Ellen Elise Crutcher, former Associate General Counsel, regarding contract negotiation and formation, McLeodUSA right-of-way construction under the agreements, and payment disputes arising under the agreements. l/k/a McLeod 121 South 17th Street, Mattoon, IL 61938, 217-235-4467.

e.  LeeAnn M. Benischek, former Associate General Counsel, regarding contract negotiation and formation. l/k/a McLeodUSA Technology Park, P.O. Box 3177, 6400 "C" Street SW, Cedar Rapids, IA 52406, 319-298-7901.

f.  Janella D. Klein, present or former Legal Assistant, regarding contract negotiation and formation. l/k/a McLeodUSA Technology Park, P.O. Box 3177, 6400 "C" Street SW, Cedar Rapids, IA 52406, 319-298-7371.

g.  Shelly O'Neal, former Contracts Administrator, regarding contract negotiation and formation. l/k/a McLeodUSA Technology Park, P.O. Box 3177, 6400 "C" Street SW, Cedar Rapids, IA 52406, 319-364-0000.

h.  Stephen C. Gray, President, regarding the corporate structure of McLeodUSA, Incorporated and the relationships of Consolidated Network, Inc.; Consolidated Communications Telecom Services, Inc.; and McLeodUSA Telecommunications Services, Inc. to McLeodUSA, Incorporated. 6400 "C" Street SW, P.O. Box 3177, Cedar Rapids, IA 52406.

3. With respect to Rule 26(a)(1)(B), Plaintiff directs Defendants to the following documents:

    a. The City's 1994 agreement with CNI, attached to the *Complaint* as Exhibit A. (Plaintiff's allegations 35 and 43.)

    b. The City's 1996 agreement with CCTSI, attached to the *Complaint* as Exhibit B. (Plaintiff's allegations 46-49.)

    c. The City's 1997 agreement with MTSI, attached to the *Complaint* as Exhibit D. (Plaintiff's allegation 56.)

    d. Letter from Shaun K. Stuart, *Assistant City Attorney*, to Ellen Elise Crutcher, *Associate General Counsel* (July 10, 2000), attached hereto as document numbers 13-14. (Plaintiff's allegations 46, 51, 52 and 54.)

    e. Letter from Trisha A. Crowley, *Deputy City Attorney*, to Consolidated Network, Inc. (July 19, 2000), attached hereto as document numbers 15-16. (Plaintiff's allegations 35, 36, 42 and 44.)

4. With respect to Rule 26(a)(1)(C), Plaintiff refers to its disclosure in regard to Rule 26(a)(1)(B) and states that the documents and information relating to the number of access lines and linear footage under the agreements are exclusively within the possession and control of McLeodUSA. Notwithstanding, Plaintiff reasonably believes that the amounts set forth in Plaintiffs disclosure documents 1 through 12 correctly summarize the amounts due the City based upon estimated access lines and cable footage.

5.  Plaintiff submits that the disclosure required by Rule 26(a)(1)(D) is inapplicable to Plaintiff.

> Respectfully submitted,
>
> **THE CITY OF CHAMPAIGN**, an Illinois municipal corporation, Plaintiff
>
> By: _____
> One of its Attorneys

Thomas W. Kelty, No. 1441337
Christopher E. Sherer, No. 6275910
**KELTY LAW OFFICES, P.C.**
Attorneys for Plaintiff
3201 Pleasant Run, Suite A
P.O. Box 13317
Springfield, IL 62791-3317
Telephone: 217/726-8200

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | |
|---|---|
| THE CITY OF CHAMPAIGN, an Illinois municipal corporation, on its own behalf and on behalf of the Class of all other units of local government similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>MCLEODUSA, INC., a Delaware corporation, and MCLEODUSA TELECOMMUNICATION SERVICES, INC., an Iowa corporation,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  NO. 02-2252<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S FIRST SUPPLEMENTAL RULE 26(a)(1) DISCLOSURE

NOW COMES Plaintiff, THE CITY OF CHAMPAIGN, an Illinois municipal corporation, by and through its attorneys, Kelty Law Offices, P.C., pursuant to Fed. R. Civ. P. 26(e), and hereby supplements its *Initial Disclosures Under Rule 26(a)(1)* to include Frederick C. Stavins, City Attorney (Legal Department, 102 North Neil Street, Champaign, IL 61820, 217-403-8765), regarding contract negotiation and formation, payment disputes arising under the

agreements, and McLeodUSA right-of-way construction under the agreements.

                Respectfully submitted,

                **THE CITY OF CHAMPAIGN, an Illinois municipal corporation, Plaintiff**

                By: _[signature]_
                     One of its Attorneys

Thomas W. Kelty, No. 1441337
Christopher E. Sherer, No. 6275910
**KELTY LAW OFFICES, P.C.**
Attorneys for Plaintiff
3201 Pleasant Run, Suite A
P.O. Box 13317
Springfield, IL 62791-3317
Telephone: 217/726-8200
Facsimile: 217/726-8300

STATE OF ILLINOIS    )
                     )    SS.
COUNTY OF SANGAMON   )

### CERTIFICATE OF SERVICE

The undersigned hereby certifies pursuant to the provisions of Rule 5 of the Federal Rules of Civil Procedure, and the penalties therein provided, that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth via facsimile and by placing a copy in an envelope plainly addressed to said addressees, affixing first-class postage thereto, and depositing same with the United States mail at Springfield, Illinois on August 19, 2003:

Daniel J. Weiss, Esq.
John J. Hamill, Esq.
Jenner & Block, LLC
One IBM Plaza
Chicago, IL 60611
Telephone:  (312) 923-2684   (Mr. Hamill)
Facsimile:  (312) 840-7684
Telephone:  (312) 923-4517   (Mr. Weiss)
Facsimile:  (312) 840-7517

FAXED 8-19-03

and that the original was filed with the Clerk of the Court in which this matter is pending.

_Melissa N. Jarvis_

Subscribed and sworn to before me, a Notary Public, this 19th day of August, 2003.

_____
Notary Public

"OFFICIAL SEAL"
TWILA M. JARVIS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 4/6/2004

H:\3789\90001\Rule 26a1\8-19-2003