IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | | |
|---|---|---|
| **THE CITY OF CHAMPAIGN, an Illinois municipal corporation, on its own behalf and on behalf of the Class of all other units of local government similarly situated,** | ) ) ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | NO. 02-2252 |
| **MCLEODUSA, INC., a Delaware corporation, and MCLEODUSA TELECOMMUNICATION SERVICES, INC., an Iowa corporation,** | ) ) ) ) ) | |
| Defendants. | ) | |

**DISCOVERY CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 1ST day of October, 2004, pursuant to the provisions of Rule 5 of the Federal Rules of Civil Procedure and proposed CDIL-LR 5.3, and the penalties therein provided, that a copy of *CHAMPAIGN'S FIFTH SUPPLEMENTAL RESPONSE TO MCLEODUSA'S FIRST SET OF DOCUMENT REQUESTS* was served upon each of the addressees hereinafter set forth by placing a copy in an Airborne Express envelope, plainly addressed to said addressees, and depositing same with Airborne Express, (aka DHL Express), in Springfield, Illinois on October 1, 2004, requesting delivery on October 4, 2004:

        Edward F. Malone, Esq.
        Daniel J. Weiss, Esq.
        Jenner & Block, LLC
        One IBM Plaza
        Chicago, IL 60611

Per Rule 26.3 of the Local Rules of the US District Court for the Central District of Illinois the original of *CHAMPAIGN'S FIFTH SUPPLEMENTAL RESPONSE TO MCLEODUSA'S FIRST SET OF DOCUMENT REQUESTS*

was not filed with the Clerk of the Court, but was retained in our files.

The undersigned further certifies that I electronically filed this *Discovery Certificate of Service* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

>Edward F Malone, Esq.
>emalone@jenner.com
>
>Daniel J Weiss, Esq.
>dweiss@jenner.com

and that the original was maintained in my files.

>s/ Thomas W. Kelty
>Thomas W. Kelty, No. 1441337
>**KELTY LAW OFFICES, P.C.**
>Attorneys for Plaintiff
>3201 Pleasant Run, Suite A
>P.O. Box 13317
>Springfield, IL 62791-3317
>Telephone: 217/726-8200
>Facsimile: 217/726-8300
>tkelty@keltylaw.com