**E-FILED**
Monday, 04 October, 2004  02:11:44 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION**

| | | |
|---|---|---|
| THE CITY OF CHAMPAIGN, an Illinois municipal corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | No. 02-2252 |
| MCLEODUSA, INC., a Delaware corporation, and MCLEODUSA TELECOMMUNICATION SERVICES, INC., an Iowa corporation, | ) ) ) ) ) | Hon. Harold Baker |
| Defendants. | ) ) ) | |

**McLEODUSA'S MOTION *IN LIMINE* NUMBER 1
TO BAR TESTIMONY OF DAVID L. CLARK,
<u>PURSUANT TO FEDERAL RULES OF EVIDENCE 701 AND 702</u>**

Pursuant to Fed. R. Civ. P. 16(c) and Local Rule 16.1(E)(5) and (8), defendants McLeodUSA, Inc. and McLeodUSA Telecommunication Services, Inc. (collectively, "McLeodUSA"), by their attorneys, submit this motion *in limine* and accompanying memorandum of law seeking entry of an order barring plaintiff City of Champaign's expert, David L. Clark, from testifying at trial regarding his opinions about the cost of maintaining the City's right-of-way ("ROW") and the reasonableness of the fees the City charged McLeodUSA. The City has disclosed Mr. Clark, an engineer employed by the City, as an expert pursuant to Fed. R. Civ. P. 26(a)(2). McLeodUSA requests that this Court bar Mr. Clark from testifying about these matters pursuant to Fed. R. Evid. 702, the standards established by *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993) and Fed. R. Evid. 701. In further support of this motion, McLeodUSA states as follows:

1.      Under the federal Telecommunications Act of 1996, the fees the City charges McLeodUSA for ROW access must be "fair and reasonable."  It is Champaign's burden to establish that the ROW fees meet this federal mandate, and the "fair and reasonable" mandate requires Champaign to show that their charges bear a direct relation to the costs imposed by McLeodUSA's use of the City's ROW.  *E.g. XO Missouri Inc. v. Md. Heights*, 256 F. Supp. 2d 987, 995 (E.D. Mo. 2003).

2.      In his expert report and testimony, David L. Clark attempts to show the fees Champaign charged McLeodUSA bear a relationship to the costs incurred by the City as McLeodUSA's use of the ROW, and are therefore "fair and reasonable."  Clark purports to do this by adding together all of Champaign's costs for concrete, asphalt, and a host of other irrelevant items, and then dividing the resulting sum by the 220 miles of road in Champaign to compute a "per mile cost" for use of ROW.

3.      Mr. Clark's opinions are inadmissible under Fed. R. Evid. 702 and the standards established by *Daubert* for three reasons.  *First*, Clark's opinions are irrelevant and cannot assist the trier of fact because they are derived from budgets that are largely outside the relevant time frame, and include costs unrelated to McLeodUSA's use of the City's ROW.  *Second*, Mr. Clark is not qualified to testify about how to allocate costs in Champaign's budgets to McLeodUSA's use of the City's ROW.  *Third*, Mr. Clark's methodology for concluding that the ROW fees assessed to McLeodUSA were "fair and reasonable" fails to qualify as scientific under *Daubert* and is therefore unreliable.

4.      Mr. Clark's opinions are also inadmissible under Fed. R. Evid. 701 because Clark's testimony cannot logically meet the requirements for lay witness opinion testimony.

5.     McLeodUSA has submitted herewith a memorandum of law in support of this motion.

WHEREFORE, for the reasons set out above and in the accompanying memorandum of law, McLeodUSA respectfully requests that this Court enter an order 1) striking Clark's opinion report; and 2) baring Clark from offering any expert or lay opinion at the trial of this matter.

Respectfully submitted,
McLeodUSA Incorporated and
McLeod Telecommunications Services, Inc.

By:     s/ Edward F. Malone
        One of their attorneys
        Edward F. Malone
        Daniel J. Weiss
        JENNER & BLOCK LLP
        One IBM Plaza
        Chicago, Illinois  60611
        (312) 222-9350
        (312) 840-7517 (fax)

October 4, 2004

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 4, 2004, I electronically filed the foregoing MCLEODUSA'S MOTION *IN LIMINE* NUMBER 1 TO BAR TESTIMONY OF DAVID L. CLARK, PURSUANT TO FEDERAL RULES OF EVIDENCE 701 AND 702 and MEMORANDUM OF LAW IN SUPPORT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Thomas W. Kelty
> tkelty@keltylaw.com

> s/ Daniel J. Weiss
> Edward F. Malone
> Daniel J. Weiss
> Attorneys for Defendants
> Jenner & Block LLP
> One IBM Plaza
> Chicago, Illinois   60611
> (312) 222-9350
> (312) 840-7517 (fax)
> emalone@jenner.com
> dweiss@jenner.com