E-FILED
Monday, 04 October, 2004 02:12:58 PM
Clerk, U.S. District Court, ILCD



**City of CHAMPAIGN**

Public Works Department • Engineering Division • 702 Edgebrook Drive • Champaign IL 61820
(217) 403-4710 • fax (217) 403-4755 • www.ci.champaign.il.us

# MEMORANDUM

TO: Thomas Kelty, Esq.

DATE: June 21, 2004

SUBJECT: City of Champaign vs. McCleod
Opinion Report

As Civil Engineer II for the City of Champaign, I offer the opinions herein concerning the subject matter of The City of Champaign v. McLeodUSA Inc. and McLeodUSA Telecommunication Services, Inc. filed in the U.S. District Court, Central District of Illinois, with case number 02-2252.

## OPINIONS AND BASIS THEREFOR

1. It is my opinion, based upon my review of the last three years of the City's budget for pavement maintenance alone, that the average annual budget expenditure by the City of approximately $2.8 million dollars, increasing each year to account for inflation, reasonably reflects the City's annual expenditure for asphalt and concrete contract street maintenance.

BASIS: My review of City financial records as shown above and provided herewith.

2. It is my opinion, based upon the City's costs, that the per lineal foot composite fees for right-of-way use and access line use, are fair and reasonable.

BASIS: The City of Champaign maintains roughly 220 miles of public right-of-way and various types of utilities, both public and private, exist within the right-of-way. Based upon my understanding of the per lineal foot composite fees for right-of-way use and access line use, the amount is a fair and reasonable fee charged by the City of Champaign.

3. It is my opinion that, for the City to maintain its roughly 220 miles of right-of-way its total annual budget of $8.4 million, is approximately $7.23 per lineal foot of right-of-way, and is a reasonable calculation of cost of maintenance.

BASIS: When considering maintenance of the entire public right-of-way, there is more than just pavement maintenance. Right-of-way maintenance also encompasses sanitary sewer maintenance, urban forest, sidewalks, parkways, street lights, traffic signals, and traffic signage maintenance. Utility work in the right-of-way may impact each of these infrastructure components. Therefore, when determining the approximate annual per lineal foot cost for right-of-way maintenance in the City of Champaign, one must include the City of Champaign Public Works Department Operations' annual budget of $6.1 million, and Public Works' Engineering annual budget of $2.3 million for a combined total of $8.4 million.



EXHIBIT Clark 2
BG 7-20-04

## DATA AND/OR INFORMATION CONSIDERED

These opinions are based on data obtained from the City's budget document, "FY2003/2004 Proposed Financial Plan For Community Services"; financial data obtained from the City's financial accounting software program known as GEMS; and a recent analysis of the City's contract street maintenance budget, staffing, and product (copies of pertinent information from these sources is attached). The data from these sources formed the basis of my opinions.

## QUALIFICATIONS, COMPENSATION AND PRIOR TESTIMONY

My Curriculum Vitae which is attached hereto lists my qualifications. As a City employee I have not received any additional compensation beyond my salary for the submission of my opinions or the preparation of this Report. I have not testified as an expert at trial or by deposition within the preceding four years.

Respectfully submitted:

David L. Clark
Civil Engineer II, City of Champaign

Attachments

# FY2003/2004 Proposed Financial Plan For Community Services

City of Champaign

# Proposed Financial Plan
# For Community Services
# Fiscal Year 2003/2004



**Mayor**
Gerald Schweighart

**Council Members**
Thomas Bruno
Kathleen Ennen
James Green
Michael La Due
Vic McIntosh
Ken Pirok
J.W. Pirtle
Giraldo Rosales

**City Manager**
Steven C. Carter

**Assistant City Manager**
Paul A. Berg

**Budget Staff**

| Richard A. Schnuer | Elizabeth Hannan | Jennifer Johnson |
| Finance Director | Budget Officer | Financial Analyst |
| | | |
| Beth Williams | Rachael Roberts | Annette Livingston |
| Finance Technician | Account Clerk III | Account Clerk III |

