Page 1

```
 1      IN THE UNITED STATES DISTRICT COURT
 2          CENTRAL DISTRICT OF ILLINOIS
 3            URBANA/DANVILLE DIVISION
 4   * * * * * * * * * * * * * * * * * * * * *
 5   THE CITY OF CHAMPAIGN, an      )
     Illinois municipal             )
 6   corporation,                   )
                                    )
 7        Plaintiff,                )
                                    )
 8                                  ) No. 02-2252
       vs.                          )
 9                                  )
     MCLEODUSA, INC., a Delaware    )
10   corporation, and MCLEODUSA     )
     TELECOMMUNICATION SERVICES,    )
11   INC., an Iowa corporation,     )
                                    )
12        Defendants.               )
13   * * * * * * * * * * * * * * * * * * * * *
14        THE DISCOVERY DEPOSITION of DAVID L.
15   CLARK, reported by Becky J. Gantt, Illinois CSR
16   084-003907 and Registered Professional Reporter,
17   on Tuesday, the 20th day of July, 2004,
18   commencing at the hour of 1:05 p.m. at the Kelty
19   Law Offices, in the City of Springfield, County
20   of Sangamon, and State of Illinois.
21
22
23
```

Page 2

```
 1   APPEARANCES:
 2      MR. THOMAS W. KELTY
           KELTY LAW OFFICES, P.C.
 3         3201 Pleasant Run, Suite A
           P.O. Box 13317
 4         Springfield, Illinois 62791-3317
           (217) 726-8200
 5         appearing on behalf
           of the Plaintiff;
 6
        MR. DANIEL J. WEISS
 7         JENNER & BLOCK, LLP
           One IBM Plaza
 8         Chicago, Illinois 60611-7603
           (312) 222-9350
 9         appearing on behalf of
           the Defendants.
10
11              I N D E X
12   WITNESS                          Page
13   DAVID L. CLARK
14      Examination by Mr. Weiss       3
        Examination by Mr. Kelty     127
15      Examination by Mr. Weiss     134
16
     EXHIBITS                         Page
17
     1 - Curriculum Vitae              6
18
     2 - Report                       28
19
        (Original exhibits were attached to original
20       trascript. Copies of the exhibits were
           provided to Mr. Kelty.)
21
22
23
```

Page 3

```
 1                 DAVID L. CLARK,
 2         having been first duly sworn on oath,
 3         was examined and testified as follows:
 4
 5                   EXAMINATION
 6   By Mr. Weiss:
 7   Q   Good afternoon, Mr. Clark.
 8   A   Good afternoon.
 9   Q   My name is Dan Weiss, as you know.  I am a
10       lawyer from the law firm of Jenner & Block.
11       I represent McLeodUSA.  I'll be brief with
12       the introductory comments, because you're the
13       same individual who was deposed before in
14       this case, right?
15   A   Yes.
16   Q   Okay.  So just as far as ground rules, if you
17       need to take a break, get a drink, anything
18       like that, let me know.
19   A   Yes.
20   Q   If there's anything unclear in my
21       questioning, let me know.  And try to keep
22       your answers oral answers rather than head
23       nods, okay?
```

Page 4

```
 1   A   Yes.
 2   Q   Okay.  Mr. Clark, have you ever testified as
 3       an expert before in any case?
 4   A   No, I have not.
 5   Q   Okay.  Have you ever provided an expert
 6       opinion in any case other than this one?
 7   A   No, I have not.
 8   Q   Okay.  And just to close this out, have you
 9       ever acted as an expert in connection with
10       any litigation or judicial proceeding or
11       administrative proceeding?
12   A   No, I have not.
13   Q   Okay.  And you're an engineer by trade; is
14       that right?
15   A   That's correct.
16   Q   Okay.  And you -- as I understand it, you
17       have three degrees that are related to
18       engineering; is that right?
19   A   Yes.
20   Q   Okay.  And that's an associate's degree in
21       preengineering; a bachelor's of science in
22       civil engineering; and a master's degree in
23       civil engineering; is that right?
```

Page 5

1  A  Yes.
2  Q  Do you have any other degrees in any other
3     field?
4  A  I do not.
5  Q  Okay. Mr. Clark, have you had any education
6     such as coursework or anything like that in
7     economics?
8  A  As part of the associate's class I've had
9     macro and microeconomics, and in my
10    bachelor's level of coursework I had one
11    class that touched on engineering economics
12    for a couple weeks.
13 Q  Other than that, the examples you just gave,
14    do you have any other educational background
15    in economics?
16 A  I do not, no.
17 Q  Okay. What about accounting? Do you have
18    any coursework or education in accounting?
19 A  I do not.
20 Q  Okay. And what about finance? Any
21    coursework or education in finance?
22 A  No.
23 Q  And I don't think it's necessary to go

Page 6

1     through every one of your employment
2     experiences. But is it fair to say that
3     since you completed your education every job
4     position you've held has been in the field of
5     engineering?
6  A  Yes.
7  Q  Okay. Let me hand you what we'll have marked
8     as Clark Exhibit 1.
9        (Exhibit No. 1 marked for identification)
10 Q  And for, for identification, this is a
11    two-page document that appears to be
12    Mr. Clark's resume. Mr. Clark, is Clark
13    Exhibit 1 a copy of your resume or CV?
14 A  Yes, it is.
15 Q  Okay. And if you could just review the
16    pages, I don't intend to ask you about every
17    entry. Just so when you've had a chance to
18    review, if you could just let me know.
19 A  I'm sorry. What was the question?
20 Q  I just wanted to provide you an opportunity
21    to look at it --
22 A  Oh, okay.
23 Q  -- because I would like to ask you a question

Page 7

1     about the entirety of --
2  A  Sure.
3  Q  -- the document.
4  A  Okay.
5  Q  And I'll just ask you does, does Clark
6     Deposition Exhibit 1 fairly and accurately
7     represent your educational and employment
8     background to date?
9  A  Yes, it does.
10 Q  Okay. Are there any additions, subtractions,
11    revisions that would need to be made to make
12    this document an accurate reflection of your
13    background?
14 A  No.
15 Q  Okay. Mr. Clark, have you submitted a expert
16    report in this case?
17 A  Yes, I have.
18 Q  Okay. How did you come to, to create the
19    expert report that you've submitted?
20 A  Let me think back here for a second what the
21    chronology of events was that happened. As I
22    recall, I, I gave my first deposition on the
23    Rule 30(b)(6) and I had like -- I had a

