E-FILED
Monday, 04 October, 2004  03:00:35 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | |
|---|---|
| THE CITY OF CHAMPAIGN, an Illinois municipal corporation, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 02-2252 |
| McLEODUSA, INC., a Delaware corporation, and McLEODUSA TELECOMMUNICATION SERVICES, INC., an Iowa corporation, | ) ) ) Hon. Harold Baker ) ) ) |
| Defendants. | ) ) |

**McLEODUSA'S MOTION *IN LIMINE* NUMBER 4 TO BAR
INTRODUCTION OF PRIVILEGED DOCUMENT**

Pursuant to Fed. R. Civ. P. 16(c) and Local Rule 16.1(E)(5) and (8), defendants, McLeodUSA, Inc. and McLeodUSA Telecommunication Services, Inc. (collectively "McLeodUSA") by their attorneys, submit this motion *in limine* for entry of an order barring plaintiff from introducing into evidence the document MC 00637, a privileged document that McLeodUSA's counsel Jenner & Block LLP inadvertently produced to Champaign. In support of this motion, McLeodUSA states as follows:

1. In early 2004, Jenner & Block prepared a document production to the City of Champaign consisting of documents responsive to the City's document requests. Jenner & Block ultimately produced 1,157 pages of documents to the City on April 1, 2004.

2. Among the responsive documents that McLeodUSA provided to Jenner & Block for review and potential production was a February 14, 2002 e-mail from McLeodUSA engineer Michael Smeltzer to McLeodUSA in-house counsel, Victor Lazzaretti, attaching a two page document summarizing the respective positions of McLeodUSA and the City regarding the

dispute that is the subject of this lawsuit, as well as potential options for settling the dispute. Counsel for Jenner & Block reviewed the production for privileged materials and removed the February 14 e-mail and attachment and other privileged documents.

3. Subsequently, Jenner & Block listed the February 14 e-mail and attachment as Item No. 1 on McLeod's privilege log and sent the log to opposing counsel on April 8, 2004. Counsel for Champaign never challenged McLeod's assertion of privilege over the February 14 e-mail, or any other document listed on the privilege log.

4. On September 30, 2002, counsel for Champaign and counsel for McLeodUSA had a conversation in which Champaign's attorney described the document. Counsel for McLeod determined that the document was an extra copy of the last page of the privileged e-mail. McLeod's counsel therefore asked counsel for Champaign to return the document on the ground that it was an inadvertently produced privileged document. Counsel for the City has not responded to the request, and McLeod has therefore filed this motion *in limine* to bar introduction of the document in evidence.

5. McLeod's production of the stray page, MC 00637, was inadvertent, and under the balancing test employed by courts in the Seventh Circuit, this Court should find that no waiver of the privilege has occurred and that consequently, Champaign should be barred from introducing the document into evidence. In any event, the document is also protected by Fed. R. Evid. 408.

6. In further support of this motion, McLeodUSA submits the attached memorandum of law.

WHEREFORE, for the foregoing reasons, McLeodUSA respectfully requests that this Court enter an order requiring that Champaign return to McLeodUSA the document marked MC 00637 and precluding Champaign from introducing the document or otherwise using the document at trial.

          Respectfully submitted,
          McLeodUSA Incorporated and
          McLeod Telecommunications Services, Inc.

By:   s/ Edward F. Malone
      One of their attorneys
      Edward F. Malone
      Daniel J. Weiss
      JENNER & BLOCK LLP
      One IBM Plaza
      Chicago, Illinois  60611
      (312) 222-9350
      (312) 840-7517 (fax)

October 4, 2004

## CERTIFICATE OF SERVICE

  I hereby certify that on October 4, 2004, I electronically filed the foregoing McLEODUSA'S MOTION IN LIMINE NUMBER 2 TO BAR INTRODUCTION OF PRIVILEGED DOCUMENT and MEMORANDUM OF LAW IN SUPPORT, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

  Thomas W. Kelty
  tkelty@keltylaw.com

      s/ Daniel J. Weiss
      Edward F. Malone
      Daniel J. Weiss
      Attorneys for Defendants
      Jenner & Block LLP
      One IBM Plaza
      Chicago, Illinois   60611
      (312) 222-9350
      (312) 840-7517 (fax)
      emalone@jenner.com
      dweiss@jenner.com