April 8, 2004

**JENNER & BLOCK**

Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611-7603
Tel 312 222-9350
www.jenner.com

Chicago
Dallas
Washington, DC

*VIA FACSIMILE & U.S. MAIL*

Thomas W. Kelty
Kelty Law Offices, P.C.
3201 Pleasant Run, Suite A
Springfield, IL 62791-3317

Daniel J. Weiss
Tel 312 923-4517
Fax 312 840-7517
dweiss@jenner.com

Re:   *City of Champaign v. McLeodUSA, Inc.*

Dear Tom:

Please find enclosed McLeodUSA's privilege log in connection with our recent document production to Champaign.

Please call me if you have any questions. Please also let me know when we can expect Champaign's privilege log. Thank you.

Sincerely,

Daniel J. Weiss

DJW:jal

cc:   Richard S. Lipman
      Victor Lazzaretti
      Edward F. Malone

## McLeodUSA's Log of Documents Withheld as Privileged

*City of Champaign v. McLeodUSA, et al.*, No. 02-2252 (C.D. Ill.)

| No. | Date | Sender/Author | Recipient(s) | Description | Privilege[1] |
|---|---|---|---|---|---|
| 1 | 2/14/2002 | Michael Smeltzer | Victor Lazzaretti, Scot Eberle, Michael Vrem, George Spengler, Barbara Fernandez | Memorandum prepared at request of Company counsel summarizing parties' positions and potential settlement options; transmittal e-mails. | AC, WP |
| 2 | 01/2000 | Victor Lazzaretti | None Indicated | Attorney notes regarding analysis of dispute. | WP |
| 3 | 02/19/2002 | Victor Lazzaretti, Michael Smeltzer | Michael Vrem, Scot Eberle, Barbara Fernandez, George Spengler | E-mail correspondence to and from Company counsel regarding analysis of dispute. | AC, WP |
| 4 | 8/12/1999 | Victor Lazzaretti | None Indicated | Attorney notes of meeting with other Company counsel regarding analysis of dispute. | AC, WP |
| 5 | 1/20/2000 | Victor Lazzaretti | None Indicated | Handwritten attorney notes regarding analysis of dispute. | WP |
| 6 | 10/14/1997 | Leeann Benischek | Todd Anderson, Jan Klein | E-mail from Company counsel analyzing status of rights-of-way agreements. | AC |
| 7 | Undated | Victor Lazzaretti | None Indicated | Attorney notes and calculations regarding analysis of dispute. | AC, WP |
| 8 | Undated | Not Indicated | Victor Lazzaretti | Spreadsheet reflecting analysis of dispute created at request of Company counsel. | AC, WP |

[1] AC - Attorney-client privilege; WP - Work product privilege.

| No. | Date | Sender/Author | Recipient(s) | Description | Privilege[1] |
|---|---|---|---|---|---|
| 9 | 10/21/2002 | Victor Lazzaretti<br>Barbara Fernandez<br>George Spengler | Victor Lazzaretti<br>Barbara Fernandez<br>George Spengler | E-mail communications between Company counsel and employees regarding analysis of disputed contracts. | AC, WP |
| 10 | 2/13/2002 | Victor Lazzaretti<br>Michael Vrem<br>Scot Eberle | Victor Lazzaretti<br>Michael Vrem<br>Scot Eberle | E-mail communications between Company counsel and employees regarding analysis of potential settlement proposal. | AC, WP |
| 11 | 6/26/2002 | Michael Vrem | Victor Lazzaretti<br>Scot Eberle | E-mail communication from Company employee to Company counsel requesting analysis of potential settlement proposal. | AC |
| 12 | 12/07-12/11/2001 | Victor Lazzaretti<br>Michael Vrem | Victor Lazzaretti<br>Michael Vrem | E-mail communications between Company counsel and Company employee regarding settlement planning and analysis. | AC, WP |
| 13 | 10/16-10/17/2002 | Victor Lazzaretti<br>Scot Eberle<br>Steven Childers | Victor Lazzaretti<br>Scot Eberle<br>Steven Childers<br>Allen Crutcher<br>Stevie Seitz | E-mail communications between Company counsel and employees regarding analysis of potential settlement proposal. | AC, WP |
| 14 | 3/14/2002 | Victor Lazzaretti | Randall Rings | E-mail between Company counsel regarding analysis of parties' claims. | AC, WP |
| 15 | 3/28/2001 | None Indicated | Victor Lazzaretti | Factual analysis performed at request of Company counsel. | AC, WP |
| 16 | 1/08-1/09/2003 | Victor Lazzaretti<br>Joseph Ceryanec | Victor Lazzaretti<br>Joseph Ceryanec<br>Richard Lipman<br>James Thompson<br>Ken Burckhardt | E-mail correspondence to and from Company counsel regarding analysis of parties' claims. | AC, WP |

