E-FILED
Monday, 04 October, 2004  03:04:00 PM
Clerk, U.S. District Court, ILCD

**Our proposed solution:** The total amount of money owed on all three agreements through 2002 is $314,439. This is assuming the 15% growth rate in access lines and that the 1998 construction is covered under Agreement #2. The total amount of money owed on the two per-foot agreements after 2002 is $1,143,986.

We propose paying off the debt through the end of 2002 ($314,439) by extending our fiber plant into the 10 buildings that the city is interested in having connected via dark fiber. Our initial estimates for our costs in doing that are in the $300,000 ballpark, including some overhead.

Second, we propose a 20 year IRU for 4 strands of dark fiber into those same 10 buildings, which by tweaking the numbers can come out close to the $1,143,986 in future money owed. If the city wants to hold our feet to the fire for the 44,000 feet of 1998 construction, we can adjust the IRU rate to compensate. We may be able to charge them for fiber maintenance over the term of the IRU, we might have to include the maintenance as part of the deal to make the numbers work out.

Third, we draft a new agreement that specifically supercedes the three previous agreements and puts our ROW payments on the basis of some fixed percentage of sales for everything after 2002. That is the fairest way to deal with the multitude of services we provide, and also the easiest for us to pass on to our customers.

The city has an RFP for a new phone system currently out. The responses are due back late this month. A cornerstone of what they would like to do for their new phone system is to have their 5 main buildings connected via fiber. Those first 5 buildings would need to be completed this summer; the remaining 5 could be completed next year.

It would help their planning considerably to know that we would have those 5 buildings connected by fiber by late July. If our negotiations with the city on the resolution of these agreements are not concluded quickly, we miss that deadline, and the value of our fiber to them is diminished. We need to conclude the negotiations quickly.

Nobody wants to spend $300,000 at this time in the life of our company, but if it can buy our way out of more than $1 million in future obligations and put this matter behind us, we would be getting off cheaply. The City is very close to the end of its patience on getting this resolved, and they could declare us in default and shut us down with 21 days. We are not dealing from a position of strength.

MC 00637