# JENNER&BLOCK

October 1, 2004

Jenner & Block LLP     Chicago
One IBM Plaza     Dallas
Chicago, IL 60611-7603     Washington, DC
Tel 312 222-9350
www.jenner.com

*By Facsimile and U.S. Mail*

Mr. Thomas W. Kelty
Kelty Law Offices, P.C.
3201 Pleasant Run, Suite A
P.O. Box 13317
Springfield, Illinois 62791-3317

Edward F. Malone
Tel 312 923-2852
Fax 312 840-7252
emalone@jenner.com

Re: <u>City of Champaign v. McLeodUSA Inc.</u>
       No. 02-2252

Dear Tom:

Following up on our conversation yesterday afternoon, I am writing to request that you return to me the document numbered MC 00637, which is a privileged document that was produced inadvertently by McLeodUSA. The document is the last page of an e-mail that is identified as Document No. 1 on McLeod's privilege log, which was provided to you on April 8, 2004 and a copy of which is attached. The City has never challenged this assertion of privilege. Page 637 is an extra copy of the last page of that document that was contained in one of Victor Lazaretti's files without the first three pages showing the indicia of privilege, and was thus produced inadvertently. The document was prepared in anticipation of litigation with the City.

Please return the document to me by the end of today. If you decline to return the document, I will file a motion *in limine* to bar its introduction at trial.

Very truly yours,

*[signature]*

Edward F. Malone

EFM/sag
enclosures

cc:     Richard S. Lipman
        Daniel J. Weiss