## Page 182

```
 1        IN THE UNITED STATES DISTRICT COURT
          FOR THE CENTRAL DISTRICT OF ILLINOIS
 2             URBANA/DANVILLE DIVISION

 3
    THE CITY OF CHAMPAIGN, an Illinois )
 4  municipal corporation,             )
                    Plaintiff,         )
 5                                     )
         vs.                           ) NO 02-2252
 6                                     )
    MCLEODUSA, INC., a Delaware        )
 7  corporation, and MCLEODUSA         ) Hon. Harold Baker
    TELECOMMUNICATION SERVICES,        )
 8  INC., an Iowa corporation,         )
                                       )
 9                  Defendants.        )

10

11       RULE 30(b)(6) DEPOSITION

12  Continuation of the deposition of 30(b)(6) Deponent

13  FREDERICK STAVINS, taken at the instance of the

14  Defendants on the 27th day of April, 2004, commencing

15  at 9:00 a.m. at Kelty Law Offices, P.C., 3201 Pleasant

16  Run, Suite A, Springfield, Illinois, before Cheryl A.

17  Davis, Certified Shorthand Reporter and Notary Public,

18  pursuant to Notice of Rule 30(b)(6) Deposition and the

19  stipulation attached hereto.

20

21

22          DAVIS REPORTING SERVICE
               3 Hickory Hills Drive
23          Springfield, Illinois  62707
                  (217) 546-6868
24
```

## Page 183

```
 1              A P P E A R A N C E S

 2
    MR. THOMAS W. KELTY
 3  Attorney at Law
    Kelty Law Offices, P.C.
 4  3201 Pleasant Run, Suite A
    P.O. Box 13317
 5  Springfield, Illinois  62791-3317
    Telephone:  217/726-8200
 6
        (Appearing on behalf of the Plaintiff)
 7

 8  MR. DANIEL J. WEISS
    Jenner & Block, L.L.P.
 9  One IBM Plaza
    Chicago, Illinois  60611-7603
10  Telephone:  312/222-9350

11      (Appearing on behalf of the Defendants via
                    teleconference)
12
```

## Page 184

```
 1                  I N D E X

 2  WITNESS                              PAGE

 3  FREDERICK STAVINS
      Direct Examination by Mr. Weiss    187
 4    Cross Examination by Mr. Kelty     233
      Redirect Examination by Mr. Weiss  276

12  EXHIBITS                          IDENTIFIED

13  Plaintiff's Deposition Exhibit 10    235

14  Plaintiff's Deposition Exhibit 11    239

15  Plaintiff's Deposition Exhibit 12    242

16  Plaintiff's Deposition Exhibit 13    244
```

## Page 185

```
            S T I P U L A T I O N

    It is stipulated and agreed, by and between
the parties hereto, through their attorneys, that the
continuation of the Rule 30(b)(6) deposition of
FREDERICK STAVINS may be taken before Cheryl A. Davis,
a Notary Public and Certified Shorthand Reporter, upon
oral interrogatories, on April 27, 2004, A.D., at the
instance of the Defendants, commencing at 9:00 a.m.,
at Kelty Law Offices, P.C., 3201 Pleasant Run, Suite
A, Springfield, Illinois;

    That the oral interrogatories and the
answers of the witness may be taken down in shorthand
by the Reporter and afterwards transcribed;

    That all requirements of the Civil Practice
Act and the Rules of the Supreme Court as to dedimus,
are expressly waived;

    That the witness does not waive signature
and shall read and sign this deposition before a
notary public;

    That the deposition or any parts thereof
may be used for any purpose for which Rule 30(b)(6)
depositions are competent, by any of the parties
hereto, without foundation proof;

    That any party hereto may be furnished
copies of the deposition at his or her own expense.
```

**CONDENSED**

Page 326

1  Q. Okay. But you don't recall reaching an
2  independent agreement that was different than the
3  change.
4  A. I don't recall either way.
5  Q. Okay.
6  A. I just don't recall agreeing to that
7  change.
8  Q. Okay.
9  A. And, as I said, it's not parallel to the
10 other agreement.
11 Q. And by not parallel you mean that in the
12 Ameritech agreement --
13 MR. KELTY: Dan, the reporter needs to take a
14 break.
15 MR. WEISS: Let's take a break then.
16        (Whereupon a short recess was taken.)
17 MR. WEISS: All right. Are we ready? Are we
18 on?
19 MR. KELTY: Go ahead.
20 THE DEPONENT: Yeah.
21 MR. WEISS: All right.
22 Q. Mr. Stavins, earlier when Mr. Kelty was
23 asking you questions you testified a little bit about
24 the 1985 ordinance. It refers to Ameritech and the

Page 327

1  City and rights-of-way agreements. Do you remember
2  that?
3  A. I remember the 1985 agreement with Illinois
4  Bell.
5  Q. Yeah, Illinois Bell.
6  A. 1985, yeah.
7  Q. Yeah, and I think the record is clear on
8  this, but I just want to make sure, the 1985 Illinois
9  Bell/City of Champaign agreement, that didn't apply
10 during what we're calling the relevant period, '97
11 through 2002; right?
12 A. No.
13 Q. There was a new -- there was the 1994
14 agreement between the City and Ameritech that governed
15 during the relevant period; right?
16 A. Yes.
17 Q. Okay.
18        (Pause in the deposition.)
19 MR. KELTY: Are you there or are you gone?
20 MR. WEISS: I'm here. I'm sorry. I'm just
21 looking over my notes. I'm near the end.
22 Q. Mr. Stavins, as I understand the City's
23 position, the City is seeking payment under three
24 different contracts from the McLeod defendants. Is

