E-FILED
Monday, 04 October, 2004  03:21:26 PM
Clerk, U.S. District Court, ILCD

**BROWN & JONES REPORTING, INC.**

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

URBANA/DANVILLE DIVISION

---

THE CITY OF CHAMPAIGN, an
Illinois municipal
corporation,

        Plaintiff,        Case No. 02-2252

   -vs-

MCLEODUSA, INC., a Delaware
corporation, and MCLEODUSA
TELECOMMUNICATIONS SERVICES,
INC., an Iowa corporation,

        Defendants.

---

        Rule 30(b)(6) deposition of 30(b)(6) Deponent VICTOR A. LAZZARETTI, taken at the instance of the Plaintiff, under and pursuant to the Federal Rules of Civil Procedure, before JESSICA R. WAACK, Registered Merit Reporter, Certified Realtime Reporter and Notary Public in and for the State of Wisconsin, at McLeodUSA, 731 North Jackson Street, Suite 410, Milwaukee, Wisconsin, on MAY 27, 2004, commencing at 11:01 a.m. and concluding at 2:46 p.m.

MILWAUKEE 414-224-9533
RACINE 262-637-4960
TOLLFREE 800-456-9531

```
 1              There's quite a number of municipalities
 2      that they don't charge us anything.  So, you know,
 3      municipalities have the right to charge us under
 4      section 253 or under a state law that's properly
 5      put in place under -- you know, certain state
 6      laws, if -- I mean, how they relate to federal,
 7      I'm not entirely sure.  But certainly some state
 8      laws are enforceable.  So whatever the legal
 9      requirements are, we would -- we know we have to
10      comply.
11  Q   Twelve.
12  A   We've never done such a thing, so the answer is
13      that we don't have any.
14  Q   Turn, if you would, to the supplemental notice,
15      which is the second part of Exhibit 1 --
16  A   Yes.
17  Q   -- page 2.  Have you familiarized yourself with
18      the Illinois consolidated telephone company sale
19      transaction?
20  A   Yes.  I was here when we did that transaction, and
21      I was personally involved in some elements of it,
22      but it was an extremely large, sophisticated
23      transaction.  So I don't know every nuance or was
24      I even privy to every nuance, but certainly I know
25      the general shape of the transaction.  And I
```

```
 1        looked into it, and I can provide you with quite a
 2        bit of specific information.
 3    Q   Did the Illinois Commerce Commission approve that
 4        sale?
 5    A   It did.
 6    Q   To your knowledge, did Illinois Consolidated
 7        Telephone Company ever serve the Champaign market?
 8    A   It did not.
 9    Q   Anyone else you consulted with other than your
10        counsel and the people you've named earlier in
11        preparing for this deposition?
12    A   No.
13    Q   I believe you testified that your right-of-way
14        work all runs through -- is it Ms. McLaughlin?
15    A   Currently, yes.  She's the right-of-way
16        coordinator.  She's our sole in-house rep, our
17        resource.
18    Q   Do you know if McLeod typically pays a city or
19        public body for repairs that are necessitated by
20        construction, digging an access into the
21        right-of-way?
22    A   Work that --
23    Q   Do you want me to restate that for you?
24    A   Yeah.  Work that the city has to do or work that
25        we have to do?
```