**E-FILED**
Monday, 04 October, 2004  04:18:34 PM
Clerk, U.S. District Court, ILCD

CITY OF CHAMPAIGN, ILLINOIS
A HOME RULE MUNICIPAL CORPORATION

---

COUNCIL BILL NO. 90-261

AN ORDINANCE AMENDING THE CHAMPAIGN MUNICIPAL CODE
BY THE ADDITION OF SECTION 1-25 AND SECTION 1-26
(GENERAL PROVISIONS -- LATE PAYMENT HANDLING FEE;
INTEREST ON UNPAID ACCOUNTS; BAD CHECK CHARGE)

---

ADOPTED BY THE
CITY COUNCIL
OF THE
CITY OF CHAMPAIGN


THIS 2ND DAY OF OCTOBER, 1990

---

Published in pamphlet form by authority of the City Council of
the City of Champaign, a home rule municipality, Champaign
County, Illinois, this 3rd day of October, 1990.

---

Champaign
Doc. No.    1010

COUNCIL BILL NO. 90- 261

AN ORDINANCE

AMENDING THE CHAMPAIGN MUNICIPAL CODE
BY THE ADDITION OF SECTION 1-25 AND SECTION 1-26
(General Provisions -- Late payment handling fee;
interest on unpaid accounts; bad check charge)

BE IT ORDAINED BY THE CITY COUNCIL OF THE CITY OF CHAMPAIGN,

ILLINOIS, as follows:

Section 1. That the Champaign Municipal Code, 1985, as amended,

is hereby amended by the addition of Section 1-25 and Section 1-26, as

follows:

"Sec. 1-25.  Late payment handling fee; interest on unpaid
accounts.

(a) Late payment handling fee.  If anyone fails to make
payment to the City of any fee, tax, bill for work
performed by the City on their behalf pursuant to this
Code or other amount due to the City within fourteen (14)
days of the date due, that person shall owe to the City,
in addition to other sums owed the City, a late payment
handling fee in the amount of Ten Dollars ($10.00) or an
amount set by the Finance Director by rule or regulation
from time to time, representing the administrative costs
incurred by the City and other damages sustained by the
City as the result of late payment.  Such fee set by rule
or regulation of the Finance Director shall not be
effective until fourteen (14) days after the Finance
Director submits the proposed fee in writing to the City
Manager and the City Council and places it on file with
the City Clerk.  This late payment handling fee shall not
apply if the section of the Code or document under which
the amount due is incurred provides for a different late
payment handling fee.

(b) Interest on late payment.  In addition to all other sums,
including the late payment handling fee, owed the City,
if a person fails to pay any fee, tax, bill for work
performed by the City on their behalf pursuant to this
Code or other amount due to the City, within fourteen
(14) days of the due date, that person shall owe, in
addition to all other sums owed the City, interest at the
rate of two percent (2%) per month or part thereof until
the amount due is paid in full or judgment against them

Champaign
Doc. No.    1011

is entered in Court.   This provision shall not apply if the section of the Code or document under which the amount due is incurred provides for a different interest rate or amount for late payment.

(c)   The City Manager or the City Manager's designee shall have the authority to waive or reduce the amount of the late payment handling fee and interest charge pursuant to the City Manager's authority under other sections of this Code to settle claims on behalf of the City.

(d)   The late payment handling fee and interest charges required by this Section are contractual terms which apply to all fees, taxes or bills for work performed by the City unless the section of the Code or document under which the cost is incurred specifically provides otherwise.  When applicable, these terms are implied in such contracts whether expressly stated or not.

## Sec. 1-26.  Bad check charge.

If any person attempts to pay any money owed the City by a personal check and the bank, upon presentment of the check for payment, does not honor that check, whether due to insufficient funds or for any other reason, that person shall owe the City, in addition to all other sums due, the sum of Ten Dollars ($10.00) or an amount set by the Finance Director by rule or regulation from time to time which represents the reasonable costs incurred by the City by the bank's failure to honor said check.   Such fee set by rule or regulation of the Finance Director shall not be effective until fourteen (14) days after the Finance Director submits the proposed fee in writing to the City Manager and City Council and places it on file with the City Clerk.  Said amount shall be due each time the City presents the check and the bank fails to honor the check.    The Finance Director has the authority to waive this fee for good cause."

Section 2.   That this Ordinance shall be effective ten (10) lays after passage and publication.

Section 3.   That the City Clerk is hereby directed to publish :his Ordinance so that its effective date is October 16, 1990.

Section 4.  If any section, paragraph or provision of this Irdinance is held to be invalid or unenforceable, such invalidity or inenforceability of such section, paragraph or provision shall not affect

2

Champaign
1012
Doc No.

any of the remaining provisions of this Ordinance, or the provisions of the Code.

Section 5.  The provisions of this Ordinance shall take precedence and be interpreted as superseding any other Ordinance or statute in conflict with the provisions of this Ordinance.

COUNCIL BILL NO. 90- 261

PASSED:     OCTOBER 2, 1990

APPROVED: _____
                          Mayor

ATTEST: _____
                      City Clerk

APPROVED AS TO FORM:

_____
City Attorney

Champaign
Doc. No.        1013

3