**E-FILED**
Monday, 04 October, 2004  04:30:28 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION**

| | | |
|---|---|---|
| THE CITY OF CHAMPAIGN, an | ) | |
| Illinois municipal corporation, | ) | |
| on its own behalf and on behalf | ) | |
| of the Class of all other units | ) | |
| of local government similarly | ) | |
| situated, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. 02-2252 |
| | ) | |
| MCLEODUSA, INC., a Delaware | ) | |
| corporation, and MCLEODUSA | ) | |
| TELECOMMUNICATION SERVICES, INC., | ) | |
| an Iowa corporation, | ) | |
| | ) | |
| Defendants. | ) | |

**CHAMPAIGN'S OBJECTIONS TO THE
LIST OF DEFENDANTS' POTENTIAL EXHIBITS**

NOW COMES Plaintiff, THE CITY OF CHAMPAIGN, an Illinois municipal corporation, by and through its attorneys, Kelty Law Offices, P.C., pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure to hereby file its objections to the List of Defendants' Potential Exhibits.

1.    Plaintiff objects to all 29 Exhibits listed on the List of Defendants' Potential Witnesses.  Pursuant to Rule 26(c)(3), the parties are ordered to "separately identify those [Exhibits or other documents] which the party expects to offer and those which the party may offer if the need arises."  Defendants have filed a

list of 29 Exhibits entitled "Potential Exhibits", however there is no further designation within the list as to whether they "expect" or "may" use these Exhibits.  For this reason Plaintiff objects to, and moves that the Court strike the *List of Defendants' Potential Exhibits*.

2.    Other than the objection listed in paragraph 1 hereto, Plaintiff has no further objections to the Exhibits Defendants have listed as numbers: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, and 18.

3.    Plaintiff objects to Defendants' Exhibit 19, which is listed as follows:

> "City of Champaign's responses to McLeodUSA's discovery requests, including Document Requests, Interrogatories, and Requests for Admission."

This "exhibit" consists of Plaintiff's entire document production in the case, consisting of 2509 pages, 1 CD-Rom and the 376 page *FY 2003/2004 Financial Plan for Community Services*.  This is not an appropriate designation of an exhibit under Rule 26(a)(3), and would lead to "undue delay, waste of time, or needless presentation of cumulative evidence."  Rule 403 of the Rules of Evidence.  Further, Plaintiff has identified the specific exhibits it expects to, or may present at trial, obviating any need for Defendant to introduce the entirety of Plaintiff's document production, as Defendant appears to suggest.

4.  Plaintiff objects to Defendants' Exhibit 20, which is listed as follows:

"August 4, 2004 Report of McLeodUSA's expert, Lynn Shishido-Topel and all documents relied upon therein."

Plaintiff's objection is set forth in greater detail in its *Motion in Limine* filed pursuant to Local Rule 16.1(E)(8).  Ms. Shishido-Topel's report should be excluded under Rule 702 of the Federal Rules of Evidence and the standards established by <u>Daubert</u> <u>v. Merrell Dow Pharmaceuticals, Inc.</u>, 509 U.S. 579 (1993).

5.  Plaintiff objects to Defendants' Exhibit 21, which is listed as follows:

"August 9, 2002 Report to Champaign City Council from Steven C. Carter re Adoption of Simplified Municipal Telecommunications Tax SS 2002-047.

This document which pertains to the Simplified Municipal Telecommunications Tax currently enforced by Plaintiff, does not pertain to the ROW fees at issue for the period relevant to the subject Agreements.  Thus this document was not produced by Plaintiff, is not relevant evidence to this matter and is therefore not admissible (Rule 402 of the Federal Rules of Evidence) and would tend to lead to "confusion of the issues" (Rule 403 of the Federal Rules of Evidence.)  Furthermore Plaintiff's object to the late disclosure of this document, discovered by Defendants August 2003, pursuant to their *Motion for Leave to Depose City Manager Steven Carter*.

6.   Other than the objection listed in paragraph 1 hereto, Plaintiff has no further objections to the Exhibits Defendants have listed as numbers: 22 and 23.

7.   Other than the objection listed in paragraph 1 hereto, Plaintiff has no further objections to the Exhibits Defendants have listed as numbers 24, 25, 26, 27, 28 and 29, provided that these demonstrative exhibits fairly reflect underlying admissible evidence.

8.   Plaintiff reserves its right pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure to make objections at trial on the basis of applicable Federal Rules of Evidence.  Plaintiff also reserves the right to supplement its objections to the extent that Defendants alter or amend its Potential List of Exhibits; object at trial to any exhibit not properly identified on Defendants' trial exhibit list; and assert at trial any and all objections to exhibits, witnesses or testimony as may be warranted by developments at trial.

Respectfully submitted,

**THE CITY OF CHAMPAIGN, an Illinois municipal corporation, Plaintiff**

s/ Thomas W. Kelty
Thomas W. Kelty, No. 1441337
Attorneys for Plaintiff
**KELTY LAW OFFICES, P.C.**
3201 Pleasant Run, Suite A
P.O. Box 13317
Springfield, IL 62791-3317
Telephone: 217/726-8200
Facsimile: 217/726-8300
Email: tkelty@keltylaw.com

STATE OF ILLINOIS    )
                     )    SS.
COUNTY OF SANGAMON   )


### CERTIFICATE OF SERVICE


    The undersigned hereby certifies that on this 4th day of October, 2004, pursuant to the provisions of Rule 5 of the Federal Rules of Civil Procedure, [proposed] CDIL-LR 5.3, and the penalties therein provided, that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

        Edward F Malone, Esq.
        emalone@jenner.com

        Daniel J Weiss, Esq.
        dweiss@jenner.com


and that the original was maintained in my files.


        s/ Thomas W. Kelty
        Thomas W. Kelty, No. 1441337
        Attorneys for Plaintiff
        **KELTY LAW OFFICES, P.C.**
        3201 Pleasant Run, Suite A
        P.O. Box 13317
        Springfield, IL 62791-3317
        Telephone: 217/726-8200
        Facsimile: 217/726-8300

H:\3789\90001\McLeod's Exhibits.Obj\10-4-2004