E-FILED
Monday, 04 October, 2004  04:36:34 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | |
|---|---|
| THE CITY OF CHAMPAIGN, an Illinois municipal corporation, on its own behalf and on behalf of the Class of all other units of local government similarly situated, | ) ) ) ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) NO. 02-2252 ) |
| MCLEODUSA, INC., a Delaware corporation, and MCLEODUSA TELECOMMUNICATION SERVICES, INC., an Iowa corporation, | ) ) ) ) ) |
| Defendants. | ) |

**MOTION IN LIMINE TO BAR DEFENDANTS'
SECOND AFFIRMATIVE DEFENSE**

NOW COMES Plaintiff, THE CITY OF CHAMPAIGN, an Illinois municipal corporation, by and through its attorneys, Kelty Law Offices, P.C., pursuant to Local Rule 16.1(E)(8) to file herein its *Motion in Limine to Bar Defendants' Second Affirmative Defense*. As ground for same, Plaintiff states as follows:

1. Defendants' second Affirmative Defense is based upon Defendants' interpretation of Section 253(c) of the federal Telecommunications Act of 1996, (47 U.S.C. § 253(c) (West 2004)).

2. This provision, as a mater of law, violates the Tenth Amendment and the Commerce Clause.

H:\3789\90001\Limine01.mot\10-4-2004

3. Constitutional authority to enact 47 U.S.C. § 253 is derived from Congress's power to regulate interstate commerce.

4. A Congressional requirement that a State (and not other private actors) affirmatively take some action, including either enacting or administering some federal regulation, violates the Tenth Amendment's federalism principles.

5. The State's authority to manage its public right-of-ways is derived from its police powers.

6. This Court must apply a balancing test to the fair and reasonable compensation determination.

WHEREFORE, for the foregoing reasons and those stated in Plaintiff's *Memorandum in Support of Plaintiff's Motion in Limine to Bar Defendants' Second Affirmative Defense*, Plaintiff moves to strike Defendants' Second Affirmative Defense, or in the alternative, allow Plaintiff to challenge same as set forth herein.

Respectfully submitted,

**THE CITY OF CHAMPAIGN, an Illinois municipal corporation, Plaintiff**

s/ Thomas W. Kelty
Thomas W. Kelty, No. 1441337
Attorneys for Plaintiff
**KELTY LAW OFFICES, P.C.**
3201 Pleasant Run, Suite A
P.O. Box 13317
Springfield, IL 62791-3317
Telephone: 217/726-8200
Facsimile: 217/726-8300
Email: tkelty@keltylaw.com

**STATE OF ILLINOIS** )
                          )   SS.
**COUNTY OF SANGAMON** )

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 4th day of October, 2004, pursuant to the provisions of Rule 5 of the Federal Rules of Civil Procedure, [proposed] CDIL-LR 5.3, and the penalties therein provided, that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

    Edward F Malone, Esq.
    emalone@jenner.com

    Daniel J Weiss, Esq.
    dweiss@jenner.com

and that the original was maintained in my files.

                                     s/ Thomas W. Kelty
                                     Thomas W. Kelty, No. 1441337
                                     Attorneys for Plaintiff
                                     **KELTY LAW OFFICES, P.C.**
                                     3201 Pleasant Run, Suite A
                                     P.O. Box 13317
                                     Springfield, IL 62791-3317
                                     Telephone: 217/726-8200
                                     Facsimile: 217/726-8300