E-FILED
Monday, 04 October, 2004  04:39:29 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | |
|---|---|
| THE CITY OF CHAMPAIGN, an Illinois municipal corporation, on its own behalf and on behalf of the Class of all other units of local government similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>MCLEODUSA, INC., a Delaware corporation, and MCLEODUSA TELECOMMUNICATION SERVICES, INC., an Iowa corporation,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  NO. 02-2252<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION IN LIMINE TO BAR
THE TESTIMONY OF CERTAIN WITNESSES**

NOW COMES Plaintiff, THE CITY OF CHAMPAIGN, an Illinois municipal corporation, by and through its attorneys, Kelty Law Offices, P.C., pursuant to Local Rule 16.1(E)(8) to file herein its *Motion in Limine to Bar the Testimony of Certain Witnesses* at trial. In support of its Motion, Plaintiff states as follows:

    1.  McLeodUSA should be precluded from calling Scott Erberle as a witness at trial because it failed to properly disclose Mr. Eberle as a potential witness during the discovery process in this case.

    2.  McLeodUSA should be precluded from calling Michele McLaughlin as a witness at trial because it failed to properly

disclose Ms. McLaughlin as a potential witness during the discovery process in this case.

3. McLeodUSA should be precluded from calling Michael Smeltzer as a witness at trial because it failed to properly disclose Mr. Smeltzer as a potential witness during the discovery process in this case.

4. McLeodUSA should be precluded from calling Michael Vrem as a witness at trial because it failed to properly disclose Mr. Vrem as a potential witness during the discovery process in this case.

WHEREFORE for these reasons and those further set out in Plaintiff's accompanying *Memorandum of Law in Support of Plaintiff's Motion in Limine to Bar the Testimony of Certain Witnesses*, Plaintiff prays that this Court preclude Defendants from calling Scott Erberle, Michele McLaughlin, Michael Smeltzer, Michael Vrem, Steven Carter, Frederick Stavins, and David Clark to testify at trial.

Respectfully submitted,

**THE CITY OF CHAMPAIGN, an Illinois municipal corporation, Plaintiff**

s/ Thomas W. Kelty
Thomas W. Kelty, No. 1441337
Attorneys for Plaintiff
**KELTY LAW OFFICES, P.C.**
3201 Pleasant Run, Suite A
P.O. Box 13317
Springfield, IL 62791-3317
Telephone: 217/726-8200
Facsimile: 217/726-8300
Email: tkelty@keltylaw.com

**STATE OF ILLINOIS** )
                            ) ss.
**COUNTY OF SANGAMON** )

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 4th day of October, 2004, pursuant to the provisions of Rule 5 of the Federal Rules of Civil Procedure, [proposed] CDIL-LR 5.3, and the penalties therein provided, that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

    Edward F Malone, Esq.
    emalone@jenner.com

    Daniel J Weiss, Esq.
    dweiss@jenner.com

and that the original was maintained in my files.

                                            s/ Thomas W. Kelty
                                            Thomas W. Kelty, No. 1441337
                                            Attorneys for Plaintiffs
                                            **KELTY LAW OFFICES, P.C.**
                                            3201 Pleasant Run, Suite A
                                            P.O. Box 13317
                                            Springfield, IL 62791-3317
                                            Telephone: 217/726-8200
                                            Facsimile: 217/726-8300

H:\3789\90001\Limine02.mot\10-4-2004