**KELTY LAW OFFICES, P.C.**
3201 PLEASANT RUN, SUITE A
P.O. BOX 13317
SPRINGFIELD, ILLINOIS 62791-3317
http://www.keltylaw.com

THOMAS W. KELTY*
GUY M. LAHR III

*ALSO LICENSED IN MISSOURI

December 23, 2003

AREA CODE: 217
TELEPHONE: 726-8200
FAX: 726-8300
E-MAIL: tkelty@keltylaw.com

FRANK M. PFEIFER (1908-1994)

Edward Malone, Esq.
Jenner & Block, LLC
One IBM Plaza
Chicago, IL 60611

Re:   *City of Champaign v. McLeodUSA, Inc.*, No. 02-2252
      Our File: 3789-90001

Dear Ed:

As we previously discussed by telephone, I would like to schedule depositions of McLeod officers or employees as appropriate. Obviously, I do not want to depose every employee within the company. Rather, I ask that you identify the person or persons who could respond to questions regarding the corporate structure of the company (McLeodUSA) vis-a-vis the 1996 Annual Report which I appended as Exhibit B to our *Memorandum of Law* filed December 22, 2003.

I also want to depose whoever it is that can respond to questions with regard to the "Undisputed Facts" set forth in McLeod's *Memorandum of Law* as well as the factual basis for McLeod's claim that it would be paying fees which are alleged to be "unreasonable and discriminatory". For planning purposes, I would like to schedule the depositions January 27 or January 29. Please let me know how these dates fit your calendar.

Sincerely yours,

KELTY LAW OFFICES, P.C.

By: _____
    Thomas W. Kelty

TWK:bsw
xc:   Frederick C. Stavins, Esq.
      Joanna King, Legal Assistant

EXHIBIT A

**KELTY LAW OFFICES, P.C.**
3201 PLEASANT RUN, SUITE A
P.O. BOX 13317
SPRINGFIELD, ILLINOIS 62791-3317
http://www.keltylaw.com

THOMAS W. KELTY*
GUY M. LAHR III

*ALSO LICENSED IN MISSOURI

AREA CODE: 217
TELEPHONE: 726-8200
FAX: 726-8300
E-MAIL: tkelty@keltylaw.com
FRANK M. PFEIFER (1908-1994)

December 29, 2003

Edward Malone, Esq.
Jenner & Block, LLC
One IBM Plaza
Chicago, IL 60611

    Re:    *City of Champaign v. McLeodUSA, Inc.*, No. 02-2252
            Our File: 3789-90001

Dear Ed:

    Now that the Court has entered its Order denying the Class Certification in this case, it would be in order for McLeod to fully respond to the *Interrogatories* and *Request to Produce*. I would like to have the *Response* by January 15 in order to give me time to prepare for depositions of the McLeod officials. Please contact me so that we can work out a schedule.

                              Sincerely yours,

                              **KELTY LAW OFFICES, P.C.**

                              By: _____
                                    Thomas W. Kelty

TWK:bsw
xc:    Frederick C. Stavins, Esq.

# KELTY LAW OFFICES, P.C.
3201 PLEASANT RUN, SUITE A
P.O. BOX 13317
SPRINGFIELD, ILLINOIS 62791-3317
http://www.keltylaw.com



THOMAS W. KELTY*
GUY M. LAHR III

*ALSO LICENSED IN MISSOURI

January 22, 2004

AREA CODE: 217
TELEPHONE: 726-8200
FAX: 726-8300
E-MAIL: tkelty@keltylaw.com
FRANK M. PFEIFER (1908-1994)

*Via Facsimile*

Daniel J. Weiss, Esq.
Jenner & Block, LLC
One IBM Plaza
Chicago, IL 60611

Re:   *City of Champaign v. McLeodUSA, Inc.*, No. 02-2252
      Our File: 3789-90001

Dear Dan:

I spoke the other day with you concerning the upcoming deposition of Mr. Lipman. It is presently scheduled for 9:00 a.m. January 27, 2004 at your offices subject to confirmation of time with Mr. Lipman.

