E-FILED
Monday, 04 October, 2004  04:38:27 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION**

| | |
|---|---|
| THE CITY OF CHAMPAIGN, an Illinois municipal corporation, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 02-2252 |
| McLEODUSA, INC., a Delaware corporation, and McLEODUSA TELECOMMUNICATION SERVICES, INC., an Iowa corporation, | ) ) ) Hon. Harold Baker ) ) ) |
| Defendants. | ) ) |

### McLEODUSA'S MOTION *IN LIMINE* NUMBER 3 TO BAR PAROL EVIDENCE

Pursuant to Fed. R. Civ. P. 16(c) and Local Rule 16.1(E)(5) and (8), defendants, McLeodUSA, Inc. and McLeodUSA Telecommunication Services, Inc. (collectively "McLeod") by their attorneys, submit this motion *in limine* for entry of an order barring plaintiff from submitting parol evidence to contradict the plain meaning of certain terms of 1) the 1996 agreement between Champaign and McLeodUSA's predecessor, Consolidated Communications Telecom Services, Inc. ("CCTS"), and 2) the 1997 agreement between Champaign and McLeodUSA, two of the contracts at issue in this lawsuit. In support of this motion, McLeodUSA states as follows:

1.      In this case, the City of Champaign seeks to charge duplicate fees to McLeodUSA under three different rights-of-way ("ROW") contracts. However, a substantial amount of the City's monetary claims are barred by the plain terms of two of those three contracts. The 1996 agreement between Champaign and McLeodUSA's predecessor, CCTS, unambiguously superseded and replaced the fee arrangement contained in the prior 1994

CHICAGO_1160877_1

agreement between the City and CCTS's predecessor, Consolidated Network, Inc. ("CNI"). Under the plain terms of the 1996 contract, the 1994 agreement does not apply in this case.

2. Similarly, while the City seeks to recover fees for over 60,000 feet of conduit under the 1997 agreement between the City and McLeodUSA, the plain terms of that agreement limit the scope of the contract to 20,982 feet of conduit expressly covered by the agreement. The remaining conduit is covered by the 1996 Agreement, under its plain terms.

3. Because the plain terms of the agreements defeat those aspects of Champaign's claims, McLeodUSA anticipates that the City will seek introduce parol evidence, including testimony by City Attorney Frederick Stavins and certain documentary evidence, in an attempt to contradict the contracts' plain meaning. That effort would be impermissible under Illinois law and the Federal Rules of Evidence. Because Illinois law bars parol evidence where a contract is unambiguous, the introduction of evidence purporting to contradict the plain terms of the 1996 and 1997 contracts is inadmissible as irrelevant and potentially confusing under Rules 402 and 403.

4. In further support of this motion, McLeodUSA submits an accompanying memorandum of law.

WHEREFORE, for the reasons set forth above and in the accompanying memorandum of law in support of this motion, McLeodUSA respectfully requests that this Court bar Champaign from introducing parol evidence to contradict the plain terms of the 1996 and 1997 Agreements, pursuant to Fed. R. Evid. 402 and 403.

        Respectfully submitted,
        McLeodUSA Incorporated and
        McLeod Telecommunications Services, Inc.

By:    s/ Edward F. Malone
        One of their attorneys
        Edward F. Malone
        Daniel J. Weiss
        JENNER & BLOCK LLP
        One IBM Plaza
        Chicago, Illinois 60611
        (312) 222-9350
        (312) 840-7517 (fax)

October 4, 2004

## CERTIFICATE OF SERVICE

      I hereby certify that on October 4, 2004, I electronically filed the foregoing McLEODUSA'S MOTION IN LIMINE NUMBER 3 TO BAR PAROL EVIDENCE and MEMORANDUM OF LAW IN SUPPORT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Thomas W. Kelty
    tkelty@keltylaw.com

    s/ Daniel J. Weiss
    Edward F. Malone
    Daniel J. Weiss
    Attorneys for Defendants
    Jenner & Block LLP
    One IBM Plaza
    Chicago, Illinois   60611
    (312) 222-9350
    (312) 840-7517 (fax)
    emalone@jenner.com
    dweiss@jenner.com