File Number    5383-075-7

# State of Illinois
## Office of
## The Secretary of State

COPY

**Whereas,** ARTICLES OF MERGER OF
CONSOLIDATED NETWORK INC.
INCORPORATED UNDER THE LAWS OF THE STATE OF ILLINOIS HAVE BEEN
FILED IN THE OFFICE OF THE SECRETARY OF STATE AS PROVIDED BY THE
BUSINESS CORPORATION ACT OF ILLINOIS, IN FORCE JULY 1, A.D. 1984.

Now Therefore, I, George H. Ryan, Secretary of State of the State of Illinois, by virtue of the powers vested in me by law, do hereby issue this certificate and attach hereto a copy of the Application of the aforesaid corporation.

In Testimony Whereof, I hereto set my hand and cause to be affixed the Great Seal of the State of Illinois, at the City of Springfield, this  1ST  day of  MAY  A.D. 19 96  and of the Independence of the United States the two hundred and  20TH.

*George H. Ryan*
Secretary of State

C-212.2

| Form **BCA-11.25** (Rev. Jan. 1995) | ARTICLES OF MERGER CONSOLIDATION OR EXCHANGE | File # 5383-075-7 |
|---|---|---|
| George H. Ryan Secretary of State Department of Business Services Springfield, IL 62756 Telephone (217) 782-6961 | **FILED** PAID MAY 1 1996    MAY 3 1996 GEORGE H. RYAN SECRETARY OF STATE | SUBMIT IN DUPLICATE This space for use by Secretary of State Date 5/1/96 Filing Fee $200.00 Approved: [signature] |
| DO NOT SEND CASH! Remit payment in check or money order, payable to "Secretary of State." Filing Fee is $100, but if merger or consolidation of more than 2 corporations, $50 for each additional corporation. | | |

1. Names of the corporations proposing to merge ~~consolidate~~ ~~exchange shares~~ , and the state or country of their incorporation:

| Name of Corporation | State or Country Of Incorporation | Corporation File No. |
|---|---|---|
| Consolidated Network Inc. | Illinois | 5383-075-7 |
| Midwest Fibernet Inc. | Illinois | 5390-398-3 |
| Central Communications Company | Illinois | 4466-775-4 |
| Consolidated Communications Telecom Services Inc. | Illinois | 5858-697-8 |

2. The laws of the state or country under which each corporation is incorporated permit such merger, consolidation or exchange.

3. (a) Name of the surviving ~~new~~ ~~acquiring~~ corporation: Consolidated Network Inc.

   (b) it shall be governed by the laws of: Illinois

4. Plan of merger ~~consolidation~~ ~~exchange~~ is as follows: See Exhibit A attached hereto

If not sufficient space to cover this point, add one or more sheets of this size.

EXPEDITED

MAY 1 1996

SECRETARY OF STATE

5. Plan of ~~consolidation~~ **merger** ~~exchange~~ was approved, as to each corporation not organized in Illinois, in compliance with the laws of the state under which it is organized, and (b) as to each Illinois corporation, as follows:

(The following items are not applicable to mergers under §11.30 —90% owned subsidiary provisions, See Article 7.)

(Only "X" one box for each corporation)

| Name of Corporation | By the shareholders, a resolution of the board of directors having been duly adopted and submitted to a vote at a meeting of shareholders. Not less than the minimum number of votes required by statute and by the articles of incorporation voted in favor of the action taken. (§ 11.20) | By written consent of the shareholders having not less than the minimum number of votes required by statute and by the articles of incorporation. Shareholders who have not consented in writing have been given notice in accordance with § 7.10 (§ 11.220) | By written consent of ALL the shareholders entitled to vote on the action, in accordance with § 7.10 & § 11.20 |
|---|---|---|---|
| Consolidated Network Inc. | ☐ | ☐ | ☒ |
| Midwest Fibernet Inc. | ☐ | ☐ | ☒ |
| Central Communications Company | ☐ | ☐ | ☒ |
| Consolidated Communications Telecom Services Inc. | ☐ | ☐ | ☒ |
|  | ☐ | ☐ | ☐ |

6. (Not applicable if surviving, new or acquiring corporation is an Illinois corporation) N/A

It is agreed that, upon and after the issuance of a certificate of merger, consolidation or exchange by the Secretary of State of the State of Illinois:

a. The surviving, new or acquiring corporation may be served with process in the State of Illinois in any proceeding for the enforcement of any obligation of any corporation organized under the laws of the State of Illinois which is a party to the merger, consolidation or exchange and in any proceeding for the enforcement of the rights of a dissenting shareholder of any such corporation organized under the laws of the State of Illinois against the surviving, new or acquiring corporation.

b. The Secretary of State of the State of Illinois shall be and hereby is irrevocably appointed as the agent of the surviving, new or acquiring corporation to accept service of process in any such proceedings, and

c. The surviving, new, or acquiring corporation will promptly pay to the dissenting shareholders of any corporation organized under the laws of the State of Illinois which is a party to the merger, consolidation or exchange the amount, if any, to which they shall be entitled under the provisions of "The Business Corporation Act of 1983" of the State of Illinois with respect to the rights of dissenting shareholders.

