IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | |
|---|---|
| THE CITY OF CHAMPAIGN, an Illinois municipal corporation, on its own behalf and on behalf of the Class of all other units of local government similarly situated, | ) ) ) ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) NO. 02-2252 ) |
| MCLEODUSA, INC., a Delaware corporation, and MCLEODUSA TELECOMMUNICATION SERVICES, INC., an Iowa corporation, | ) ) ) ) ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION IN LIMINE TO BAR
THE TESTIMONY OF MCLEODUSA'S OPINION WITNESS**

NOW COMES Plaintiff, THE CITY OF CHAMPAIGN, an Illinois municipal corporation, by and through its attorneys, Kelty Law Offices, P.C., pursuant to Local Rule 16.1(E)(8) to file herein its *Motion in Limine to Bar the Testimony of McLeodUSA's Opinions Witness* Lynn Shishido-Topel. In support of its Motion, Plaintiff states as follows:

1. Rule 702 of the Federal Rules of Evidence states:

"If scientific, technical, or other specialized knowledge will assist the trier of fact to understand the evidence or to determine a fact in issue, a witness qualified as an expert by knowledge, skill, experience, training, or education, may testify thereto in the form of an opinion or otherwise, if (1) the testimony is based upon sufficient facts or data, (2) the testimony is the product of reliable principles and methods, and (3) the witness has applied the principles and methods reliably to the facts of the case."

H:\3789\90001\Limine03.mot\10-4-2004

2.  McLeodUSA should be precluded from calling its Opinion Witness Lynn Shishido-Topel pursuant Rule 702 and <u>Daubert v. Merrell Dow Pharmaceuticals, Inc.</u>, 509 U.S. 579 (1993) and <u>Musser v. Gentiva Health Services</u>, 356 F.3d 751 (7th Cir. 2004).

3.  The Written Report of Ms. Shishido-Topel does not contain relevant evidence, as required by the Rule or by <u>Daubert</u>.

4.  The Written Report of Ms. Shishido-Topel does not contain reliable evidence, as required by the Rule or by <u>Daubert</u>.

5.  The Written Report of Ms. Shishido-Topel does not contain scientific knowledge that will assist in the trier of fact to understand or determine a fact issue, as required by the Rule or by <u>Daubert</u>.

WHEREFORE for these reasons and those further set out in Plaintiff's accompanying *Memorandum of Law in Support of Plaintiff's Motion in Limine to Bar the Testimony of McLeodUSA's Opinion Witness* Lynn Shishido-Topel, Plaintiff prays that this Court preclude Defendants from calling Lynn Shishido-Topel to testify at trial.

Respectfully submitted,

**THE CITY OF CHAMPAIGN, an Illinois municipal corporation, Plaintiff**

s/ <u>Thomas W. Kelty</u>
Thomas W. Kelty, No. 1441337
Attorneys for Plaintiff
**KELTY LAW OFFICES, P.C.**
3201 Pleasant Run, Suite A
P.O. Box 13317
Springfield, IL 62791-3317
Telephone: 217/726-8200
Facsimile: 217/726-8300
Email: tkelty@keltylaw.com

H:\3789\90001\Limine03.mot\10-4-2004               2

**STATE OF ILLINOIS** )
                     )   SS.
**COUNTY OF SANGAMON** )

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 4th day of October, 2004, pursuant to the provisions of Rule 5 of the Federal Rules of Civil Procedure, [proposed] CDIL-LR 5.3, and the penalties therein provided, that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

    Edward F Malone, Esq.
    emalone@jenner.com

    Daniel J Weiss, Esq.
    dweiss@jenner.com

and that the original was maintained in my files.

    s/ Thomas W. Kelty
    Thomas W. Kelty, No. 1441337
    Attorneys for Plaintiffs
    **KELTY LAW OFFICES, P.C.**
    3201 Pleasant Run, Suite A
    P.O. Box 13317
    Springfield, IL 62791-3317
    Telephone: 217/726-8200
    Facsimile: 217/726-8300