**E-FILED**
Monday, 04 October, 2004  04:45:18 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA/DANVILLE DIVISION

| | |
|---|---|
| **THE CITY OF CHAMPAIGN, an** ) <br> **Illinois municipal corporation,** ) <br> **on its own behalf and on behalf** ) <br> **of the Class of all other units** ) <br> **of local government similarly** ) <br> **situated,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> **vs.** ) <br> ) <br> **MCLEODUSA, INC., a Delaware** ) <br> **corporation, and MCLEODUSA** ) <br> **TELECOMMUNICATION SERVICES, INC.,** ) <br> **an Iowa corporation,** ) <br> ) <br> **Defendants.** ) | **NO. 02-2252** |

### MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE
### TO BAR THE TESTIMONY OF MCLEODUSA'S OPINION WITNESS

NOW COMES Plaintiff, THE CITY OF CHAMPAIGN, an Illinois municipal corporation, by and through its attorneys, Kelty Law Offices, P.C., pursuant to Local Rule 16.1(E)(8) to file herein its *Memorandum in Support of Plaintiff's Motion in Limine to Bar the Testimony* of McLeodUSA's Opinion Witness at Trial.

Pursuant Rule 702 of the Federal Rules of Evidence, Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993), and Musser v. Gentiva Health Services, 356 F.3d 751 (7th Cir. 2004), the opinion of Lynn Shishido-Topel, as contained in her written opinion, is without foundation. Furthermore Ms. Shishido-Topel is

H:\3789\90001\Limine03.mem\10-4-2004

not qualified to testify on the allocation of costs of the City of Champaign.

WHEREFORE, for the foregoing reasons Plaintiff respectfully requests that this Court enter an Order barring the testimony of McLeodUSA's opinion witness Lynn Shishido-Topel.

Respectfully submitted,

**THE CITY OF CHAMPAIGN, an Illinois municipal corporation, Plaintiff**


s/ Thomas W. Kelty
Thomas W. Kelty, No. 1441337
Attorneys for Plaintiff
**KELTY LAW OFFICES, P.C.**
3201 Pleasant Run, Suite A
P.O. Box 13317
Springfield, IL 62791-3317
Telephone: 217/726-8200
Facsimile: 217/726-8300
Email: tkelty@keltylaw.com

**STATE OF ILLINOIS**    )
                 )    **SS.**
**COUNTY OF SANGAMON**    )

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 4th day of October, 2004, pursuant to the provisions of Rule 5 of the Federal Rules of Civil Procedure, [proposed] CDIL-LR 5.3, and the penalties therein provided, that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

> Edward F Malone, Esq.
> emalone@jenner.com
>
> Daniel J Weiss, Esq.
> dweiss@jenner.com

and that the original was maintained in my files.

> s/ Thomas W. Kelty
> Thomas W. Kelty, No. 1441337
> Attorneys for Plaintiffs
> **KELTY LAW OFFICES, P.C.**
> 3201 Pleasant Run, Suite A
> P.O. Box 13317
> Springfield, IL 62791-3317
> Telephone: 217/726-8200
> Facsimile: 217/726-8300

H:\3789\90001\Limine03.mem\10-4-2004