**WHITSITT & ASSOCIATES, INC.**
*Appraisers - Consultants*
211 W. SPRINGFIELD AVE., SUITE 204
CHAMPAIGN, ILLINOIS 61820

STEPHEN D. WHITSITT, MAI, SRA
PRESIDENT

PHONE 217-356-7605
FAX   217-356-8145
WWW.WHITSITT.COM

June 25, 2004

Mr. Thomas W. Kelty, Esq.
Kelty Law Offices, P.C.
3201 Pleasant Run, Suite A
P.O. Box 13317
Springfield, Illinois 62791-3317

Dear Mr. Kelty,

In reference to the value opinion requested regarding the City of Champaign versus McLeod USA, Inc. and McLeod USA Telecommunication Services, Inc. suit regarding land dedicated as public roadway in the City of Champaign, it is my opinion that based on my 25 years of experience, a reasonable value range of land dedicated to public right-of-way is $1.00 – 35.00 per square foot. The median value of land dedicated to public right-of-way is $3.00 – 4.00 per square foot. The mean value of land dedicated to public right-of-way is $5.00 – 7.00 per square foot.

This opinion is based on information provided in a separate consultation report dated June 25, 2004.

Sincerely,

Stephen D. Whitsitt, MAI, SRA

# CONSULTATION ASSIGNMENT

Identifying Right-Of-Way Value Ranges
Within the City of Champaign, Illinois

As of
June 25, 2004

Prepared for:
Mr. Thomas W. Kelty, Esq.
Kelty Law Offices, P.C.
3201 Pleasant Run, Suite A
P.O. Box 13317
Springfield, Illinois 62791-3317

**WHITSITT & ASSOCIATES, INC.**
*Appraisers - Consultants*
211 W. SPRINGFIELD AVE., SUITE 204
CHAMPAIGN, ILLINOIS 61820

STEPHEN D. WHITSITT, MAI, SRA
PRESIDENT

PHONE 217-356-7605
FAX 217-356-8145
WWW.WHITSITT.COM

June 25, 2004

Mr. Thomas W. Kelty, Esq.
Kelty Law Offices, P.C.
3201 Pleasant Run, Suite A
P.O. Box 13317
Springfield, Illinois 62791-3317

Dear Mr. Kelty,

As per your request, I have undertaken a consulting assignment to assist the client in establishing a value range for City right-of-way land in Champaign. A summary of my findings are identified within the following consultation report and are based on a careful analysis of the various factors that tend to influence land values in the marketplace. The analysis and result of my investigation are submitted in the accompanying report, which has been made in conformity with and are subject to the requirements of the Code of Ethics and Professional Standards of the Appraisal Institute and in conformity with the Uniform Standards of Professional Appraisal Practice.

**Purpose** – The purpose of this consultation assignment is to provide an opinion regarding the reasonable value range of land dedicated to right-of-way within the City of Champaign. The purpose of this consultation would additionally be to provide legal testimony regarding this opinion in conjunction with the City of Champaign versus McLeod USA, Inc. and McLeod USA Telecommunication Services, Inc. suit filed in the U.S. District Court, Central District of Illinois, with a case number of 02-2252.

**Identification of the Real Estate** – The real estate which is the subject of this consultation assignment is some 220 miles of public right-of-way throughout the City of Champaign.

**Effective Date of Valuation** – The effective date of valuation of this consultation assignment is considered to be June 25, 2004, representing the date an opinion was rendered.

**Scope** – The scope of this assignment draws on my 25 years of appraisal experience, recognizing over 10,000 single family appraisals and over 1,000 commercial, multi-family, and industrial appraisals within the City of Champaign. It further recognizes a continual review of multiple listing information, public record information, and frequent discussions with local real estate brokers and appraisers regarding valuation issues.

**Summary** – Based on my 25 years of experience, a reasonable value range of land dedicated to public right-of-way is $1.00 – 35.00 per square foot. The median value of land dedicated to public right-of-way is $3.00 – 4.00 per square foot. The mean value of land dedicated to public right-of-way is $5.00 – 7.00 per square foot.

