IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | |
|---|---|
| THE CITY OF CHAMPAIGN, an Illinois municipal corporation, on its own behalf and on behalf of the Class of all other units of local government similarly situated, ) ) ) ) ) ) | |
| Plaintiff, ) ) | No. 02-2252 |
| v. ) ) | Hon. Harold Baker |
| MCLEODUSA, INC., a Delaware corporation, and MCLEODUSA TELECOMMUNICATION SERVICES, INC., an Iowa corporation, ) ) ) ) ) | |
| Defendants. ) | |

**RULE 26(a)(1) DISCLOSURE STATEMENT OF MCLEODUSA, INC. AND MCLEODUSA TELECOMMUNICATIONS SERVICES, INC.**

Defendants McLeodUSA Incorporated and McLeodUSA Telecommunications Services, Inc. (collectively, "McLeodUSA") respectfully submit this initial disclosure pursuant to Federal Rule of Civil Procedure 26(a)(1).

**F.R.C.P. 26(a)(1)(A)**- the name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information:

### Employees of McLeodUSA

Scott Erberle, Vice President, Major Sales, 900 Commerce Drive, Suite 203, Oak Brook, Illinois, 60523, (630) 570-5087.

Victor Lazzaretti, Vice President and Deputy General Counsel, 731 North Jackson Street, Suite 410, Milwaukee, Wisconsin, 53202, (414) 831-5269.

Michele McLaughlin, Right of Way Coordinator I, McLeodUSA Technology Park, 6400 C Street S.W., Cedar Rapids, Iowa, 52406, (319) 790-6910.

Michael Smeltzer, Application Engineer, 2302 Fox Drive, Suite D, Champaign, Illinois, 61820, (217) 239-3044.

Michael Vrem, Senior Manager, 2302 Fox Drive, Suite D, Champaign, Illinois, 61820, (217) 239-3044.

These individuals have knowledge of the terms of the various purported contracts between McLeodUSA and the city of Champaign, Illinois ("Champaign") and the discriminatory and non-cost based nature of the charges Champaign seeks to assess against McLeodUSA.

**Representatives of the City of Champaign**

Steven Carter, City Manager, Champaign, Illinois.

Frederick Stavins, Legal Department, Champaign, Illinois.

Champaign engineers, including Jeff Smith and Joe Winborn.

These individuals have knowledge of the terms of the various purported contracts between McLeodUSA and Champaign and the method by which Champaign has calculated the charges it seeks to assess against McLeodUSA.

McLeodUSA's investigation continues. McLeodUSA will supplement this information consistent with Fed. R. Civ. P. 26(e) as appropriate.

**F.R.C.P. 26(a)(1)(B)** - a copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment:

McLeodUSA states that the following categories of documents that it may use to support its defenses are kept at McLeodUSA's corporate offices at McLeodUSA Technology Park 6400 C Street

S.W., Cedar Rapids, Iowa, 52406 and/or the offices of Jenner & Block, LLC, Chicago, Illinois, 60611:

The contracts that the City of Champaign, Illinois claims apply to McLeodUSA;

Contracts between the City of Champaign, Illinois and other telecommunications carriers; and

Documents related to McLeodUSA's facilities located within the City of Champaign, Illinois.

McLeodUSA's investigation continues. McLeodUSA will supplement this information consistent with Fed. R. Civ. P. 26(e) as appropriate.

**F.R.C.P. 26(a)(1)(C)** - a computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered:

Not applicable.

**F.R.C.P. 26(a)(1)(D)** - for inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part of all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment:

Not applicable.

>Respectfully submitted,
>McLeodUSA Incorporated and
>McLeod Telecommunications Services, Inc.
>
>By: _Earl J. Mace_
>     One of their attorneys

                                        Edward F. Malone
                                        Daniel J. Weiss
                                        JENNER & BLOCK, LLC
                                        One IBM Plaza
                                        Chicago, Illinois 60611
                                        (312) 222-9350
                                        (312) 840-7517 (fax)

Dated: August 1, 2003

## CERTIFICATE OF SERVICE

I, Daniel J. Weiss, an attorney, certify that I caused the foregoing Rule26(a)(1) Disclosure Statement to be served upon counsel listed below by U.S. Mail sent before the hour of 5 p.m., this 1st day of August, 2003.

_____
Daniel J. Weiss

Thomas W. Kelty
Kelty Law Offices, P.C.
3201 Pleasant Run, Suite A
Springfield, Illinois 62707