E-FILED
Monday, 11 October, 2004  03:15:22 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | | |
|---|---|---|
| THE CITY OF CHAMPAIGN, an Illinois municipal corporation, on its own behalf and on behalf of the Class of all other units of local government similarly situated, | ) ) ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | NO. 02-2252 |
| MCLEODUSA, INC., a Delaware corporation, and MCLEODUSA TELECOMMUNICATION SERVICES, INC., an Iowa corporation, | ) ) ) ) ) | |
| Defendants. | ) | |

**DISCOVERY CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 11th day of October, 2004, pursuant to the provisions of Rule 5 of the Federal Rules of Civil Procedure and proposed CDIL-LR 5.3, and the penalties therein provided, that a copy of *CHAMPAIGN'S SIXTH SUPPLEMENTAL RESPONSE TO MCLEODUSA'S FIRST SET OF DOCUMENT REQUESTS* was served upon each of the addressees hereinafter set forth via facsimile and by placing a copy in an envelope plainly addressed to said addressees, affixing first-class postage thereto, and depositing same with the United States mail at Springfield, Illinois on October 11, 2004:

>Edward F. Malone, Esq.
>Daniel J. Weiss, Esq.
>Jenner & Block, LLC
>One IBM Plaza
>Chicago, IL 60611

Per Rule 26.3 of the Local Rules of the US District Court for the Central District of Illinois the original of *CHAMPAIGN'S SIXTH SUPPLEMENTAL RESPONSE TO MCLEODUSA'S FIRST SET OF DOCUMENT REQUESTS*

H:\3789\90001\DISCOVERY12 CERT\10-11-2004

was not filed with the Clerk of the Court, but was retained in our files.

The undersigned further certifies that I electronically filed this *Discovery Certificate of Service* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

>   Edward F Malone, Esq.
>   emalone@jenner.com

>   Daniel J Weiss, Esq.
>   dweiss@jenner.com

and that the original was maintained in my files.

>                     s/ Thomas W. Kelty
>                     Thomas W. Kelty, No. 1441337
>                     **KELTY LAW OFFICES, P.C.**
>                     Attorneys for Plaintiff
>                     3201 Pleasant Run, Suite A
>                     P.O. Box 13317
>                     Springfield, IL 62791-3317
>                     Telephone: 217/726-8200
>                     Facsimile: 217/726-8300
>                     tkelty@keltylaw.com