Figure 1:  Overall Structure Prior to These Transactions

Figure 2:  Overall Structure Subsequent to These Transactions

EXHIBIT
8