IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | |
|---|---|
| THE CITY OF CHAMPAIGN, an Illinois municipal corporation, on its own behalf and on behalf of the Class of all other units of local government similarly situated, )<br><br>Plaintiff, )<br><br>vs. )<br><br>MCLEODUSA, INC., a Delaware corporation, and MCLEODUSA TELECOMMUNICATION SERVICES, INC., an Iowa corporation, )<br><br>Defendants. ) | NO. 02-2252 |

**CHAMPAIGN'S RESPONSE TO MCLEODUSA'S MOTION
PURSUANT TO FED. R. CIV. P. 37(c)(1) TO EXCLUDE
THE TESTIMONY OF UNDISCLOSED WITNESS SCHNUER**

NOW COMES Plaintiff, THE CITY OF CHAMPAIGN, an Illinois municipal corporation, by and through its attorneys, Kelty Law Offices, P.C., and respectfully responds as follows to *McLeodUSA's Motion Pursuant to Fed. R. Civ. P. 37(c)(1) to Exclude the Testimony of Undisclosed Witness Schnuer* filed October 4, 2004.

McLeodUSA's motion should be denied. Richard Schnuer is a City finance employee who will be called as a witness to identify certain documents as described in Plaintiff's Rule 26(e) identification. Mr. Schnuer is signatory to Champaign discovery documents 1690 through 1690A.

H:\3789\90001\Response Exclude Schnuer\10-11-2004

Furthermore, the testimony of Mr. Schnuer at trial for the City of Champaign imposes neither a hardship nor a disadvantage on Defendant because he is a fact witness, an employee of the City, and will testify only as to the authenticity of City financial documents, specifically 1677 through 1714.

WHEREFORE, it is respectfully suggested that McLeodUSA's Motion to Bar Richard Schnuer as a witness should be denied.

    Respectfully submitted,

**THE CITY OF CHAMPAIGN, an Illinois municipal corporation, Plaintiff**

s/ Thomas W. Kelty
Thomas W. Kelty, No. 1441337
Attorneys for Plaintiff
**KELTY LAW OFFICES, P.C.**
3201 Pleasant Run, Suite A
P.O. Box 13317
Springfield, IL 62791-3317
Telephone: 217/726-8200
Facsimile: 217/726-8300
Email: tkelty@keltylaw.com

**STATE OF ILLINOIS** )
                            )   SS.
**COUNTY OF SANGAMON** )

### CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on this 11th day of October, 2004, pursuant to the provisions of Rule 5 of the Federal Rules of Civil Procedure, [proposed] CDIL-LR 5.3, and the penalties therein provided, that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

        Edward F Malone, Esq.
        emalone@jenner.com

        Daniel J Weiss, Esq.
        dweiss@jenner.com

and that the original was maintained in my files.

                            s/ <u>Thomas W. Kelty</u>
                            Thomas W. Kelty, No. 1441337
                            Attorneys for Plaintiff
                            **KELTY LAW OFFICES, P.C.**
                            3201 Pleasant Run, Suite A
                            P.O. Box 13317
                            Springfield, IL 62791-3317
                            Telephone: 217/726-8200
                            Facsimile: 217/726-8300