E-FILED
Tuesday, 12 October, 2004  12:26:09 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | |
|---|---|
| THE CITY OF CHAMPAIGN, an Illinois municipal corporation, on its own behalf and on behalf of the Class of all other units of local government similarly situated, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) NO. 02-2252 |
| MCLEODUSA, INC., a Delaware corporation, and MCLEODUSA TELECOMMUNICATION SERVICES, INC., an Iowa corporation, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**CHAMPAIGN'S REPLY TO MCLEODUSA'S RESPONSE TO
CHAMPAIGN'S MOTION IN LIMINE TO BAR
THE TESTIMONY OF MCLEODUSA'S OPINION WITNESS**

NOW COMES Plaintiff, THE CITY OF CHAMPAIGN, an Illinois municipal corporation, by and through its attorneys, Kelty Law Offices, P.C., pursuant to Rule 26 of the Federal Rules of Civil Procedure and files herein its *Reply to McLeodUSA's Response to Champaign's Motion in Limine to Bar the Testimony of McLeodUSA's Opinions Witness* Lynn Shishido-Topel.

Champaign's motion to exclude the testimony of Lynn Shishido-Topel is based upon what is known. Specifically, the "Expert Report of Lynn Shishido-Topel" dated August 4, 2004 and signed by

her.  While the report is arguably impressive, it is not sworn to or otherwise affirmed by Lynn Shishido-Topel.  Furthermore, her statement that her opinions are based on "my knowledge of economics and information I have reviewed to date" is ambiguous at best.

While Lynn Shishido-Topel may be extremely well educated, may specialize in economics, and have relevant experience by virtue of having been a Commissioner on the Illinois Commerce Commission, the statements alone do not rise to the level of the <u>Daubert</u>'s test (<u>Daubert v. Merrell Dow Pharm., Inc.</u>, 509 U.S. 579 (1993) and Fed. R. Evid. 701).

Her "report" is a criticism of the opinions of Mr. David L. Clark.  Further, her explanation of the three reasons why "fees must be directly related to the actual costs imposed" by the telecommunications firms is unsupported.  There is no evidence that telecommunication companies will pay more or less than any stated amounts; there is no evidence that fees in excess of actual costs impede entry to the market; and there is no evidence or issue suggesting that fees based on compensation will put "upward pressure" on consumer rates.

Ms. Lynn Shishido-Topel intends to offer the following opinions:

    (1)    Mr. Clark's opinions regarding the City's costs of maintaining the ROW (opinion i and opinion iii) and his measures of fair and reasonable fees presented in his deposition testimony are unreliable and uninformative.

  (2) Mr. Clark fails to provide a credible empirical or theoretical basis for his opinion expressed in his expert report and in deposition that the City's fees charged to McLeodUSA were fair and reasonable (opinion II; July deposition at 63-80).

Her opinions that Mr. Clark's opinions are not valid does not fit the role of expert opinion in a case such as this where there is no issue of scientific technique (see <u>Daubert</u> at 584) holding only that "expert opinion based on a scientific technique is inadmissible unless the technique is "generally accepted" as reliable in the scientific community."

  WHEREFORE, for the foregoing reasons Plaintiff respectfully requests that this Court enter an Order barring the testimony of McLeodUSA's opinion witness Lynn Shishido-Topel.

        Respectfully submitted,

        **THE CITY OF CHAMPAIGN, an Illinois municipal corporation, Plaintiff**

        s/ <u>Thomas W. Kelty</u>
        Thomas W. Kelty, No. 1441337
        Attorneys for Plaintiff
        **KELTY LAW OFFICES, P.C.**
        3201 Pleasant Run, Suite A
        P.O. Box 13317
        Springfield, IL 62791-3317
        Telephone: 217/726-8200
        Facsimile: 217/726-8300
        Email: tkelty@keltylaw.com

**STATE OF ILLINOIS** )
                       ) ss.
**COUNTY OF SANGAMON** )

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 12th day of October, 2004, pursuant to the provisions of Rule 5 of the Federal Rules of Civil Procedure, [proposed] CDIL-LR, and the penalties therein provided, that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

    Edward F Malone, Esq.
    emalone@jenner.com

    Daniel J Weiss, Esq.
    dweiss@jenner.com

and that the original was maintained in my files.

                                        s/ <u>Thomas W. Kelty</u>
                                        Thomas W. Kelty, No. 1441337
                                        Attorneys for Plaintiff
                                        **KELTY LAW OFFICES, P.C.**
                                        3201 Pleasant Run, Suite A
                                        P.O. Box 13317
                                        Springfield, IL 62791-3317
                                        Telephone: 217/726-8200
                                        Facsimile: 217/726-8300

H:\3789\90001\Reply Reponse Limine03\10-12-2004