E-FILED
Thursday, 14 October, 2004  09:42:17 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | |
|---|---|
| THE CITY OF CHAMPAIGN, an Illinois municipal corporation, on its own behalf and on behalf of the Class of all other units of local government similarly situated, | ) ) ) ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) NO. 02-2252 ) |
| MCLEODUSA, INC., a Delaware corporation, and MCLEODUSA TELECOMMUNICATION SERVICES, INC., an Iowa corporation, | ) ) ) ) ) |
| Defendants. | ) |

**MOTION TO QUASH SUBPOENA**

NOW COMES Plaintiff, THE CITY OF CHAMPAIGN, an Illinois municipal corporation, by and through its attorneys, Kelty Law Offices, P.C., pursuant to Rule 45 of the Federal Rules of Civil Procedure and files herewith their *Motion to Quash Subpoena* issued upon Steven C. Carter, City Manager of City of Champaign.

Counsel for the City, Thomas W. Kelty, and counsel for McLeodUSA, Edward F. Malone, have made a good faith effort to resolve this matter without success. McLeodUSA intends to call Mr. Carter to testify with regard to two (2) Reports to the Champaign City Council. Neither of these reports was authored by Mr. Carter. It is standard practice within the City of Champaign for council

reports to be prepared by the staff person who originates the report. All reports are submitted under the name of the City Manager regardless of the fact that he does not prepare the reports.

Mr. Carter is the City Manager of the City of Champaign and is an active member of the International City Managers Association. The annual business conference of the ICMA is to take place October 15 through 20, 2004 in San Diego, California. Mr. Carter has long standing plans to attend this conference accompanied by his family. This business trip is an annual opportunity for Mr. Carter to vacation with his family at the same time. He does not otherwise vacation from his job with the City.

His airline reservations and registration to attend the San Diego conference were made July 23, 2004. Mr. Carter was not designated as a "potential" witness to be called by the Defendant McLeodUSA until September 17, 2004. A subpoena for Mr. Carter was issued and delivered to Champaign counsel October 8, 2004.

The calling of Mr. Carter to testify in this case would work a severe hardship upon him, the City of Champaign, and his family. Mr. Carter is available, if the Court so orders, to submit to a evidence deposition which may be introduced at trial, subject to objections as to relevancy.

For the above and foregoing reasons, the Subpoena for Mr. Carter to appear to testify October 18, 2004 at 9:00 a.m. should be

quashed.  The City's Memorandum of Law in Support hereof is filed separately.

        Respectfully submitted,

        **THE CITY OF CHAMPAIGN, an Illinois municipal corporation, Plaintiff**

        s/ Thomas W. Kelty
        Thomas W. Kelty, No. 1441337
        Attorneys for Plaintiff
        **KELTY LAW OFFICES, P.C.**
        3201 Pleasant Run, Suite A
        P.O. Box 13317
        Springfield, IL 62791-3317
        Telephone: 217/726-8200
        Facsimile: 217/726-8300
        Email: tkelty@keltylaw.com

**STATE OF ILLINOIS** )
                     ) SS.
**COUNTY OF SANGAMON** )

### CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on this 14th day of October, 2004, pursuant to the provisions of Rule 5 of the Federal Rules of Civil Procedure, [proposed] CDIL-LR 5.3, and the penalties therein provided, that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

        Edward F Malone, Esq.
        emalone@jenner.com

        Daniel J Weiss, Esq.
        dweiss@jenner.com

and that the original was maintained in my files.

                              s/ Thomas W. Kelty
                              Thomas W. Kelty, No. 1441337
                              Attorneys for Plaintiff
                              **KELTY LAW OFFICES, P.C.**
                              3201 Pleasant Run, Suite A
                              P.O. Box 13317
                              Springfield, IL 62791-3317
                              Telephone: 217/726-8200
                              Facsimile: 217/726-8300