E-FILED
Thursday, 14 October, 2004  09:51:23 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | |
|---|---|
| THE CITY OF CHAMPAIGN, an Illinois municipal corporation, on its own behalf and on behalf of the Class of all other units of local government similarly situated, ) ) ) ) ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | NO. 02-2252 |
| MCLEODUSA, INC., a Delaware corporation, and MCLEODUSA TELECOMMUNICATION SERVICES, INC., an Iowa corporation, ) ) ) ) ) | |
| Defendants. ) | |

**MEMORANDUM OF LAW IN SUPPORT OF
MOTION TO QUASH SUBPOENA**

NOW COMES Plaintiff, THE CITY OF CHAMPAIGN, an Illinois municipal corporation, by and through its attorneys, Kelty Law Offices, P.C., pursuant to Rule 45 of the Federal Rules of Civil Procedure and files herewith their *Memorandum of Law In Support of Motion to Quash Subpoena* issued upon Steven C. Carter, City Manager of City of Champaign.

Counsel for the City, Thomas W. Kelty, and counsel for McLeodUSA, Edward F. Malone, have made a good faith effort to resolve this matter without success. McLeodUSA intends to call Mr. Carter to testify with regard to two (2) reports to the Champaign

City Council. Neither of these reports was authored by Mr. Carter. It is standard practice within the City of Champaign for council reports to be prepared by the staff person who originates the report. All reports are submitted under the name of the City Manager regardless of the fact that he does not prepare the reports.

Attached hereto is the Affidavit of Steve Carter with regard to the contents of **Exhibit A**. Also attached are the Affidavits of Frederick Stavins, City Attorney, and Richard Schnuer, City Budget Officer, that they have knowledge as to the contents of the respective reports prepared by them.

Mr. Carter is the City Manager of the City of Champaign and is an active member of the International City Managers Association. The annual business conference of the ICMA is to take place October 15 through 20, 2004 in San Diego, California. Mr. Carter has long standing plans to attend this conference accompanied by his family. This business trip is an annual opportunity for Mr. Carter to vacation with his family at the same time. He does not otherwise vacation from his job with the City.

Attached are copies of the airline reservations and registration materials for Mr. Carter to attend the San Diego conference. These reservations were made July 23, 2004. Mr. Carter was not designated as a "potential" witness to be called by the Defendant McLeodUSA until September 17, 2004. A subpoena for

Mr. Carter was issued and delivered to Champaign counsel October 8, 2004.

The calling of Mr. Carter to testify in this case would work a severe hardship upon him, the City of Champaign, and his family. Mr. Carter is available, if the Court so orders, to submit to a evidence deposition which may be introduced at trial, subject to objections as to relevancy.

### Argument

Requiring Mr. Carter to appear to likely only identify a document submitted by him but prepared by others will work an undue burden. Rule 45(c)(3)(A)(iv) allows this Court to quash a subpoena if it exacts an undue burden. "Undue burden can be identified through looking at factors such as relevance, the need of the party for the documents, the breadth of the document request, the time period covered by it, the particularity with which the documents are described and the burden imposed." See <u>Linder v. Department of Defense</u>, 133 F.3d 17, 24 (D.C.Cir.1998) and <u>Flatow v. the Islamic Republic of Iran</u>, 196 F.R.D. 203, 206-07 (D.D.C.2000). There is no compelling need for Mr. Carter to testify as to the foundation of these two (2) documents, and his testimony, (which is expected to be rather brief) would be no where as near as complete or detailed as the testimony of City Attorney Stavins or Budget Officer Richard Schnuer.

For the above and foregoing reasons, the Subpoena for Mr. Carter to appear to testify October 18, 2004 at 9:00 a.m. should be quashed.

                    Respectfully submitted,

**THE CITY OF CHAMPAIGN, an Illinois municipal corporation, Plaintiff**

s/ Thomas W. Kelty
Thomas W. Kelty, No. 1441337
Attorneys for Plaintiff
**KELTY LAW OFFICES, P.C.**
3201 Pleasant Run, Suite A
P.O. Box 13317
Springfield, IL 62791-3317
Telephone: 217/726-8200
Facsimile: 217/726-8300
Email: tkelty@keltylaw.com

**STATE OF ILLINOIS** )
                           ) SS.
**COUNTY OF SANGAMON** )

### CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on this 14th day of October, 2004, pursuant to the provisions of Rule 5 of the Federal Rules of Civil Procedure, [proposed] CDIL-LR 5.3, and the penalties therein provided, that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

        Edward F Malone, Esq.
        emalone@jenner.com

        Daniel J Weiss, Esq.
        dweiss@jenner.com

and that the original was maintained in my files.

                                      s/ <u>Thomas W. Kelty</u>
                                      Thomas W. Kelty, No. 1441337
                                      Attorneys for Plaintiff
                                      **KELTY LAW OFFICES, P.C.**
                                      3201 Pleasant Run, Suite A
                                      P.O. Box 13317
                                      Springfield, IL 62791-3317
                                      Telephone: 217/726-8200
                                      Facsimile: 217/726-8300