STATE OF ILLINOIS,    )
                      ) SS:
COUNTY OF CHAMPAIGN.  )

## AFFIDAVIT

I, STEVE CARTER, do hereby state that if I was called upon to testify, I would state the following of my own knowledge:

1. I am the City Manager for the City of Champaign and have been City Manager since 1985.

2. I did not prepare or participate in the preparation of the substance of Council Bill No. 96-125, the Explanation of Council Bill No. 96-125, or Study Session Memo No. SS 2002-047 dated August 9, 2002, each of which is attached hereto and incorporated herein by reference.

3. I signed the Study Session Memo No. SS 2002-047 dated August 9, 2002, as the reviewer which is customary for our reports going to the City Council.

4. Further affiant saith not.

_____
STEVE CARTER

SUBSCRIBED AND SWORN TO before me,
a Notary Public, this 13th day of October, 2004.

_____
NOTARY PUBLIC



OFFICIAL SEAL
CAROL E. DENTON
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 2/17/07