STATE OF ILLINOIS,          )
                            ) SS:
COUNTY OF CHAMPAIGN.        )

## AFFIDAVIT

I, FREDERICK STAVINS, do hereby state that if I was called upon to testify, I would state the following of my own knowledge:

1. I am the City Attorney for the City of Champaign and have been City Attorney since 1981.

2. I prepared Council Bill No. 96-125 and the Explanation of Council Bill No. 96-125, both of which are attached hereto and incorporated herein by reference. No other person assisted me in preparing the substance of either the Council Bill or the Explanation of the Council Bill.

3. I also signed the aforementioned report as the preparer and also signed on behalf of the City Manager as reviewer.

4. Further affiant saith not.

_____
FREDERICK STAVINS

SUBSCRIBED AND SWORN TO before me,
a Notary Public, this 13th day of October, 2004.
_____
NOTARY PUBLIC

> OFFICIAL SEAL
> CAROL E. DENTON
> NOTARY PUBLIC, STATE OF ILLINOIS
> MY COMMISSION EXPIRES 2/17/07