STATE OF ILLINOIS,       )
                         )  SS:
COUNTY OF CHAMPAIGN.     )

### AFFIDAVIT

I, RICHARD SCHNUER, do hereby state that if I was called upon to testify, I would state the following of my own knowledge:

1. I am the Finance Director for the City of Champaign and have been Finance Director since 1985.

2. I prepared the report dated August 9, 2002, entitled Adoption of Simplified Municipal Telecommunications Tax, No. SS 2002-047, and signed the same at the end of the report. A true copy of the report is attached hereto and incorporated herein by reference. No other person assisted me in the preparation of the substance of the report.

3. Steve Carter did not assist me in the preparation of the report, but reviewed the report as indicated by his signature on Page 1 of the report as is customary for our reports that go to the City Council.

4. Further affiant saith not.

RICHARD SCHNUER

SUBSCRIBED AND SWORN TO before me,
a Notary Public, this 13th day of October, 2004.

NOTARY PUBLIC



OFFICIAL SEAL
CAROL E. DENTON
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 2/17/07