Orbitz Travel Document

### Steve Carter - Orbitz Travel Document - San Diego/ICMA 10/15/04

**From:** Orbitz Traveler Care <travelercare@orbitz.com>
**To:** "Steven C. Carter" <steve.carter@ci.champaign.il.us>
**Date:** 7/23/2004 4:49 PM
**Subject:** Orbitz Travel Document - San Diego/ICMA 10/15/04



*Your Travel Document ...*

Hello Steven,

Thanks for traveling with **Orbitz**. This e-mail confirms the ticket number(s) issued for the **"San Diego/ICMA 10/15/04"** trip. Please review the ticket information:

July 23, 2004

**GREAT RATES**
Click for car rates in San Diego

**ADD A CAR**
*Book now on Orbitz!*

### New Information for Airport Security

**Security update:** Airports and airlines now require that you obtain a boarding pass before entering the security checkpoint. Review the latest **airport security rules**.

**CARE ALERTS**
We automatically send alerts about flight status, delays and cancellations. Orbitz will send alerts to your **Mobile phone - voice:**
217-840-1338

You can also send alerts to your contacts. **Update alerts setup**

**TICKET INFORMATION**

**Passenger(s):** ALLEN CARTER, STEVEN CARTER, DONNA CARTER, BRIAN CARTER, PAUL BERG
**Orbitz record locator:** HS3LU3NX
**Airline ticket number(s):** 0011575385059, 0011575385061, 0011575385062, 0011575385063, 0011575385065

**ORBITZ EXTRAS**
**AIRLINE TICKET PROTECTOR**
Protect against trip cancellations and interruptions with Access America, an Orbitz partner. Coverage is available for a non-refundable airline ticket up to $3,000. Important limitations apply.
**Buy Airline Ticket Protector**

**Friday, October 15, 2004**
American Airlines # 1143

Indianapolis International (IND) to Dallas/Fort Worth International (DFW)
**Departure (IND):** October 15, 10:09 AM EST (morning)
**Arrival (DFW):** October 15, 12:25 PM CDT (afternoon)
**Class:** Economy
**Seat assignment:** 14E, 14F, 14D, 14B, 14A
view/change seats



**Friday, October 15, 2004**
American Airlines # 1589

Dallas/Fort Worth International (DFW) to San Diego Lindberg Fld S.Diego (SAN)
**Departure (DFW):** October 15, 2:37 PM CDT

(afternoon)
**Arrival (SAN):** October 15, 3:34 PM PDT (afternoon)
**Class:** Economy
**Seat assignment:** 16E, 16F, 16D, 16B, 16A
view/change seats



---

**Wednesday, October 20, 2004**
American Airlines # 2066

San Diego Lindberg Fld S.Diego (SAN) to Dallas/Fort Worth International (DFW)
**Departure (SAN):** October 20, 10:46 AM PDT (morning)
**Arrival (DFW):** October 20, 3:37 PM CDT (afternoon)
**Class:** Economy
**Seat assignment:** 19E, 19F, 19D, 19C, 19A
view/change seats

**Wednesday, October 20, 2004**
American Airlines # 1302

Dallas/Fort Worth International (DFW) to Indianapolis International (IND)
**Departure (DFW):** October 20, 4:46 PM CDT (afternoon)
**Arrival (IND):** October 20, 6:55 PM EST (evening)
**Class:** Economy
**Seat assignment:** 13E, 13F, 13D, 13B, 13A
view/change seats

> **CHECK-IN INFORMATION**

Because this reservation is an e-ticket, no ticket will be mailed to you. When checking in, you must present a valid government-issued photo ID. See **Quick Check-in Tips.**

> **PURCHASE CONFIRMATION**

**Passenger:** ALLEN CARTER
**Airline ticket number(s):** 0011575385059
**Ticket type:** electronic (e-ticket)

**Passenger:** STEVEN CARTER
**Airline ticket number(s):** 0011575385061
**Ticket type:** electronic (e-ticket)

**Passenger:** DONNA CARTER
**Airline ticket number(s):** 0011575385062
**Ticket type:** electronic (e-ticket)

**Passenger:** BRIAN CARTER
**Airline ticket number(s):** 0011575385063
**Ticket type:** electronic (e-ticket)

**Passenger:** PAUL BERG
**Airline ticket number(s):** 0011575385065

Ticket type: electronic (e-ticket)

Total airfare: $1147.00 (including taxes)
Service fee: $30.00
Total trip cost: $1177.00

> **BILLING INFORMATION**

Credit card holder's name: STEVEN C CARTER
Credit card type: American Express
Credit card number: xxxxxxxxxxx2020

102 N NEIL STREET
CHAMPAIGN, Illinois 61820

Please note that your fare may carry restrictions. Changes to your itinerary may result in additional fees. Review the fare rules in "**My Trips**" to learn more.

Important notice related to ticket **terms and conditions**.

> **SCHEDULE CHANGES**

You may receive an e-mail from Orbitz if a schedule change occurs prior to or during your trip. Such changes also will be noted in "**My Trips**". We recommend you check there periodically before your trip.

If there are changes to the flight(s), bring a printout with the updated itinerary and ticket number(s) to the airport. You can use the e-mail that comes 2-3 days before departure.

Lastly, please remember that your travel itineraries and information always are available online in "**My Trips.**" If you have any questions, you can **e-mail us.**

We'll be in touch with essential trip information as the travel date nears.

Again, thank you for choosing Orbitz.

Enjoy your trip!

**Orbitz Customer Care**

P.S. Need additional help? Check out our **Customer Service** section.