E-FILED
Thursday, 14 October, 2004  02:09:38 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | |
|---|---|
| THE CITY OF CHAMPAIGN, an Illinois municipal corporation, on its own behalf and on behalf of the Class of all other units of local government similarly situated, | ) ) ) ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) NO. 02-2252 ) |
| MCLEODUSA, INC., a Delaware corporation, and MCLEODUSA TELECOMMUNICATION SERVICES, INC., an Iowa corporation, | ) ) ) ) ) |
| Defendants. | ) |

**CHAMPAIGN'S RESPONSE TO MCLEODUSA'S MOTION IN LIMINE
NUMBER 4 TO BAR INTRODUCTION OF PRIVILEGED DOCUMENT**

NOW COMES Plaintiff, THE CITY OF CHAMPAIGN, an Illinois municipal corporation, by and through its attorneys, Kelty Law Offices, P.C., pursuant to Fed. R. Civ. P. 16(c) and Local Rule 16.1(E)(5) and (8), files herewith *Champaign's Response to Mcleodusa's Motion in Limine Number 4 to Bar Introduction of Privileged Document,* in which McLeodUSA seeks an Order barring Plaintiff from introducing into evidence Document Number MC 00637.

In its document production to the City of Champaign, Jenner & Block produced 1157 pages of documents, none of which were sorted,

correlated or in any way separated with regard to the various separate requests for production made by the City.

McLeodUSA left it to the City of Champaign to sort through this enormous volume of documents to determine their relevance, if at all, to the issues in this case. Evidently, neither McLeodUSA nor its attorneys carefully reviewed the documents before they were delivered to counsel for the City.

McLeodUSA produced a privilege log identifying a February 14, 2002 Michael Smeltzer authored document. Apparently, McLeodUSA produced one page of this privileged document and did so voluntarily. McLeodUSA's attorneys now argue that the disclosure was inadvertent and that the document should be returned because Plaintiff never challenged the privileged assertion. How is it that the City would challenge privilege on an attorney-prepared internal document? Such a challenge would likely be stricken by this Court.

However, the situation is much different where McLeodUSA has waived the privilege by voluntarily producing the document. It is of no moment that the document was disclosed. Inadvertent disclosure results in waiver of privilege.

Here, each factor overwhelmingly favors finding no waiver for McLeodUSA and requiring Champaign to return the privileged document. McLeodUSA plainly failed to use "reasonable precautions to prevent the disclosure" of the privileged document. There is

nothing in the document that would prejudice the legal position of McLeodUSA in this litigation, but at the same time it would clearly indicate to the jury that the corporate mentality of McLeodUSA is, and was, to buy its way out of litigation.  In no way would subjecting this document to deliberations of the jury, violate the policies underlying Fed. R. Civ. P. 408, as suggested by McLeodUSA, because it contains no offer of settlement.

WHEREFORE, for the foregoing reasons Plaintiff respectfully requests that this Court enter an Order allowing the introduction of document number MC 00637.

>Respectfully submitted,
>
>**THE CITY OF CHAMPAIGN, an Illinois municipal corporation, Plaintiff**
>
>s/ Thomas W. Kelty
>Thomas W. Kelty, No. 1441337
>Attorneys for Plaintiff
>**KELTY LAW OFFICES, P.C.**
>3201 Pleasant Run, Suite A
>P.O. Box 13317
>Springfield, IL 62791-3317
>Telephone: 217/726-8200
>Facsimile: 217/726-8300
>Email: tkelty@keltylaw.com

**STATE OF ILLINOIS** )
                    ) SS.
**COUNTY OF SANGAMON** )

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on this 14th day of October, 2004, pursuant to the provisions of Rule 5 of the Federal Rules of Civil Procedure,[proposed] CDIL-LR 5.3, and the penalties therein provided, that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

        Edward F Malone, Esq.
        emalone@jenner.com

        Daniel J Weiss, Esq.
        dweiss@jenner.com

and that the original was maintained in my files.

                        s/ Thomas W. Kelty
                        Thomas W. Kelty, No. 1441337
                        Attorneys for Plaintiff
                        **KELTY LAW OFFICES, P.C.**
                        3201 Pleasant Run, Suite A
                        P.O. Box 13317
                        Springfield, IL 62791-3317
                        Telephone: 217/726-8200
                        Facsimile: 217/726-8300

H:\3789\90001\Response Bar Privileged Doc\10-14-2004