Cover Layout: Annette Livingston
Photo: Jennifer Johnson

# Public Works Department

*General Operating Fund Expenditures by Activity*

| Activity | FY01/02 Actual | FY02/03 Budget | FY02/03 Estimate | FY03/04 Budget |
|---|---|---|---|---|
| Public Works Administration | $192,155 | $395,048 | $329,019 | $234,928 |
| Traffic & Lighting | $1,105,377 | $1,204,267 | $1,162,289 | $1,162,400 |
| IDOT Sign Grant | $48,713 | $48,750 | $48,750 | $0 |
| Special Services | $870,409 | $971,646 | $964,810 | $927,104 |
| Environmental Services | $264,262 | $320,477 | $320,477 | $282,854 |
| Operations Administration | $230,931 | $249,570 | $241,741 | $255,101 |
| Streets | $752,400 | $913,153 | $895,954 | $922,725 |
| Concrete | $633,488 | $712,699 | $695,861 | $741,836 |
| Asphalt | $503,585 | $660,618 | $639,988 | $630,668 |
| Forestry | $398,354 | $502,053 | $553,648 | $507,946 |
| Emergency Operations | $112,215 | $311,842 | $305,108 | $198,288 |
| **Total** | $5,111,889 | $6,290,123 | $6,157,645 | $5,863,850 |

*Full-time Equivalent (F.T.E.) Positions*

| | FY01/02 | FY02/03 | FY03/04 |
|---|---|---|---|
| Personnel Summary | 49.090 | 49.090 | 48.250 |

(Gup)

## Concrete
## 02-0000-07007-0000

*Expenditures by Classification*

| Expenditure Classification | FY01/02 Actual | FY02/03 Budget | FY02/03 Estimate | FY03/04 Budget |
|---|---|---|---|---|
| Personnel Services | $427,760 | $492,605 | $475,767 | $516,368 |
| Commodities | $108,751 | $113,400 | $113,584 | $117,135 |
| Contractual Services | $31,354 | $22,359 | $22,175 | $18,253 |
| Capital Outlays | $0 | $0 | $0 | $0 |
| Interfund Transfers | $65,623 | $84,335 | $84,335 | $90,080 |
| Total | $633,488 | $712,699 | $695,861 | $741,836 |

Avg. = $690,395 — 3 yr.

*Full-time Equivalent (F.T.E.) Positions*

| | FY01/02 | FY02/03 | FY03/04 |
|---|---|---|---|
| Personnel Summary | 9.000 | 9.000 | 9.000 |

(ARNIE)

## Asphalt
## 02-0000-07009-0000

*Expenditures by Classification*

| Expenditure Classification | FY01/02 Actual | FY02/03 Budget | FY02/03 Estimate | FY03/04 Budget |
|---|---|---|---|---|
| Personnel Services | $268,821 | $329,131 | $308,501 | $347,037 |
| Commodities | $66,384 | $68,817 | $71,452 | $70,952 |
| Contractual Services | $47,356 | $88,193 | $85,558 | $57,714 |
| Interfund Transfers | $121,024 | $174,477 | $174,477 | $154,965 |
| Total | $503,585 | $660,618 | $639,988 | $630,668 |

Avg. = $591,413.67 — 3 yr.

*Full-time Equivalent (F.T.E.) Positions*

|  | FY01/02 | FY02/03 | FY03/04 |
|---|---|---|---|
| Personnel Summary | 6.000 | 6.000 | 6.000 |