Page 8

1     number of different components to that rule.
2     There were six different things.
3        And after that deposition, Mr. Kelty
4     had indicated that the next step would be to
5     provide a written report opinion on a number,
6     if not all, of those steps. And in reviewing
7     those steps, I was able to prepare a written
8     opinion on at least three of them, which I
9     have provided here.
10       And I think it was decided that
11    ultimately perhaps someone with more
12    qualification could, could report on other,
13    the other component of that Rule 30(b)(6).
14    And I think that was Mr. -- or Dr. Butte
15    possibly did the other component of that.
16       So the questions that pertained to
17    the, the, the City's cost side of the Rule
18    30(b)(6) is the one's I provided the written
19    opinion for. So in providing written
20    response to those questions, that's how I got
21    my opinion.
22 Q  Okay.
23 A  You know, I used the, some of the financial

ESQUIRE DEPOSITION SERVICES - CHICAGO
312.782.8087   800.708.8087   FAX 312.704.4950

Page 17

1 some place you would have drainage
2 infrastructure that doesn't follow a road,
3 that that could be used for utility
4 placement?
5 A Let's see. There are occasions where there
6 are some sanitary sewers that are, that go
7 along the back side. Like in the old part of
8 town, there are some sanitary sewers that go
9 along the back sides of property. Like
10 you'll have two properties that butt up
11 against each other, they have a street out
12 front but the sewer line goes on the back
13 side of the property owner. That's covered
14 by an easement.
15     Whenever the property was platted
16 many years ago, they probably had some sort
17 of a utility easement that they -- in the old
18 days they put all of the utilities in the
19 rear of the lots. Now they're out front on
20 the front side of the street.
21 Q Okay.
22 A So drainage infrastructure, no. Most of the
23 drainage infrastructure that is off city

Page 18

1 right of way is handled by, you know,
2 homeowner associations or building
3 associations, things like that. So that
4 would not be included in this figure.
5 Q Okay. Let me turn back to the four issues
6 that you named that you set out to address in
7 your expert report. The first one was of
8 the, the budget or expenditure for road and
9 maintenance and pavement. Do you remember
10 that?
11 A Yes.
12 Q Okay. What, what qualifies you to provide a
13 report or opinion to the judge in this case
14 about, about that issue? What, what
15 knowledge or qualifications do you bring to
16 bear to that question?
17 A The qualifications would be the fact that I
18 am employed for nearly ten years now by the
19 City, and I manage projects that involve
20 pavement maintenance and street
21 rehabilitation projects, and I have intimate
22 knowledge with the budgeting of those
23 particular projects and the, the City's --

Page 19

1 and access to the City's budget numbers for
2 those particular items.
3     So I think I'm pretty, pretty
4 closely involved in those particular
5 projects. I mean, we set the budgets up
6 every year for our projects, and they're ours
7 to manage from the very beginning of the
8 budgeting process all the way through until
9 the final shovel is turned, so to speak, of
10 building the road.
11     So because I work with these
12 projects, I budget them, I plan for them, I
13 would say that, that I'm, I'm intimately
14 familiar with the budgeting of the pavements
15 and the maintenance of these projects.
16     Now, I couldn't, I couldn't testify
17 on, on, on the fire department's budget by
18 any means, to give you an example, but I'm
19 certainly qualified to testify on the, the
20 pavement maintenance expenditures.
21 Q And by the pavement maintenance expenditures,
22 do you mean the, the data that you cite in
23 your report about asphalt, concrete, and --

Page 20

1 A Yes.
2 Q -- contract --
3 A Yes.
4 Q -- road contract work?
5 A Yes.
6 Q Okay. What about when we sort of broaden the
7 picture and we go to the, the, the larger
8 Public Works budget and the larger
9 Engineering budget?
10 A (Witness nodded.)
11 Q Are you as intimately involved in those
12 budgets and all of the various items in those
13 budgets?
14 A Not to the extent that I am with the --
15 these, these projects that fall or this work
16 that falls under this category here. There's
17 different components of the Public Works
18 Department budget and the engineering budget
19 that I'm not involved with, let's say the
20 environmental part of things.
21     But by working in that department, I
22 know the process. They follow the same
23 process that I do. It's just a different

Page 29

1 identification, the exhibit is a ten-page
2 document that begins with a report from David
3 Clark to Thomas Kelty.
4 A  Yes.
5 Q  Okay. Mr. Clark, is this in fact your report
6 that you have submitted in this case?
7 A  It is.
8 Q  Okay. Mr. Clark, the, the first -- if I
9 could direct your attention to the paragraph
10 that's numbered 1. You say that, that the
11 average annual budget expenditure by the City
12 for asphalt and concrete contract street
13 maintenance is approximately $2.8 million; is
14 that right?
15 A  Yes.
16 Q  Okay. How did you come to that conclusion?
17 A  I'm looking back to the -- through the
18 report, exhibits here. You'll see a budget
19 section for the concrete section.
20 Q  Yes. That seems to be --
21 A  Which is I guess of the proposed. It's, it's
22 a page within the financial plan, 03-04
23 financial plan, Page 136. It's the budget

Page 30

1 for the concrete section.
2 Q  Okay.
3 A  And you can see three different -- well,
4 there's four different columns. You want to
5 look at FY01/02 actual -- and that's the
6 actual budget that expended, that the
7 concrete section expended for the fiscal
8 years 2001-2002.
9       Then you want to skip the 02-03
10 budget and look at the 02-03 estimate,
11 because estimate is a more accurate figure.
12 The budget is a, is an estimate actually.
13 And 02-03 is actually what is actually
14 turning out to be for that year.
15       Okay. And it looks like they're
16 going to be a little less than what they
17 budgeted for and then the 03-04 budget again.
18 So when you look at those three numbers, you
19 average them together. You get $690,395 over
20 that three-year stretch, okay?
21 Q  Okay.
22 A  You go on the next page --
23 Q  Can we just stop with concrete for a second?

Page 31

1 A  Oh, sure.
2 Q  And I promise you we'll talk about the other
3 two pages behind it, but I do have some
4 questions about the concrete page. First,
5 why, why did you choose these particular
6 years for your report?
7 A  They're the most recent three years. There
8 is -- we wanted to come up with an average,
9 and it makes sense to use the most current
10 average. You don't want to go back to the
11 '60s or '70s, obviously, so you want to use
12 the most recent average which would be this
13 fiscal year and the past two previous fiscal
14 years. That's how you get your most
15 up-to-date running average.
16 Q  And what about why do an average? Why did
17 you do that in your report?
18 A  Well, each year the costs go up. I guess you
19 could look at just the previous, the past
20 previous year and that would, I guess, be
21 good enough. But, but I was assuming that
22 people were, were wanting an average and a
23 recent average.