2

| NO. | DATE | SENDER/AUTHOR | RECIPIENT(S) | DESCRIPTION | PRIVILEGE[1] |
|---|---|---|---|---|---|
| 17 | 5/29/2002 | Victor Lazzaretti<br>Laura Hahn | Victor Lazzaretti<br>Laura Hahn<br>David Conn | E-mail correspondence between Company counsel regarding analysis of parties' claims. | AC, WP |
| 18 | 2/25/2003 | Victor Lazzaretti | James Thompson<br>Richard Lipman | Memorandum from Company counsel to Company counsel regarding analysis of case and potential settlement. | AC, WP |
| 19 | 7/01/2003 | Victor Lazzaretti | Michelle McLaughlin | E-mail correspondence between Company counsel and Company employee reflecting analysis of Champaign's claims. | AC, WP |
| 20 | 8/02/1998 | Randall Rings | Leann Benischek | E-mail communication between Company counsel regarding potential settlement. | AC, WP |
| 21 | None Indicated | None Indicated | None Indicated | Handwritten notes reflecting questions of Company employee directed to Company counsel. | AC |
| 22 | 10/31/1997 | Leann Benischek | Jan Klein | E-mail from Company counsel containing contract negotiation proposal. | AC |
| 23 | 10/22-10/23/2002 | Barbara Fernandez<br>Susie Reed | Barbara Fernandez<br>Susie Reed<br>Victor Lazzaretti<br>Terrence Long<br>Rebecca Moser | E-mail correspondence reflecting Company counsel's analysis of parties' claims. | AC, WP |
| 24 | 10/21-10/22/2002 | Barbara Fernandez<br>Victor Lazzaretti | Victor Lazzaretti<br>Barbara Fernandez<br>Terrence Long | E-mail correspondence reflecting Company counsel's analysis of parties' claims. | AC, WP |

3

| No. | Date | Sender/Author | Recipient(s) | Description | Privilege[1] |
|---|---|---|---|---|---|
| 25 | 6/26/-6/27/2002 | Victor Lazzaretti Michael Vrem | Michael Vrem Victor Lazzaretti Scot Eberle | E-mail correspondence between Company counsel and Company employees regarding potential settlement analysis. | AC, WP |
| 26 | 5/29/2002 | Victor Lazzaretti Laura Hahn Michael Vrem | Victor Lazzaretti Michael Vrem Laura Hahn David Conn Randall Rings Richard S. Lipman | E-mail correspondence between Company employees and Company counsel regarding analysis of parties' claims. | AC, WP |
| 27 | 6/26-6/27/2002 | Victor Lazzaretti Michael Vrem | Victor Lazzaretti Michael Vrem Scot Eberle | E-mail between Company employees and Company counsel regarding analysis of potential settlement. | AC, WP |
| 28 | 2/11/2002 | Victor Lazzaretti Michael Smeltzer Jan Klein | Michael Smeltzer Victor Lazzaretti Jan Klein Michael Vrem | E-mail between Company counsel and Company employees regarding analysis of Champaign's claims. | AC, WP |

4