Page 328

1  that right?
2  A. Yes.
3  Q. Okay. And those contracts are the '94 CNI
4  contract, the 1996 CCTS contract, and the 1997 McLeod
5  Telecommunications contract. Is that right?
6  A. That's correct.
7  Q. Is there any other entity that operated in
8  Champaign during the relevant period that the City
9  sought to charge under more than one contract?
10 MR. KELTY: Object to the form of the question.
11 It presumes that McLeod is an entity which includes
12 CNI and CCTSI.
13 MR. WEISS: You can answer the question.
14 A. I guess I'd say the same thing. I never
15 interpreted those as all part of one company when they
16 were entered into.
17 Q. Okay. But I'm not asking about those
18 contracts because we agree, right, that the City is
19 seeking to enforce the three contracts against the
20 defendants in this case?
21 A. Yes.
22 Q. Okay. So let's set that aside. We all
23 agree three contracts against the defendants.
24 A. Okay.

Page 329

1  Q. Is there any other entity out there that
2  the City sought to enforce more than one contract
3  against?
4  MR. KELTY: Object to the form of the question.
5  It's presuming that these three companies are one
6  entity.
7  MR. WEISS: Sir, it's not presuming anything. We
8  all agree that the City is trying to enforce three
9  contracts against two defendants. That is a matter of
10 record, so let's set that to the side.
11 MR. KELTY: No, we don't.
12 MR. WEISS: I believe that Mr. Stavins just
13 testified that the City of Champaign is seeking to
14 enforce three contracts against the defendants in this
15 case.
16 MR. KELTY: Against three companies.
17 A. That's right, and I'm not aware of --
18 MR. WEISS: Let me take a step back.
19 Q. Mr. Stavins, how many defendants are there
20 in this case?
21 A. I don't know. I'd have to look at the
22 pleadings, Dan.
23 Q. Okay.
24 A. And I don't have those in front of me so

### Page 330

1  I'm not sure how many people we sued, if they're all
2  one company.
3      Q. Do you have a pleading now?
4      MR. KELTY: It's right here, yeah.
5      Q. Okay. Who are the defendants in this
6  action?
7      A. McLeodUSA, Inc., McLeodUSA
8  Telecommunications Services, Inc.; two.
9      Q. Okay. And the City, as I understand it, is
10 seeking to enforce ROW charges under three contracts
11 against those defendants. Is that right?
12     A. Yes.
13     Q. Okay. Is there any company other than the
14 ones we just talked about that the City is trying to
15 enforce more than one contract against?
16     A. No.
17     Q. Okay. And that's true for the relevant
18 period; right?
19     A. Yes.
20     MR. WEISS: Okay. That's it for me subject to
21 anything else. Tom, if you have anything else.
22     MR. KELTY: No.
23     MR. WEISS: Then that's all for me, so,
24 Mr. Stavins, thanks very much for your time in this

### Page 331

1  second session.
2      THE DEPONENT: That's okay. Well, it's not okay,
3  but had to be done.
4      MR. WEISS: Right. Thanks again.
5      MR. KELTY: We'll reserve signature.
6          (FURTHER DEPONENT SAITH NAUGHT.)
7          (Time concluded: 12:27 p.m..)

### Page 332

1  STATE OF ILLINOIS    )
                        )ss
2  COUNTY OF SANGAMON   )
3
4          C E R T I F I C A T E
5      I, Cheryl A. Davis, a Notary Public and Certified
6  Shorthand Reporter, do hereby certify that prior to
7  the taking of the deposition herein, and on the 27th
8  day of April, 2004, the Deponent FREDERICK STAVINS
9  was, by me, sworn to testify to the truth in relation
10 to the matter in controversy herein. That on said
11 date the foregoing deposition was taken down in
12 shorthand by me and afterwards reduced to typewritten
13 form by me, and that the foregoing transcript contains
14 a true and accurate translation of all such shorthand
15 notes.
16     Given under my hand and seal this 16th day of
17 May, 2004, at Springfield, Illinois.
18     My commission expires July 6, 2007.
19
20          Notary Public
            Certified Shorthand Reporter
21          License No. 084-001662
22
23  "OFFICIAL SEAL"
    Cheryl A. Davis
    Notary Public, State of Illinois
    My Commission Exp. 07/06/2007

### Page 333

1              ERRATA SHEET
    I, FREDERICK STAVINS, do hereby certify that I
2  have read the foregoing deposition and that it is a
   true and accurate translation of the questions asked
3  of me and the answers given by me, with the following
4  change(s):
5  Page    Line    Should Be    Reason
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20          FREDERICK STAVINS
21 Subscribed and sworn to before me
22 this       day of          , 2004.
23
24 Notary Public