You requested that I expand on the detail of the areas that I intend to cover with Rich. I will do that in this letter, however, I did write you on December 29 and ask that McLeod respond to the outstanding discovery by January 15 in order to give me preparation time.

The essence of McLeod's defense is that the fees paid by the various operating subsidiaries of McLeod are "unreasonable and discriminatory" when measured in light of Section 253. McLeod must have a factual basis for making such a claim which would be backed up by analysis prepared by Rich Lipman or someone else in the company. I intend to inquire in this area in some detail.

I intend to inquire as to the corporate and operating status of Consolidated Telecommunications now that it is back in business (apparently). I intend to inquire in this area in some detail likewise.

The 1996 Annual Report of McLeodUSA will be a subject of inquiry. In particular, I will ask for an explanation of the consolidated balance sheets, statement of operations, statements of stockholders' equity and statements of cash flow.

With regard to the undisputed facts contained in McLeod's Motion for Summary Judgment and its undisputed facts as stated in its Memorandum of Law in Support of its Motion for Summary Judgment, the areas of inquiry should be self-explanatory.

Edward Malone, Esq.
January 22, 2004
Page 2

Enclosed herewith is our RFCP 30(b)(6) notice.

Sincerely yours,

**KELTY LAW OFFICES, P.C.**

By: *Tom Kelty*
Thomas W. Kelty

TWK:bsw
Enclosure
xc:    Edward Malone, Esq.
       Frederick C. Stavins, Esq.

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

THE CITY OF CHAMPAIGN, an )
Illinois municipal corporation, )
on its own behalf and on behalf )
of the Class of all other units )
of local government similarly )
situated, )
 )
        Plaintiff, )
 )
   vs. )   NO. 02-2252
 )
MCLEODUSA, INC., a Delaware )
corporation, and MCLEODUSA )
TELECOMMUNICATION SERVICES, INC., )
an Iowa corporation, )
 )
        Defendants. )

## NOTICE OF DEPOSITION

TO: Richard Lipman
c/o Daniel J. Weiss
Jenner & Block
One IBM Plaza
Chicago, IL 60611-7603

YOU ARE HEREBY NOTIFIED that the discovery deposition of RICHARD LIPMAN, Assistant General Counsel, McLeodUSA, is scheduled to be held on Tuesday, January 27, 2004 at 9:00 a.m. before a Certified Shorthand Reporter and Notary Public in the offices of Jenner & Block, One IBM Plaza, Chicago, Illinois 60611, upon oral interrogatories as though under cross-examination pursuant to the provisions of Rule 30 of the Federal Rules of Civil Procedure. This deposition is scheduled to continue until completion.

H:\3789\90001\DepositionNotice.Lipman\1-22-2004

YOU ARE ALSO REQUIRED to bring to said deposition the following: Any and all files, documents, correspondence, notes, billing records, accounts receivable records, receipts and any and all corporate files, corporate documents, correspondence, financial records, and corporate records of McLeodUSA and its subsidiary operating companies in your possession relating to the subject matter of this litigation.

Pursuant to Rule 30(b)(6), Plaintiff intends to examine the Deponent with regard to, but not limited to, the areas described below.

1.  The factual basis for Defendants' claim fees are "unreasonable and discriminatory".

2.  The operating areas (service areas) of each of the companies serving or operating within the City.

3.  The 1996 Annual Report of McLeodUSA.

4.  The "undisputed" facts set forth in Defendants pleadings.

Respectfully submitted,

THE CITY OF CHAMPAIGN, an Illinois municipal corporation, Plaintiff

By: _____
One of its Attorneys

Thomas W. Kelty, No. 1441337
**KELTY LAW OFFICES, P.C.**
Attorneys for Plaintiff
3201 Pleasant Run, Suite A
P.O. Box 13317
Springfield, IL 62791-3317
Telephone: 217/726-8200
Fax: 217/726-8300