7. *(Complete this item if reporting a merger under § 11.30—90% owned subsidiary provisions.)*

   a. The number of outstanding shares of each class of each merging subsidiary corporation and the number of such shares of each class owned immediately prior to the adoption of the plan of merger by the parent corporation, are:

   | Name of Corporation | Total Number of Shares Outstanding of Each Class | Number of Shares of Each Class Owned Immediately Prior to Merger by the Parent Corporation |
   |---|---|---|
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |

   b. (Not applicable to 100% owned subsidaries)
   The date of mailing a copy of the plan of merger and notice of the right to dissent to the shareholders of each merging subsidiary corporation was _____, 19 _____ .

   Was written consent for the merger or written waiver of the 30-day period by the holders of all the outstanding shares of all subsidiary corporations received?   ☐ Yes    ☐ No

   *(If the answer is "No," the duplicate copies of the Articles of Merger may not be delivered to the Secretary of State until after 30 days following the mailing of a copy of the plan of merger and of the notice of the right to dissent to the shareholders of each merging subsidiary corporation.)*

8. The undersigned corporations have caused these articles to be signed by their duly authorized officers, each of whom affirms, under penalties of perjury, that the facts stated herein are true. (All signatures must be in **BLACK INK**.)

Dated __May 1__, 19 _96_

attested by ___[signature]___
(Signature of Secretary or Assistant Secretary)
S. L. Grissom, Secretary
(Type or Print Name and Title)

__Consolidated Network Inc.__
(Exact Name of Corporation)
by ___[signature]___
(Signature of President or Vice President)
J. L. Patrick, Vice President
(Type or Print Name and Title)

Dated __May 1__, 19 _96_

attested by ___[signature]___
(Signature of Secretary or Assistant Secretary)
S. L. Grissom, Secretary
(Type or Print Name and Title)

__Midwest Fibernet Inc.__
(Exact Name of Corporation)
by ___[signature]___
(Signature of President or Vice President)
J. L. Patrick, Vice President
(Type or Print Name and Title)

Dated __May 1__, 19 _96_

attested by ___[signature]___
(Signature of Secretary or Assistant Secretary)
S. L. Grissom, Secretary
(Type or Print Name and Title)

__Central Communications Company__
(Exact Name of Corporation)
by ___[signature]___
(Signature of President or Vice President)
J. L. Patrick, Vice President
(Type or Print Name and Title)

Dated __May 1__, 19 _96_

attested by ___[signature]___
(Signature of Secretary or Assistant Secretary)
S. L. Grissom, Secretary
(Type or Print Name and Title)

__Consolidated Communications Telecom Services Inc.__
(Exact Name of Corporation)
by ___[signature]___
(Signature of President or Vice President)
J. L. Patrick, Vice President
(Type or Print Name and Title)

C-195.4

EXHIBIT A

## PLAN OF MERGER

1. Effective as of the date on which a Certificate of Merger is issued by the Secretary of State of the State of Illinois (the "Illinois Secretary of State") following the filing of Articles of Merger with the Illinois Secretary of State (the "Effective Date"), each of:

   (a) Midwest Fibernet Inc., an Illinois corporation ("MFI") and a wholly-owned subsidiary of Consolidated Network Inc., an Illinois corporation ("CNI");

   (b) Central Communications Company, an Illinois corporation ("CCC") and a wholly-owned subsidiary of Consolidated Communications Inc., an Illinois corporation ("CCI"); and

   (c) Consolidated Communications Telecn.: Services Inc. an Illinois corporation ("CCTS") and a wholly-owned subsidiary of CCI,

shall each be merged with and into CNI, which is a wholly-owned subsidiary of CCI. CNI shall be the surviving corporation under the name of Consolidated Communications Telecom Services Inc., and the separate existence of each of MFI, CCC and CCTS shall cease, in accordance with the provisions of the Illinois Business Corporation Act of 1983, as amended.

2. The issued shares of MFI, CCC and CCTS shall not be converted in any manner, and each such share which is issued and outstanding as of the Effective Date shall be surrendered and canceled.

3. The issued shares of CNI shall not be converted in any manner, and each such share which is issued and outstanding as of the Effective Date shall remain issued and outstanding following the Effective Date and shall be unchanged by the merger.

4. The Articles of Incorporation and By-laws of CNI as in effect on the Effective Date shall constitute the Articles of Incorporation and By-laws of the surviving corporation, with the following change:

   ARTICLE ONE of the Articles of Incorporation of CNI is hereby amended to read as follows:

   The name of the corporation is Consolidated Communications Telecom Services Inc.



5. The persons who are the directors and officers of CNI immediately prior to the merger shall be the directors and officers of the surviving corporation and shall hold office as provided in the Articles of Incorporation and By-laws of the surviving corporation.

6. This Plan of Merger may be terminated and the merger provided for herein may be abandoned upon the written agreement of the parties at any time prior to the filing of Articles of Merger with the Illinois Secretary of State.