**Compensation** – Compensation to be received for the study and testimony is based largely on time, at a rate of $100 per hour, with one-half day minimums. The fee for the study is $1,000, with testimony and deposition anticipated to be $800 – 1,600.

**Expert Witness Testimony** – Depositions as an expert witness have been given for real estate valuations involving bankruptcy, foreclosure, insurance claims, various damages, and eminent domain issues. Court testimony has been given for real estate valuation involving eminent domain and condemnation of right-of-ways, easements, and whole takings, divorce, and other federal proceedings. Expert witness testimony has also been provided for partition suits and tax appeal.

Sincerely,

*[signature]* MAI, SRA

Stephen D. Whitsitt, MAI, SRA

# CERTIFICATION

I certify that, to the best of my knowledge and belief:

- the statements of fact contained in this report are true and correct.
- the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal unbiased professional analyses, opinions, and conclusions.
- I have no present or prospective interest in the property that is the subject of this report, and I have no personal interest or bias with respect to the parties involved.
- my compensation is not contingent on an action or event resulting from the analyses, opinions, or conclusions in, or the use of, this report.
- my analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.
- I have not made personal inspections of all of the properties that are the subject of this report. No one provided significant professional assistance in the preparation of this report.

## RESTRICTIONS UPON DISCLOSURE AND USE

Disclosure of the contents of this appraisal report is governed by the By law regulations of the Appraisal Institute.

Neither all nor part of the contents of this report (especially any conclusions as to value, the identity of the appraiser of the firm with which he is connected, or any reference to the Appraisal Institute or the MAI SRA designation) shall be disseminated to the public through advertising media, public relations media, to the public through means of communication without prior written consent and approval of the undersigned.

Stephen D. Whitsitt, MAI, SRA
Illinois License #153.0000207
Expires 09/30/05

## ASSUMPTIONS AND LIMITING CONDITIONS

This appraisal and appraisal report are subject to the following limiting conditions, if applicable:

The legal description furnished us is assumed to be correct.

We assume no responsibility for matters legal in character, nor do we render any opinion as to title, which is assumed to be marketable. All existing liens and encumbrances have been disregarded and the property is appraised as though free and clear under responsible ownership and competent management.

We have made no survey of the property and assume no responsibility in connection with such matters.

Unless otherwise noted herein, it is assumed that there are no encroachments, zoning violations or restrictions existing in the subject property.

Information, estimates and opinions contained in this report are obtained from sources considered reliable, however no liability for them can be assumed by the appraiser.

Possession of this report, or a copy thereof, does not carry with it the right of publication, nor may it be used for any purpose by anyone but the applicant without the previous written consent of the appraiser or the applicant, and in any event only with the proper qualifications.

We are not required to give testimony or attendance in court by reason of this appraisal, with reference to the property in question, unless arrangements have been made previously therefore.

The division of the land and improvement values estimated herein is applicable only under the program of utilization shown. These separate valuations are invalidated by any other application.

Environmental Disclaimer: The value estimated in this report is based on the assumption that the property is not negatively affected by the existence of hazardous substances or detrimental environmental conditions. The appraiser's routine inspection of and inquiries about the subject property did not develop any information that indicated any apparent significant hazardous substances or detrimental environmental conditions which would affect the property negatively. It is possible that tests and inspections made by a qualified hazardous substance and environmental expert would reveal the existence of hazardous materials and environmental conditions on or around the property that would negatively affect its value.

Unless otherwise stated in this report, the subject property is appraised without a specific compliance survey having been conducted to determine if the property is or is not in conformance with the requirements of the Americans with Disabilities Act. The presence of architectural and communications barriers that are structural in nature would restrict access by disabled individuals may adversely affect the property's value, marketability or utility. Since the appraiser has no direct evidence relating to this issue, possible noncompliance with the requirements of ADA was not considered in estimating the value of the property.

WHITSITT & ASSOCIATES, INC.