Summary of Contract Street Maintenance Budget, Staffing and Product

| Fiscal Year | Engineering Percentage of Total | Construction Percentage of Total | Staff Hours | Engineering Cost | Construction Cost | Total Cost | PCC Patching Lane-Miles | Asphalt Overlay Lane-Miles | Total Rehab Lane-Miles | Avg. Cost Per Lane Mile |
|---|---|---|---|---|---|---|---|---|---|---|
| 1998-99 | 16.28% | 83.72% | 2,129.5 | $182,553.11 | $938,577.88 | $1,121,130.99 | 4.52 | 7.60 | 12.12 | $92,502.56 |
| 1999-00 | 10.89% | 89.11% | 3,610.8 | $117,422.33 | $960,439.18 | $1,077,861.51 | 2.88 | 6.00 | 8.88 | $121,380.80 |
| 2000-01 | 7.82% | 92.18% | 4,162.0 | $127,498.05 | $1,502,868.97 | $1,630,367.02 | 1.97 | 4.24 | 6.21 | $262,538.97 |
| 2001-02 | 10.82% | 89.18% | 5,214.0 | $122,686.26 | $1,011,268.32 | $1,133,954.58 | 2.06 | 10.37 | 12.43 | $91,227.24 |
| 2002-03 | 7.68% | 92.32% | 3,544.0 | $145,300.63 | $1,746,602.61 | $1,891,903.24 | 2.93 | 9.60 | 12.53 | $150,989.88 |
| Totals | | | 18,660.25 | $695,460.38 | $6,159,756.96 | $6,855,217.34 | 14.36 | 37.81 | 52.17 | $131,401.52 |
| Average | | | 3,732.05 | $139,092.08 | $1,231,951.39 | $1,371,043.47 | 2.87 | 7.56 | 10.43 | N/A |