Page 32

1       So I just thought an average would
2 be reflective of what we, of what we spend.
3 Because if you say -- like my opening
4 statement it says, "Average annual budget
5 expenditure of 2.8 million." If you're
6 looking at an average, you've got to look at
7 more than one; otherwise, I would have
8 phrased my opinion as last year's street
9 maintenance budget was such and such, a
10 different number than the 2.8.
11       So just to talk averages, that's how
12 I did it. We can, we can look at just the
13 current or -- well, I guess it's now past
14 because we're in the 04-05 budget. But if
15 you wanted to look just at the last budget
16 year, you could say 741,836 if you wanted.
17 Q  Uh-huh.
18 A  I mean, you can look at it here. We have a
19 three-year budget we look at here as we move
20 through the, the City moves through a budget
21 cycle. We look at current year, the previous
22 year, and what the previous previous year
23 closed out at. So it gives you kind of an

Page 73

1 Q  Thank you. Let's try once more. I'll try to
2    get it right. Under the test that you used
3    in your expert report, Mr. Clark, is it
4    correct that fees that are under $2 per foot
5    are fair and reasonable and fees that are
6    over $2 a foot are unfair and unreasonable?
7 A  In terms of this flat, flat fee, I'm -- I
8    think, I think it's reasonable.
9 Q  Well, is what I said correct?
10 A  Two and under is reasonable.
11 Q  Two and under is reasonable and over two is
12   unreasonable; is that right?
13 A  Yes.
14 Q  Is that the test that you applied in your
15   expert report in this case?
16 A  Essentially.
17 Q  Okay. And where did you come up with the $2
18   figure?
19 A  What I'm familiar with is our tables that
20   based on -- as I said in my first deposition,
21   there are other municipalities throughout the
22   nation that have had, have already
23   experienced this particular type of issue,

Page 74

1    and they've already imposed right of way fees
2    for utility companies. And a lot of times
3    they have tables set up for, you know, fees.
4        And, obviously, the newer the
5    pavement, there's more; the older the
6    pavement, there's less fees. It's kind of a
7    graduated table, how old the pavement is, how
8    new it is, what type of cut, extents of the
9    cut, square footage, things like that. So
10   it's more of a table as opposed to just a
11   flat fee.
12       And, in my mind, a lot of those
13   tables range anywhere from a few cents all
14   the way up to, you know, four or five
15   dollars. It depends on the type of pavement.
16   Like I said, new pavements always cost more.
17   It's my understanding of the agreement here
18   it's a dollar, dollar 50. It's a flat fee.
19   They can be in the right of way as many times
20   as they want, whether the pavement is new or
21   old.
22       So, so you were pressing me for a
23   figure. I didn't have a figure at the time I

Page 75

1    prepared this. I was assuming on the lower
2    end. So I said, you know, when you, when
3    you -- when I look back in my memory as to
4    the, these tables that other municipalities
5    used, you know, and this is a flat fee here,
6    I think anything two and under is reasonable.
7 Q  I'm a little confused. Did, did you just say
8    that when you were drawing up your report you
9    didn't have in mind the $2 figure that's the
10   line between reasonable and unreasonable that
11   we've been talking about?
12 A  I had a figure in my head. I mean, it was a
13   range. It's not necessarily $2 --
14 Q  Uh-huh.
15 A  -- you know.
16 Q  You had a figure in your head when you
17   were --
18 A  A range. I had a range in my head, yeah.
19 Q  A range of what's reasonable and what's
20   unreasonable?
21 A  What's reasonable, yeah.
22 Q  Okay.
23 A  Two to four dollars. There's documents out

Page 76

1    there that can show that, two to four dollars
2    is a range so -- or zero to four dollars and
3    two dollars would be like the middle of that
4    range so --
5 Q  So what -- what was -- if it wasn't $2
6    precisely, what was the test that you used?
7    What was the one side versus the other side?
8    What was the dividing line?
9 A  Well, like I said, you know, I'm an engineer.
10 Q  Uh-huh.
11 A  I read engineering literature, documents, and
12   journals and so on and so forth. I've read
13   articles in the past. I've seen articles
14   about other municipalities that have had this
15   particular issue brought to their, you know,
16   forefront before.
17       And they've, they've created utility
18   fee cut tables. I've looked at tables. I've
19   seen the costs, and they range anywhere from
20   a dollar to four dollars --
21 Q  Uh-huh.
22 A  -- and knowing that this particular fee which
23   we've talked many times about is on the low

Page 77

1  end of that, that's your test. It's fair and
2  reasonable. It's not outside any kind of
3  those parameters. It's not $15 a foot, which
4  would be beyond any of that type of table. I
5  didn't, you know --
6  Q  What determines whether a fee is just and
7     reasonable or fair and reasonable in the way
8     that you've, you've used the term in the
9     report? Is it something to do with the
10    City's costs, or is it something that you
11    read about in, in literature and tables?
12 A  Both. Both.
13 Q  Okay. How, how do you take those factors
14    into consideration in determining whether
15    something's fair and reasonable? Do you
16    weigh --
17 A  Engineering feel. I mean, if, if a utilities
18    company is getting charged let's say a dollar
19    a foot to tear up a mile of right of way any
20    time they want to for the year, okay, that's
21    $5,280. They can have that street, that
22    right of way tore up.
23         And for me to sit here and think --

Page 78

1  knowing what we spend on an annual basis in
2  the Public Works Department for right of way
3  maintenance, knowing what we spend on an
4  annual basis for street and pavement
5  maintenance, for a utility that if they want,
6  they can come in any time they want and tear
7  it -- pay, pay a dollar a foot --
8  Q  Right.
9  A  -- for unlimited access for a full year,
10    $5,000 just to be out there, that's pretty
11    good. That's pretty reasonable --
12 Q  And believe me --
13 A  -- when we spend millions of dollars when you
14    compare a per foot cost of -- for a mile --
15    and we can multiply all of this stuff out to
16    figure out what all of this is in terms of
17    miles. But $5,000 to be in the right of way
18    for 365 days of the year if they so choose, I
19    mean, that to me is pretty reasonable.
20 Q  Right.
21 A  Based on my knowledge of the City's budget,
22    what we spend on our contracts, what we spend
23    in-house, when you compare all of those

Page 79

1  expenses to this little fee over here, I
2  think that's fair and reasonable.
3  Q  Okay. I, I hear you.
4  A  And you're asking me at what point does that
5     become unreasonable.
6  Q  That's what I'm asking you.
7  A  Okay. Well, if you want to know -- I'm going
8     to tell you that it's somewhere between zero
9     and four dollars. And that's based on, you
10    know, what we spend and based on my knowledge
11    of what other communities have done.
12        I mean, we all have -- concrete
13    pavements throughout the country are going to
14    be fairly similar. When you cut into them,
15    damage is pretty similar. And, you know,
16    whether it be in New York City, St. Louis, or
17    Los Angeles, an eight-inch thick concrete
18    pavement is going to have fairly similar
19    distress, okay?
20 Q  Understood. So are you saying that fees up
21    to $4 are reasonable under the test you
22    applied in your report?
23 A  From my experience and what I know, I think,