H:\3789\90001\DepositionNotice.Lipman\1-22-2004    2

STATE OF ILLINOIS    )
                     )    SS.
COUNTY OF SANGAMON   )

## AMENDED CERTIFICATE OF SERVICE

The undersigned hereby certifies pursuant to the provisions of Rule 5 of the Federal Rules of Civil Procedure, and the penalties therein provided, that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth by placing a copy in an envelope plainly addressed to said addressees, affixing first-class postage thereto, and depositing same with the United States mail at Springfield, Illinois on January 22, 2004:

>    Edward F. Malone, Esq.
>    Daniel J. Weiss, Esq.
>    Jenner & Block, LLC
>    One IBM Plaza
>    Chicago, IL 60611
>    Facsimile: (312) 840-7252

and that the original was filed with the Clerk of the Court in which this matter is pending.

*Brenda S Witt*

SUBSCRIBED AND SWORN to before me, a Notary Public, this 22nd day of January, 2004.

*Joanna King*
Notary Public

"OFFICIAL SEAL"
JOANNA KING
NOTARY PUBLIC STATE OF ILLINOIS
COMMISSION EXPIRES 09/27/05

H:\3789\90001\DepositionNotice.Lipman\1-22-2004

# JENNER & BLOCK

January 23, 2004

Jenner & Block LLP     Chicago
One IBM Plaza          Dallas
Chicago, IL 60611-7603 Washington, DC
Tel 312 222-9350
www.jenner.com

*VIA FACSIMILE & U.S. MAIL*

Daniel J. Weiss
Tel 312 923-4517
Fax 312 840-7517
dweiss@jenner.com

Thomas W. Kelty
Kelty Law Offices, P.C.
3201 Pleasant Run, Suite A
Springfield, Illinois 62707

Re:   *City of Champaign v. McLeodUSA, Inc.*

Dear Tom:

This letter is to confirm that we will go forward with a Rule 30(b)(6) deposition of McLeodUSA on Tuesday, January 27, 2004, at 9:00 a.m., at Jenner & Block's offices in Chicago. McLeodUSA will produce Victor Lazzaretti as its deponent to speak to the topics listed in Champaign's January 22, 2004 notice.

As we discussed yesterday by phone, we understand that Champaign's questions regarding the third topic listed in the January 22 notice – "The 1996 Annual Report of McLeodUSA" – will be limited to the corporate history and operations of McLeodUSA Incorporated and its subsidiaries during the relevant period in this case. Mr. Lazzaretti will be prepared to testify about that topic, but not about broader issues related to the 1996 Annual Report, such as accounting or securities law matters.

Finally, please find attached an objection to the document request included in Champaign's deposition notice. As set out in the objection, the request is not appropriate under the Federal Rules of Civil Procedure, was provided to us only four business days before the purported deadline in the notice, and is in any event plainly overbroad.

Please call me if you have any questions. I look forward to seeing you in Chicago next week. Thank you.

Sincerely,

Daniel J. Weiss

Enclosure

cc:   Richard S. Lipman
      Edward F. Malone

**KELTY LAW OFFICES, P.C.**
3201 PLEASANT RUN, SUITE A
P.O. BOX 13317
SPRINGFIELD, ILLINOIS 62791-3317
http://www.keltylaw.com

THOMAS W. KELTY*
GUY M. LAHR III

*ALSO LICENSED IN MISSOURI

January 23, 2004

AREA CODE: 217
TELEPHONE: 726-8200
FAX: 726-8300
E-MAIL: tkelty@keltylaw.com

FRANK M. PFEIFER (1908-1994)

Edward Malone, Esq.
Jenner & Block, LLC
One IBM Plaza
Chicago, IL 60611

Re:  *City of Champaign v. McLeodUSA, Inc.*, No. 02-2252
     Our File: 3789-90001

Dear Ed:

I am advised in writing and by telephone by Dan Weiss that McLeod does not intend to bring to the deposition Tuesday any of the documents that I have requested, whatsoever. Furthermore, Dan has exhibited an unwillingness to discuss whether the request for documents can be narrowed such that the deposition can go forward.