5yr. Avg. = $1,552,074

```
REPORT: STATEMENTS      GENERATED: 14 APR 04 13:20                                              RUN: WEDNESDAY JUN092004 15:14                      PAGE
07001-07099--PW EXP                          CITY OF CHAMPAIGN                                  % OF YEAR REMAINING =    6
                                  07001-07099--PUBLIC WORKS EXPENDITURES
                                            AS OF 06/09/04

ACCOUNT #                               REVISED          EXPENDED          EXPENDED                              AVAILABLE        PERCENT
  DESCRIPTION                           BUDGET             YTD               PTD         ENCUMBERED               BALANCE        AVAILABLE

ENGINEERING SERVICES FUND

PERSONNEL SERVICES
11-0000-07020-0000-501                1,147,970.00    1,091,090.95         47,886.65          0.00              56,879.05          4.96 %
  SALARIES: SCHEDULED
11-0000-07020-0000-511                   40,007.00       50,605.77          1,380.81          0.00              10,598.77-        26.49-%
  OVERTIME PAY
11-0000-07020-0000-524                       55.00           55.00              0.00          0.00                   0.00          0.00 %
  TEMPORARY UPGRADING PAY
11-0000-07020-0000-525                   94,423.00       88,849.83          5,397.61          0.00               5,573.17          5.90 %
  GROUP MEDICAL & LIFE INSURANCE
11-0000-07020-0000-526                   44,499.00       52,716.08          3,015.16          0.00               8,217.08-        18.47-%
  CITY IMRF/SURS PAYMENTS
11-0000-07020-0000-527                   90,244.00       83,393.23          3,582.74          0.00               6,850.77          7.59 %
  CITY FICA PAYMENTS
TOTAL PERSONNEL SERVICES              1,417,198.00    1,366,710.86         61,262.97          0.00              50,487.14          3.56 %

COMMODITIES
11-0000-07020-0000-600                    9,500.00        7,821.78             56.98          0.00               1,678.22         17.67 %
  OFFICE SUPPLIES
11-0000-07020-0000-610                    8,457.00        5,559.57            853.97          0.00               2,897.43         34.26 %
  ACTIVITY SPECIFIC SUPPLIES
11-0000-07020-0000-620                      600.00          564.75              0.00          0.00                  35.25          5.88 %
  EDUCATION & TRAINING MATERIALS
11-0000-07020-0000-650                      400.00          224.35              0.00          0.00                 175.65         43.91 %
  CONSTRUCTION MATERIALS
11-0000-07020-0000-671                      700.00           96.20              0.00          0.00                 603.80         86.26 %
  CLOTHING & SAFETY GEAR
11-0000-07020-0000-680                      400.00           95.05              0.00          0.00                 304.95         76.24 %
  SMALL TOOLS & EQUIPMENT
11-0000-07020-0000-682                    2,585.00        2,148.80              0.00          0.00                 436.20         16.87 %
  OFFICE FURNITURE
TOTAL COMMODITIES                        22,642.00       16,510.50            910.95          0.00               6,131.50         27.08 %

CONTRACTUAL SERVICES
11-0000-07020-0000-700                   19,361.00       14,126.84          1,693.50          0.00               5,234.16         27.04 %
  PROFESSIONAL SERVICES
11-0000-07020-0000-712                    1,900.00        1,512.50            173.25          0.00                 387.50         20.40 %
  PROFESSIONAL MEMBERSHIPS
11-0000-07020-0000-713                   14,040.00        9,335.90            407.16          0.00               4,704.10         33.51 %
  PROFESSIONAL DEVELOPMENT
11-0000-07020-0000-721                    7,650.00        2,766.52             40.83       3,640.00               1,243.48         16.26 %
  PRINTING & DOCUMENT PROCESSING
11-0000-07020-0000-723                      511.00          510.43              0.00          0.00                   0.57          0.11 %
  RECRUITING EXPENSES
11-0000-07020-0000-724                    1,600.00        1,130.10             77.11          0.00                 469.90         29.37 %
  OFFICIAL CITY BUSINESS EXPENSE
11-0000-07020-0000-725                    2,000.00        1,354.24             38.20          0.00                 645.76         32.29 %
  POSTAGE AND EXPRESS CHARGES
11-0000-07020-0000-740                    8,600.00        7,820.61              0.00          0.00                 779.39          9.06 %
  UTILITIES
```

```
REPORT: STATEMENTS     GENERATED: 14 APR 04 13:20                                  RUN: WEDNESDAY JUN092004 15:14                              PAGE
07001-07099--PW EXP                          CITY OF CHAMPAIGN                     % OF YEAR REMAINING =   6
                                 07001-07099--PUBLIC WORKS EXPENDITURES
                                           AS OF 06/09/04

                                                                                                                    AVAILABLE       PERCENT
ACCOUNT #                              REVISED          EXPENDED        EXPENDED                                    BALANCE         AVAILABLE
   DESCRIPTION                         BUDGET           YTD             PTD            ENCUMBERED

11-0000-07020-0000-750                    150.00            65.00            0.00           0.00                         85.00        56.67 %
   REPAIR & MAINTENANCE SERVICES
11-0000-07020-0000-770                 19,960.00        19,960.00            0.00           0.00                          0.00         0.00 %
   INTERGOVERNMENTAL AND AGENCY S
TOTAL CONTRACTUAL SERVICES             75,772.00        58,582.14        2,430.05       3,640.00                     13,549.86        17.88 %

CAPITAL EXPENSES
TOTAL CAPITAL EXPENSES                      0.00             0.00            0.00           0.00                          0.00         0.00 %

TRANSFERS
11-0000-07020-0000-902                672,800.00       504,600.00            0.00           0.00                    168,200.00        25.00 %
   TFR TO GENERAL OPERATING FUND
11-0000-07020-0000-910                 26,402.00        24,279.18            0.00           0.00                      2,122.82         8.04 %
   TFR TO FLEET SERVICES FUND
11-0000-07020-0000-915                 15,871.00        11,903.25            0.00           0.00                      3,967.75        25.00 %
   TFR TO RETAINED RISK
11-0000-07020-0000-916                 27,798.00        20,848.50            0.00           0.00                      6,949.50        25.00 %
   TFR TO WORKERS' COMP FUND
11-0000-07020-0000-960                 20,875.00        15,656.25            0.00           0.00                      5,218.75        25.00 %
   TFR TO VEHICLE REPLACEMENT FUN
11-0000-07020-0000-961                 32,003.00        24,002.25            0.00           0.00                      8,000.75        25.00 %
   TFR TO EQUIPMENT REPLACEMENT F
TOTAL TRANSFERS                       795,749.00       601,289.43            0.00           0.00                    194,459.57        24.44 %

TOTAL ENGINEERING SERVICES FUND     2,311,361.00     2,043,092.93       64,603.97       3,640.00                    264,628.07        11.45 %
```