Page 80

1  I think that's pretty reasonable.
2  Q  Okay. Up to $4; is that right?
3  A  Yeah. Anywhere from zero to four. Two is in
4     the middle.
5  Q  Okay.
6  A  $4 on a brand new pavement, yeah, you ought
7     to pay more.
8  Q  Well, should it be --
9  A  If we just finished a mile-long pavement and
10    the next day a utility comes in and rips it
11    up, they're going to have to pay more because
12    it costs more.
13 Q  Does the reasonability of a fee in the way
14    that you've used the term fair and
15    reasonable, does it turn on the newness of
16    the pavement? I mean, is that a factor?
17 A  Can you repeat that question again?
18 Q  Sure. You're talking about whether pavement
19    is new or old, and I'm asking you whether in
20    the way that you used fair and reasonable in
21    your report, do you have to take into account
22    the newness of the pavement in order to
23    understand whether a fee is fair and

Page 81

1   reasonable?
2 A Sure.
3 Q Did you take into account the age of the
4   pavement in, of any specific pavement in this
5   expert report?
6 A Not in this expert report, no. But when you
7   go anywhere around the City, you have
8   pavements of all ages. And when you have
9   just a flat fee, that doesn't count for the
10  new versus the old. It's just a flat fee.
11  So when you're cutting into a brand new
12  pavement versus one that's 60 years old, they
13  balance it out. That's where it comes at.
14 Q Well, if you assume that a utility user is
15  cutting into new and old pavement --
16 A For the same price.
17 Q -- in the same proportion -- in the same
18  proportion, right? I mean, you have to
19  assume that in order to make the assumption
20  you're making about -- what if they only cut
21  into old pavement?
22 A Well, they're everywhere in the City, so -- I
23  mean, how do you know they're not going to be

Page 82

1   over here in the new areas tearing up right
2   of ways.
3 Q Well, who's everywhere in the City? When you
4   say they're everywhere in the City --
5 A Utilities.
6 Q Okay. What about McLeod? Are they
7   everywhere in the City?
8 A Maybe.
9 Q Okay. You don't know, right?
10 A Right.
11 Q Okay.
12 A Like I said, I don't have the maps that we
13  talked about in the first deposition. I
14  don't have access -- you know, I can get
15  them, but I don't keep track of all of that
16  stuff.
17 Q Uh-huh. Is there any -- I think we've
18  covered a lot of this, so feel free to tell
19  me we've already talked about it. But let me
20  ask you, what was your methodology in
21  arriving at Opinion No. 2?
22 A My methodology was determine the average
23  annual maintenance for street and pavements

Page 83

1   that we expend per year in the City. And
2   then I wanted to know, well, what we also
3   spend as a Department in maintaining our
4   approximate 2, approximately 220 miles of
5   right of way. And I wanted to break that
6   down to a per foot lineal cost to compare
7   that with this reported fee.
8       And seeing that it's roughly 20
9   percent of our per lineal foot cost, taking
10  into account that it's a flat fee, whether
11  they dig a new right of way versus old right
12  of way, new pavements versus old pavements,
13  knowing what I know about other
14  municipalities throughout the country and how
15  they structure their utility cut fees, it was
16  my opinion that that figure -- dollar, dollar
17  50 that's been reported -- is a fair and
18  reasonable opinion. It's as simple as that.
19 Q Okay.
20 A It's as simple as that.
21 Q Understood. Let me ask you about one piece
22  you just said. The other cities that you
23  took into account, what cities are those?

Page 84

1 A Oh, there's San Francisco. There's I
2   think Phoenix. There's Nashville, Tennessee.
3   There's maybe Cincinnati, Ohio. There's a
4   couple of different cities out there.
5 Q And what do you mean you took these cities
6   into account?
7 A I've seen trade magazines --
8 Q Yeah.
9 A -- that have engineering articles about, you
10  know, various issues that report on this.
11  And they, they talk about and they mention --
12  they mention their utility fees and how they
13  structure their, their fees for their cities.
14  And they're all, you know, fairly close to
15  the same.
16      A lot of the same pavement experts
17  generate these reports -- two of which happen
18  to live in Champaign. One is being deposed
19  for this particular, this particular case --
20  prepared these reports, so I have knowledge
21  of, you know, these particular articles and
22  their fee structure and so on and so forth.
23 Q Did you rely on these articles in, in putting

Page 89

1 Q  And sidewalks?
2 A  Correct.
3 Q  But the 8.4 million in these two budgets goes
4    to more than just streets and sidewalks,
5    right?
6 A  Correct.
7 Q  What else does it go to?
8 A  As far as infrastructure items within the
9    right of way; is that what you're asking --
10 Q  Sure.
11 A  -- or what?
12 Q  Just anything.
13 A  Well, like I said it goes -- it can go to
14    material purchases; it can go to contracts;
15    it can go to staff, support staff,
16    secretaries; it can go to, you know, trucks
17    and equipment; and it goes to projects.
18        Like I said, my basis here -- I
19    mean, there's lots of components of the
20    public right of way and it's sanitary sewers,
21    it's urban forests, sidewalks, parkways,
22    street lights, traffic signals, traffic
23    signage, sanitary sewers. The whole

Page 90

1    department exists to take care of these
2    infrastructure items.
3 Q  Let's back up a little bit. You've worked in
4    the Department of Public Works for ten years?
5 A  Correct.
6 Q  Okay. Does the Department of Public Works
7    have an administration division?
8 A  Yes.
9 Q  Okay. Does it have a operations division?
10 A  Yes.
11 Q  Does it have a special services division?
12 A  Yes.
13 Q  Okay. Does it have an engineering division?
14 A  Yes.
15 Q  Okay. Does it have any other divisions?
16 A  The Public Works Department consists of the
17    engineering division, the administration
18    division, and the operations division.
19 Q  And what about special services? You didn't
20    mention that.
21 A  Special services is a section underneath the
22    operations division.
23 Q  Okay. Is the Department of Public Works

Page 91

1    responsible for parking enforcement in the
2    City of Champaign?
3 A  Yes.
4 Q  Okay. Where does that fall in these
5    different divisions?
6 A  In the administration division.
7 Q  Okay. And so parking enforcement is like
8    parking tickets and parking meters and that
9    sort of thing?
10 A  Correct.
11 Q  And is that -- do they -- do people from the
12    Department of Public Works actually go out
13    and put parking tickets on cars?
14 A  Yes.
15 Q  Okay. And do they boot cars too, like they
16    do in Chicago?
17 A  Yes.
18 Q  Okay. Does the Department of Public Works
19    also handle public recycling programs --
20 A  Yes.
21 Q  -- in the City of Champaign?
22 A  Yes.
23 Q  Okay. And that's where residents can show up