The issue of discovery is further clouded by the refusal of McLeod to respond to discovery that is still outstanding. According to the timetable you have established (which I don't agree with) McLeod will not be obligated to respond to discovery until March 22, 2004. Whether McLeod does so prior to that date is another matter. Perhaps we can work that out when we speak on Tuesday.

I would much prefer to take Lazzaretti's deposition within the next 30 days but only if I have discovery from McLeod.

I look forward to speaking to you and Dan at 11:00 a.m. Central Standard Time Tuesday, January 27, 2004.

Sincerely yours,

**KELTY LAW OFFICES, P.C.**

By: Thomas W. Kelty

TWK:bsw
xc:  Frederick C. Stavins, Esq.

**JENNER&BLOCK**

January 26, 2004

Jenner & Block LLP      Chicago
One IBM Plaza           Dallas
Chicago, IL 60611-7603  Washington, DC
Tel 312 222-9350
www.jenner.com

***VIA FACSIMILE & U.S. MAIL***

Edward F. Malone
Tel 312 923-2852
Fax 312 840-7252
emalone@jenner.com

Thomas W. Kelty
Kelty Law Offices, P.C.
3201 Pleasant Run, Suite A
Springfield, Illinois 62707

Re:   *City of Champaign v. McLeodUSA, Inc. #02-2252*

Dear Tom:

I am writing in response to your letter dated January 23, 2004, which I received late Friday afternoon. I was surprised by the letter because it was clearly written after our telephone conversation on Friday afternoon, and yet makes no reference to that conversation. Therefore, let me reiterate what I told you on Friday.

First, McLeod objects to producing documents next Tuesday for the reasons set forth in the objections we served upon you in Dan Weiss' letter of January 23. Specifically, we think the request is overbroad and violates the Federal Rules of Civil Procedure, because it does not give McLeod adequate time to respond.

Second, it is not our obligation to propose a narrower request. We have objected the request as written because it is plainly overbroad. It is your obligation to tell us what documents you really need, and then for us to tell you what we are willing and able to produce. Even if we could have reached an agreement on a narrower scope of production on Friday, there would still be inadequate time for McLeod to gather, review and produce the documents.

Third, McLeod has not refused to produce the discovery that is still outstanding. Champagne served a great deal of discovery that has been mooted by the Court's denial of class classification. We have reviewed the remaining requests, and we believe that with the exception of your request for information about the number of phone lines that McLeod maintains in Champagne, we have provided all the information that McLeod has responsive to Champaign's requests. If you believe that the responses are inadequate, or that there is other responsive information in McLeod's possession, then that should be the subject of a discovery conference.

Fourth, Dan and I repeatedly made clear in our conversation with you that it is not McLeod's position that it is not obligated to respond to discovery until March 22, 2004. McLeod will respond to discovery consistent with the time lines established by the Federal Rules of Civil Procedure, to the extent possible. Dan and I were simply pointing out that because fact discovery does not close

Tom Kelty
January 26, 2004
Page 2

**JENNER&BLOCK**

until March 22nd, there remains ample time to respond to Champagne's discovery request and conduct depositions. In any case McLeod did not unilaterally set this discovery time table. It was agreed to by the parties and entered by the Court. We are happy to discuss these issues further tomorrow.