Page 92

1    and deposit their --
2 A  It's a drop-off site, and we contract with a
3    private waste hauler that picks it up and
4    takes it to recycle.
5 Q  But it's underneath the Department of Public
6    Works --
7 A  Yes.
8 Q  -- auspices and budget?
9 A  Yes.
10 Q  Okay. What about mosquito control,
11    encephalitis? Is there a program for that in
12    the Department of Public Works, like spraying
13    mosquitos?
14 A  No.
15 Q  Okay. What about taking care of the City's
16    fleet of cars? Is that in the Department of
17    Public Works?
18 A  Yes.
19 Q  What section of the Department of Public
20    Works does that fall under?
21 A  Operations.
22 Q  Okay.
23 A  I think it's -- it's either operations or

23 (Pages 89 to 92)

Page 93

1  administration.
2  Q  Okay. And is that -- I think that's what it
3     sounds like, but that's like the official
4     cars for the city, the vans, the trucks,
5     things like that they're maintained by the
6     Department of Public Works?
7  A  Yes.
8  Q  Okay. And would that include all city cars
9     so that we're not just talking about like
10    equipment like cranes and such but also the
11    official cars for the city officials?
12 A  Yes.
13 Q  Okay. Now, I understand for your number,
14    Opinion No. 3, you came up with a total
15    annual budget of 8.4 million. And the first
16    piece of that, as I understand it, is on this
17    page labeled Public Works Department; is that
18    right?
19 A  Yes.
20 Q  And that's got a reference at the bottom,
21    Page 126, right? Or am I on the wrong --
22 A  Yeah, probably.
23        MR. KELTY: Well, I don't think

Page 94

1     his exhibit he gave you is the same as
2     what's here on the Champaign document,
3     126. That's what this is.
4        THE WITNESS: Yeah, yes.
5  By Mr. Weiss:
6  Q  Okay. And just to be clear, that's -- Tom, I
7     don't want to be mixed up on this when I go
8     into questions. This is the page that's
9     actually attached to Mr. Clark's report,
10    right, this Page 126?
11 A  Yes.
12 Q  Okay. So that's part of your expert report
13    in this case, right, Mr. Clark?
14 A  Yes.
15 Q  Okay. And from this Page 126 you took $6.1
16    million from the FY02/03 estimate?
17 A  Yes.
18 Q  Okay. And is that the only year you
19    considered for this, this figure, the 6.1
20    million figure?
21 A  Yes.
22 Q  Okay. And this is -- what we're looking at
23    is the -- well, what are we looking at? It

Page 95

1     says at the top Public Works Department and
2     then it says General Operating Fund
3     Expenditures by Activity. What's represented
4     on this sheet attached to your report?
5  A  As far as a list of activities.
6  Q  Well, just what -- can you describe what this
7     document is, the type of data it reflects?
8  A  This is the, the -- this is the budget of the
9     Public Works Department.
10 Q  Okay.
11 A  It's as simple as that.
12 Q  Okay. This reflects all pieces of the Public
13    Works Department, all divisions?
14 A  Yes.
15 Q  Okay. Some of the divisions, you know, jump
16    out at you. For instance, the first one we
17    talked about, Public Works Administration.
18    That looks like the first line. I see
19    special services. Do you see those two
20    things?
21 A  Yes, yes.
22 Q  I don't see operations or engineering. Are
23    those represented on this sheet, Public Works

Page 96

1     Department?
2  A  They're represented by special services,
3     environmental services, operations
4     administration, streets, concrete, asphalt
5     forestry, and emergency operations.
6  Q  So these activities, these activities are the
7     activities of the, of all of the divisions,
8     the operations division, the administration
9     division, special services, and engineering?
10 A  Engineering is not included in this, this
11    budget. Engineering has its own separate
12    budget.
13 Q  Okay. So everything except engineering is --
14 A  Yes.
15 Q  Okay. And this, the 6.1 million that you
16    took from this sheet, this includes the items
17    that we talked about before, the, the
18    maintenance of the City's automobile fleet;
19    is that right? That's in here somewhere?
20 A  It's in here somewhere, yes.
21 Q  Okay. And also parking enforcement, tickets
22    and booting cars, that's in this budget,
23    right?

Page 97

1  A   Yes, that's correct.
2  Q   The parking enforcement is in the budget on
3      Page 126?
4  A   Yes. I just wanted to make double sure it
5      was.
6  Q   Okay. And what about the recycling programs?
7      Are those covered in this budget on Page 126?
8  A   Yes, it is.
9  Q   Okay. If we could just look at Page 126.
10     There's a few items I would like to ask you
11     about. There's one called IDOT sign grant.
12     Do you see that?
13 A   I do.
14 Q   What is that?
15 A   That was a grant through the Illinois
16     Department of Transportation to replace
17     signs, worn out and damaged signs throughout
18     the City. Some of them, not all of them
19     obviously.
20 Q   Uh-huh. What about environmental services?
21     What does that category cover?
22 A   Sewers, storm and sanitary sewers.
23 Q   Okay. Does it include anything else like the

Page 98

1      neighborhood pickup program we talked about?
2  A   Neighborhood pickup program? I don't
3      remember you asking that.
4  Q   The recycling centers where people can --
5  A   No. The recycling drop-off is the special
6      services.
7  Q   Okay. What about forestry? What is that?
8  A   That's the division in operations that
9      maintains the City's parkway trees.
10 Q   Is, is it limited to parkway trees or --
11     forestry makes it sound like there's a forest
12     somewhere.
13 A   Well, it's called urban forest --
14 Q   Okay.
15 A   -- I mean --
16 Q   Does it include parks, for example --
17 A   No.
18 Q   -- or preserves?
19 A   No. We don't -- Champaign has its own taxing
20     district called Champaign Park District
21     that's unrelated to the City. This is
22     strictly the trees in the parkways in the
23     right of way.

Page 99

1  Q   Another thing I meant to ask you and forgot
2      on the Public Works Department. Does the
3      Public Works Departments also maintain all of
4      the city buildings, like city hall, for
5      instance?
6  A   A little bit. I mean, they change light
7      bulbs and things like that, yeah. But
8      anything major would be, you know, contracted
9      out.
10 Q   Okay.
11 A   That would be --
12 Q   I'm sorry.
13 A   Go ahead. That would probably be -- that
14     would -- let me just see before I speak. Let
15     me look at it here. I'm sorry. I misspoke
16     earlier. The environmental services is in
17     fact the recycling drop-off.
18 Q   Okay.
19 A   That's what that is.
20 Q   Are the storms and sewers though included in
21     the Public Works Department general operating
22     expenditures?
23 A   Well, that's what I'm trying to find out now.