Very truly yours,

*[signature]*

Edward F. Malone

cc:   Daniel Weiss

EFM:yg

**KELTY LAW OFFICES, P.C.**
3201 PLEASANT RUN, SUITE A
P.O. BOX 13317
**SPRINGFIELD, ILLINOIS 62791-3317**
http://www.keltylaw.com

THOMAS W. KELTY*
GUY M. LAHR III
───
*ALSO LICENSED IN MISSOURI

January 27, 2004

AREA CODE: 217
TELEPHONE: 726-8200
FAX: 726-8300
E-MAIL: tkelty@keltylaw.com
FRANK M. PFEIFER (1908-1994)

Mr. Edward Malone
Jenner & Block, LLC
One IBM Plaza
Chicago, IL 60611

Daniel Weiss, Esq.
Jenner & Block, LLC
One IBM Plaza
Chicago, IL 60611

Re: *City of Champaign v. McLeodUSA, Inc.*, No. 02-2252
Our File: 3789-90001

Gentlemen:

I will likely want to take the depositions of Michael Smeltzer and Michael Vrem either at my offices or theirs in Champaign.

I will likewise want to depose Michelle McLaughlin and Scott Erberle. Perhaps these two can be coordinated with the Lazzaretti deposition. I am open to suggested dates in accordance with the *Report of Parties' Planning Meeting* filed April 2, 2003.

With regard to the discussion that we had by telephone January 27, I call your attention to paragraph 5(a) which references discovery on a number of topics including "the costs charged Defendants for use of the rights-of-ways of certain other units of local government". I could buy your objection that what McLeod pays in another municipality has no bearing what it pays in Champaign if McLeod operated in a vacuum within Champaign. In other words, McLeod is an operating entity throughout the State of Illinois and to the extent it argues that it is unable to be competitive due to the charges agreed to with the City of Champaign, its global sources of operating revenues within the State of Illinois may disclose, upon analysis, that in fact the Champaign fees are fair and reasonable.

Champaign's *Second Set of Interrogatories* and *Second Request for Production* have been provided to you.

Sincerely yours,

**KELTY LAW OFFICES, P.C.**

By: _____
Thomas W. Kelty

TWK:bsw
xc:    Frederick C. Stavins

**KELTY LAW OFFICES, P.C.**
3201 PLEASANT RUN, SUITE A
P.O. BOX 13317
**SPRINGFIELD, ILLINOIS 62791-3317**
http://www.keltylaw.com

THOMAS W. KELTY*
GUY M. LAHR III

*ALSO LICENSED IN MISSOURI

March 2, 2004

AREA CODE: 217
TELEPHONE: 726-8200
FAX: 726-8300
E-MAIL: tkelty@keltylaw.com
FRANK M. PFEIFER (1908-1994)

FAXED 3/2/04

*Via Facsimile*

Daniel J. Weiss, Esq.
Jenner & Block, LLC
One IBM Plaza
Chicago, IL 60611

    Re:    *City of Champaign v. McLeodUSA, Inc.*, No. 02-2252
            Our File: 3789-90001

Dear Dan:

    My interpretation of the *Report of Parties' Planning Meeting* is that depositions of fact witnesses should be concluded by the close of factual discovery. That date of March 22, 2004 is quickly approaching. Please contact me with your thoughts regarding this.

                      Sincerely yours,

                      **KELTY LAW OFFICES, P.C.**

                      By: _____
                            Thomas W. Kelty

TWK:jk
xc:    Fred Stavins, Esq.

**JENNER&BLOCK**

March 9, 2004

*VIA FACSIMILE & U.S. MAIL*

Jenner & Block LLP  
One IBM Plaza  
Chicago, IL 60611-7603  
Tel 312 222-9350  
www.jenner.com

Chicago  
Dallas  
Washington, DC

Thomas W. Kelty  
Kelty Law Offices, P.C.  
3201 Pleasant Run, Suite A  
Springfield, Illinois 62707

Daniel J. Weiss  
Tel 312 923-4517  
Fax 312 840-7517  
dweiss@jenner.com

Re:   *City of Champaign v. McLeodUSA, Inc.*

Dear Tom:

Further to my telephone conversation with your assistant on Friday, March 5, I have learned that Victor Lazzaretti is available for a deposition on the dates April 13 and 14, 2004. Please let me know whether Mr. Stavins and Champaign's Rule 30(b)(6) witness are available during the same days. If so, we can discuss scheduling a block of depositions during that time.

Separately, I have reviewed the amended case schedule you faxed this morning and approve it for filing.