Page 100

1      It is. Yeah. It is in the -- operations
2      division is responsible for maintaining
3      trees, asphalt, pavements, alleys, sanitary
4      and storm sewers. So it would be in our
5      operations division budget.
6  Q   Okay. And I was asking you about building
7      maintenance, if that's included.
8  A   Yes, it is, building services.
9  Q   Okay.
10 A   That would be under the operations as well.
11 Q   If the, if the building maintenance is
12     contracted out, would that be in the
13     operations Public Works Department budget,
14     like a cleaning contract, for example,
15     janitorial?
16 A   Yeah, probably, yes.
17 Q   Okay.
18 A   Yes.
19 Q   And HVAC and all of the guys that come and
20     maintain a building -- men and women I should
21     say -- those expenditures would be included
22     in the Public Works Department budget?
23 A   Yes.

Page 101

1  Q  Okay. And also I noticed on the pages that
2     you have in front of you it said ice removal.
3     Is the Public Works Department responsible
4     for city snowplows and salting?
5  A  Yes.
6  Q  Is that throughout all of the city streets?
7  A  Yes.
8  Q  Okay. And so all of those items, everything
9     we just talked about, that's all included in
10    the $6.1 million, right?
11 A  It is but I'm not seeing sewers listed, and I
12    don't know why. That's a separate division.
13    I don't know why they don't have sewers in
14    here. So sewers is its own section. Sewers
15    ought to be added to it then. I'm not sure
16    why it's not listed. Because they're part of
17    there, but I don't see why it's not listed.
18    So, yeah, that's right. Sewers needs to be
19    added.
20 Q  Sewers needs to be added to the --
21 A  To the overall budget. If I don't see it
22    somewhere else. But if I can't see it, find
23    it somewhere else -- like engineering, we

Page 102

1     know that engineering is not part of the --
2     engineering is listed separately. Like you
3     have streets, concrete, asphalt, forestry,
4     there should be a section in there called
5     sewers. And I don't know why it's not
6     listed.
7  Q  Could it be included in one of these
8     categories such as special services,
9     environmental?
10 A  Well, that's what I'm double-checking on.
11    I'm not thinking that it is. Well, it's hard
12    to say. It doesn't appear that it's, that
13    it's included in something else. Clearly
14    it's its own section. Why it's not listed
15    with its own budget, I don't know.
16 Q  Okay.
17 A  I don't know why it's not listed because it's
18    its own -- it's just like streets, concrete,
19    asphalt, forestry, sewers. It should be
20    listed, and I don't know why it's not.
21 Q  But you're not seeing it anywhere else in the
22    financial planning book you brought?
23 A  It might be in here somewhere. It might be

Page 103

1     in another location. That's revenues.
2  Q  Parking, back to the parking.
3  A  The parking is actually under a different
4     fund. It's called motor vehicle parking
5     system fund.
6  Q  Okay.
7  A  So it is not -- it is not part of the Public
8     Works Division budget as you were
9     questioning.
10 Q  Right. Well, why don't we move on and maybe
11    we'll take a look at the book. I would like
12    to take a look at that book also at the
13    break. And let me, let me just move through
14    the rest of your report. We were looking at
15    I think Page 126 that's attached to your
16    report?
17 A  Yeah.
18 Q  There's a column that says emergency
19    operations. Do you see that?
20 A  Yes.
21 Q  What is that?
22 A  Emergency operations provides citizens with
23    snow and ice removal -- I'll repeat that.

Page 104

1     Emergency operations provides citizens with
2     snow and ice removal services in order to
3     make the 616 lane miles of city streets safe
4     for vehicular traffic. This budget also
5     funds public work efforts in response to
6     other emergencies such as tornadoes, major
7     storms, and flooding.
8  Q  Okay. The, the next piece of your
9     calculation of $8.4 million comes from, I
10    believe, a spreadsheet that are the last two
11    pages that we have stapled to your report
12    here; is that right?
13 A  Yes.
14 Q  And that if we flip to the second page,
15    there's a number circled there and it's
16    roughly $2.3 million, right?
17 A  Yes.
18 Q  Okay. What is this spreadsheet that you've
19    used?
20 A  This spreadsheet represents the, the budget
21    for the engineering division of the Public
22    Works Department.
23 Q  And why have you included this sort of

Page 109

1   And for the accountants to keep track of Dave
2   Clark spent two hours on this job, two hours
3   on this job, three hours on this project,
4   they keep track of things differently.
5  Q  Do the engineering people at the Department
6   of Public Works, do they do all of their work
7   for the Department of Public Works or do they
8   sometimes work for other departments?
9  A  It's -- no. It's all public works. We
10   charge -- everything that we do is charged to
11   the engineering budget. We help -- we assist
12   other departments -- like we've got people
13   that make maps for the fire department or the
14   police department, but that person's salary
15   is paid out of the engineering division.
16   Even though he might be making a map for the
17   police or fire --
18  Q  Right.
19  A  -- he's still paid through the engineering
20   division --
21  Q  Right.
22  A  -- if that's what you're asking.
23  Q  No. That is what I'm asking. The capital

Page 110

1   improvement projects that you mentioned, are
2   those done under the auspices and the budget
3   of the Department of Public Works --
4  A  No.
5  Q  -- or are they separate?
6  A  The capital improvement projects are a
7   separate component of the City's budget.
8  Q  Okay. So some of the, some of the -- we see
9   here $1.4 million for basically engineering
10   time. Some of that time though, it sounds
11   like, is dedicated to capital improvement
12   projects, which are a separate budget item
13   from the general Department of Public Works;
14   is that right?
15  A  It is. But what you see here on the end,
16   referring to transfers, that's the transfers
17   -- that transfer refers to transfers to
18   projects.
19  Q  Uh-huh.
20  A  So even though it comes into our budget, they
21   transfer it to the CIP project budget.
22  Q  Well, I don't know if I understand that part.
23   I mean, first of all, the transfers that I

Page 111

1   see, none of them look to me like projects.
2   Do you see any transfers there that are
3   talking about projects? And maybe I'm not
4   understanding something.
5  A  The general operating fund --
6  Q  Okay.
7  A  -- that's the staff time that we charge to
8   projects.
9  Q  I see.
10  A  And then general operating fund feeds into
11   the capital improvements fund.
12  Q  I see. So the -- in addition to the salary
13   cost that's associated with the engineering
14   division, they also associate this other cost
15   for the -- is a transfer to the operating
16   fund which represents your time on other
17   projects, capital improvements?
18  A  Right. It -- that number represents the
19   amount that's charged to projects --
20  Q  Right.
21  A  -- that they want the project to pay for.
22  Q  But isn't, isn't this -- well, let me back up
23   one second. These two pages, these are the

Page 112

1   pages where you got the $2.3 million figure
2   that you added to, to get to the $8.4 million
3   figure in your Opinion No. 3, right?
4  A  Uh-huh.
5  Q  Okay. Isn't part of the $2.3 million figure
6   $795,000 in this transfer category? Isn't
7   that --
8  A  Yes. That's part of it.
9  Q  Okay. How -- if these are -- if the
10   transfers are costs that they're charging to
11   other departments --
12  A  No. It's, it's not like -- it's not what
13   you're thinking.
14  Q  Okay. Well, could you explain?
15  A  That 672 represents time charged to a capital
16   improvements project.
17  Q  Okay.
18  A  Okay. It's not charged to -- and we are
19   managers of the capital improvements
20   projects.
21  Q  Okay.
22  A  Okay. And that represents project time.
23  Q  Uh-huh.