Please call me if you have any questions. Thank you.

Sincerely,

Daniel J. Weiss

DJW/jal

cc:   Richard S. Lipman  
      Victor Lazzaretti  
      Edward F. Malone

**JENNER&BLOCK**

March 11, 2004

Jenner & Block LLP    Chicago
One IBM Plaza         Dallas
Chicago, IL 60611-7603  Washington, DC
Tel 312 222-9350
www.jenner.com

*VIA FACSIMILE & U.S. MAIL*

Thomas W. Kelty
Kelty Law Offices, P.C.
3201 Pleasant Run, Suite A
Springfield, IL 62707

Daniel J. Weiss
Tel 312 923-4517
Fax 312 840-7517
dweiss@jenner.com

Re:   *City of Champaign v. McLeodUSA, Inc.*

Dear Tom:

I have received your March 9, 2004 letter.

In your letter, you say that McLeodUSA's document requests are "overbroad." I disagree. But, as we discussed last week, McLeodUSA is more than happy to discuss narrowing its requests if there are particular categories of documents that Champaign believes should be excluded from discovery as irrelevant or duplicative. So far, the only category of documents that you have suggested should be excluded is appropriations ordinances. I proposed that Champaign produce one such ordinance, so that McLeodUSA could confirm your suggestion that the ordinances are irrelevant. That offer stands. McLeodUSA further stands by its offer to enter into similar arrangements for any other category of documents that Champaign wishes to discuss. If you have any other concrete proposals for narrowing any request that Champaign contends is overbroad, please let me know.

In your letter, you also suggest that I inquire as to the availability of a McLeodUSA "Rule 30(b)(6) witness to be deposed in Cedar Rapids." I am happy to schedule such a deposition, but I need a list of the proposed Rule 30(b)(6) topics before I can determine who the appropriate witness might be, and where that witness is located. If you send me a Rule 30(b)(6) notice with appropriate topics, I can consult McLeodUSA about scheduling.

You also suggest in your letter that you may issue a subpoena for a deposition of officers of Consolidated Communications. I would very much appreciate it if you would coordinate the scheduling of that deposition with me. I will attend the deposition, and would like to arrange my schedule accordingly. Also, some employees of Consolidated Communications are ex-employees of McLeodUSA. McLeodUSA may be able to arrange for the deposition on a cooperative basis. If you let me know who it is you wish to depose at Consolidated, I can look into this matter.

Finally, please let me know as soon as possible whether Mr. Stavins and Champaign's Rule 30(b)(6) witness will be available for depositions during April 13 or 14, the dates I discussed with your assistant.

Thomas W. Kelty
March 11, 2004
Page 2

**JENNER&BLOCK**

Please feel free to call me to discuss any of the above. Thank you.

Sincerely,

Daniel J. Weiss

DJW/jal

cc:   Richard S. Lipman (via facsimile)
      Victor Lazzaretti (via facsimile)
      Edward F. Malone

**JENNER&BLOCK**

**JENNER&BLOCK**

May 20, 2004

Jenner & Block LLP      Chicago
One IBM Plaza           Dallas

Re:   *City of Champaign v. McLeodUSA, Inc.*

Dear Tom:

Please find enclosed the Objections of McLeodUSA to Proposed Rule 30(b)(6) Deposition Topics of Champaign. If you wish to discuss any of these objections in advance of the deposition next week, please feel free to call Ed Malone or me.

Also, I have confirmed with Victor Lazzaretti that he is available for the Rule 30(b)(6) deposition on May 27, 2004 at 1:00 p.m. Unless you have another location, we propose to hold the deposition at Victor's office, 731 N. Jackson Street, Suite 410, Milwaukee, WI. Please let me know if you have a different proposal. Thank you.

Sincerely,

Daniel J. Weiss

DJW:jal

Enclosure

cc:   Richard S. Lipman (w/encl.)
      Victor Lazzaretti (w/encl.)
      Edward F. Malone