Page 121

1  Q  Okay. And that's for -- just to be clear,
2     that's for new, new projects where there's
3     going to be new streets and new sidewalks and
4     things like that, right?
5  A  Yes.
6  Q  And the Department of Public Works is
7     responsible for making sure that, that that,
8     that the streets and the sidewalks, that
9     they're built according to the City's
10    regulations?
11 A  The City's standards, yes. The engineering
12    division takes care of that, yes.
13 Q  Okay.
14 A  The developer's engineer will submit plans.
15 Q  Uh-huh.
16 A  The engineering division, our group, reviews
17    those plans to make sure that what the
18    developer is proposing to do is in accordance
19    with the City's standards, and then when the
20    developer is physically building them, we
21    have staff that will ensure that they're
22    building those streets and sidewalks in
23    accordance with, with the City standards.

Page 122

1  Q  What else -- I realized I didn't ask you,
2     what else does the engineering department do?
3     I know that you work with the developers in
4     the subdivisions. What else?
5  A  Well, we're divided into three sections. The
6     transportation section, which I'm a part of;
7     the development section, which we just
8     discussed; and the environmental section,
9     which addresses sanitary sewers and storm
10    drainage.
11 Q  And all of that, the costs from all three of
12    those divisions, those are included in these
13    last couple of pages?
14 A  Yes. That's the entire department budget
15    there, yes.
16 Q  Okay. Do the environmental folks, the
17    environmental engineers, do they do any work
18    in terms of other than sewers? For instance,
19    maybe a municipal landfill or waste disposal,
20    something like that?
21 A  No.
22 Q  Okay. How does the -- I just want to make
23    sure we're clear. You've got in your Opinion

Page 123

1     No. 3 an $8.4 million sum. That includes 6.1
2     million from the DPW budget we looked at and
3     2.3 from this engineering division budget we
4     looked at, right?
5  A  Uh-huh.
6  Q  Are the $2.3 million piece and the $6.1
7     million piece completely separate or are
8     they -- is there any --
9  A  Yes, they're separated.
10 Q  There's no item that's counted in both
11    budgets?
12 A  Correct.
13 Q  Okay. Even in terms of these transfers and,
14    and, and the reporting of time and things
15    like that?
16 A  Correct.
17 Q  Okay. Now, you say in No. 3 under basis,
18    "Utility work in the right of way may impact
19    each of these infrastructure components." Do
20    you see that?
21 A  Yes.
22 Q  Did you consider any specific utility work in
23    putting together your report?

Page 124

1  A  Well, obviously since we're -- I'm doing this
2     in response to the current deposition, of
3     course McLeod is in the back of my mind. But
4     obviously this applies to any utility, if
5     that's what you're getting at.
6  Q  Well, that's exactly right. I mean, did you
7     consider any specific McLeod activity when
8     you said that utility activity may impact
9     these various things? Were you talking about
10    any specific project, any specific cut and
11    where?
12 A  You know, nothing, nothing specific. But I
13    do remember stories back when they were in
14    town running around town and, and remembering
15    seeing some of the work that they did, their
16    finish work, and seeing some of the problems
17    that they caused and so on and so forth but
18    nothing specifically. Just, just general
19    reports about their performance, as well as
20    other utilities so --
21 Q  Right. I mean, certainly it isn't your
22    contention that McLeod costs the City $8.4
23    million a year, right?

Page 125

1  A   Right, no.
2  Q   You're talking about all utility usage; is
3      that right?
4  A   Yes.
5  Q   Okay. Let me just ask you a few bigger
6      picture questions about your report. Did you
7      consider in, in putting together your report,
8      any income the City might take in in terms of
9      fees, taxes, things like that that would
10     offset any of, any of the costs you
11     described?
12 A   No.
13         MR. KELTY: Objection,
14     relevancy.
15 By Mr. Weiss:
16 Q   Could you repeat your answer, please?
17 A   I did not consider any of that, no.
18 Q   Okay. Did you consider in putting together
19     your report whether there's a cost or a
20     baseline cost that the City would incur in
21     maintaining its ROW that would be present
22     regardless of utility activity.
23 A   Can you repeat that question?

Page 126

1  Q   Sure.
2  A   I just want to make sure I understand it.
3  Q   Sure. Did you consider whether there is a, a
4      component of the cost you've described that
5      the City would incur regardless of utility
6      activity?
7  A   No. I did not break it down to that, to that
8      degree.
9  Q   Okay. I'm ready to take a break. I would
10     like to look over this proposed financial
11     plan document for a moment, so if we could
12     just go off the record and take a break.
13         (Brief Recess Taken)
14 By Mr. Weiss:
15 Q   Mr. Clark, I think we're about finished here.
16     Let me ask you, to close out No. 3, whether
17     there's anything else in the way of data or
18     analysis that you took into account in
19     reaching the opinion listed in No. 3 other
20     than what we've talked about?
21 A   No other documents or data was used.
22         MR. WEISS: Okay. Then I'm
23     going to stop here. Let me, let me just

Page 127

1      say on the record that there's been some
2      testimony today, and it appears that
3      Mr. Clark took into consideration some
4      pages of this document entitled
5      FY2003/2004 Proposed Financial Plan for
6      Community Services.
7          Mr. Kelty has agreed to provide
8      me a copy of this document. I'm going to
9      review it, and it's possible we would
10     have more questions stemming from this
11     document which we hadn't yet had the
12     opportunity to review. With that I'll
13     stop my questions for today.
14
15         EXAMINATION
16 By Mr. Kelty:
17 Q   Dave, in looking at your documents, one page
18     is captioned general operating fund
19     expenditures by activity. It's Document
20     2277. Are you with me on that?
21 A   Yes.
22 Q   This is a total budget of the Public Works
23     Department, as far as you know?

Page 128

1  A   Yes.
2  Q   Does this include any of the budget of the
3      engineering department?
4  A   It does not.
5  Q   Would street costs and maintenance include
6      the asphalt item, $660,618? Would that be
7      one cost of maintenance?
8  A   Yes.
9  Q   Concrete --
10 A   Yes.
11 Q   -- same?
12 A   Yes.
13 Q   Streets?
14 A   Yes.
15 Q   What about operations administration?
16 A   That would be the support staff that, that
17     helps the guys.
18 Q   That are involved in the street maintenance?
19 A   Yes, indirectly.
20 Q   Okay. Anything else in here that goes
21     directly to street maintenance?
22 A   Well, the issue with sewers, sewers is -- I
23     have difficulty finding it listed here, but

Page 129

1   it may be -- I don't see it included as other
2   components here. But sometimes when sewers
3   will -- they might have a street maintenance
4   component of their, one of their repairs.
5   And that would be the only thing additional.
6   Q   From this list though, you can see 660,618
7       for asphalt?
8   A   Yes.
9   Q   712,699 for concrete?
10  A   Yes.
11  Q   913,153 --
12  A   Yes.
13  Q   -- for streets?
14  A   Yes.
15  Q   Do you have an idea of how much operations
16      administration would go to streets, concrete,
17      and asphalt?
18  A   No, I don't. You would have to make some --
19      you would have to prorate some sort of
20      percentage. That would be the only thing.
21  Q   Okay.
22  A   Find out what these three is percentage-wise
23      and the total and then take that percentage

Page 130

1   of -- that would be the only logical way I
2   know to come up with some sort of --
3   Q   Then the next page is the breakdown of the
4       concrete, 712,699?
5   A   Yes.
6   Q   And the page after that is the breakdown of
7       the asphalt, 660,618?
8   A   Yes.
9   Q   Okay. But we don't have a streets breakdown?
10  A   Correct.
11  Q   Okay. And then your next page is the summary
12      of contract street maintenance?
13  A   Yes.
14  Q   Is any of this contract street maintenance
15      cost included in what we just looked at, the
16      first three pages?
17  A   No, it is not.
18  Q   Okay. And on your, your three-year average,
19      you get a million 552,074?
20  A   Yes.
21  Q   So would it be fair then to add those numbers
22      together to get at least a minimum cost of
23      maintenance, a million 552,074, the 660, the

Page 131

1   618, the 712,699, the 913?
2       MR. WEISS: Object to form.
3   A   Yes.
4   By Mr. Kelty:
5   Q   Okay. Can you add those numbers up? I'll
6       get you a calculator if you don't have one.
7   A   I can do it real quick here.
8   Q   Okay. What did you get? Or did you -- do
9       you want to double-check it?
10  A   I'll double-check it.
11  Q   Okay.
12  A   3,838,544; 3,838,544.
13  Q   And then your number for the engineering
14      department is 2,311,361?
15  A   Yes.
16  Q   So add that to the number you just gave me
17      and what do you get?
18  A   6,149,905.
19  Q   And based upon your ten years of working with
20      the City and your knowledge of what goes on
21      there every day in the engineering office,
22      it's your best estimate the City has 220
23      miles of right of way, give or take?

Page 132

1   A   Yes.
2   Q   Which is how many feet?
3   A   1,161,600 feet.
4   Q   Can you divide that in the 6 million 149 and
5       tell me what you get per foot?
6   A   6,149,905?
7   Q   Yes.
8   A   $5.29 cents per foot.
9   Q   And your testimony was that you thought $2 or
10      below is a fair cost --
11  A   Yes.
12  Q   -- fair fee? But just based on those
13      numbers, the actual would be $5.29?
14      MR. WEISS: Object to form.
15  By Mr. Kelty:
16  Q   Did you make reference to pavement
17      utilization tables?
18  A   In trade journals, trade magazines I have
19      seen some tables compiled by other agencies
20      dealing with a similar issue.
21  Q   In reviewing that is that part of your
22      composite knowledge that you applied in this
23      analysis to come to these opinions?

33 (Pages 129 to 132)

Page 137

1  group that, that does other stuff.
2  Q  Okay. Is the engineering piece of the
3     calculation that Mr. Kelty just took you
4     through, the 2.3 million, is that piece, the
5     2.3 million, reflected in any of the other
6     pieces, the asphalt, the concrete, or the
7     streets components?
8  A  No.
9  Q  Is any piece of it reflected in those
10    through -- for example --
11 A  No.
12 Q  -- of these transfers?
13 A  No.
14 Q  Okay. The trade journals that Mr. Kelty just
15    referred to, is there a specific magazine by
16    title and by issue or date that you can refer
17    me or the judge to that would contain these
18    tables, pricing tables?
19 A  One that comes to hand is the -- I think it's
20    the APWA Reporter. I think it's an issue in
21    2002, I believe.
22 Q  And in your report, as I understand it, when
23    you made your report, you didn't actually

Page 138

1     pull this 2002 issue and review it; you went
2     off of your recollection of, of what was in
3     this journal; is that right?
4  A  That's one case. And I mean, I've seen --
5     Dr. Butte has put on a presentation on his
6     work that he's done for the City of San
7     Francisco in which he's actually generated
8     these tables.
9         And he will -- he's promoting a
10    service to the City in which he could do the
11    same thing for the City of Champaign, and he
12    used his work as an example. So I've seen
13    that table. I've seen tables referenced in
14    here. I've seen them in other -- I mean,
15    they appear periodically in industry journals
16    and things like that.
17        This particular one outlined a whole
18    list of different agencies that have done
19    this kind of thing. And that's why I kind of
20    mentioned that one, because it just stood out
21    as a whole list of things.
22        But in the last four or five years,
23    this is a topic that a lot of agencies have

Page 139

1     been dealing with. And seeing articles
2     periodically through, you know, the trade
3     industry or the trade journals or, or through
4     Dr. Butte or, or through my master's program
5     or so forth, I've seen, I've seen these fee
6     structure tables, things like that. So I
7     didn't pull that report in preparation of my
8     opinion, no. I just know that they exist --
9  Q  Uh-huh.
10 A  -- because I'm exposed to them.
11 Q  Okay. And so just to wrap that piece up, you
12    didn't pull any particular journal or report
13    in preparation for this opinion that you've
14    rendered; but you -- in the past you have
15    generally read such things in your work?
16 A  Yes, correct.
17 Q  Okay. And finally, this, this issue of, of
18    when you saw -- you said you saw McLeod doing
19    work. Do you remember that, when you were
20    telling Mr. Kelty about that?
21 A  Yes.
22 Q  When did you see McLeod doing work in
23    Champaign?

Page 140

1  A  It's been a couple years. They have a -- it
2     was back when the -- they were putting a lot
3     of fiber optic throughout town. It's been a
4     couple of years ago. I want to say late
5     '90s; mid to late '90s that sticks in my
6     mind. That's generally when they were in
7     there. They were there for a couple of years
8     in a row I want to think.
9  Q  Okay. And have you seen McLeod installing or
10    doing any work in the right of way since the
11    time you've described in the mid to late
12    '90s?
13 A  No.
14        MR. WEISS: Okay. Okay.
15    That's, that's all I have subject to what
16    I said earlier about this new document.
17    So thanks very much for your time again,
18    Mr. Clark.
19        THE WITNESS: Thank you.
20        MR. KELTY: Do you want to read
21    over the deposition -- you have a right
22    to do that -- or you can waive signature?
23    You can read it over. You can't make