Municode

**Champaign: Municipal Code**

Email Us | Refresh Code | Print | F.A.Q. | Help

Single Word Search: [      ] Search  *Advanced Search*

Show Table of Contents | Views | Frames

◀ Previous Page                                Next Page ▶

MUNICIPAL CODE City of CHAMPAIGN, ILLINOIS Codified through Ord. No. 2003-239, adopted Nov. 4, 2003. (Supplement No. 36)
   Chapter 30 STREETS, SIDEWALKS AND PUBLIC WAYS*
     ARTICLE X. USE OF STREETS AND CITY PROPERTY FOR EQUIPMENT*

## ARTICLE X. USE OF STREETS AND CITY PROPERTY FOR EQUIPMENT*

*__Cross references:__ Obstructions and encroachments, § 30-16 et seq.; construction, maintenance and repair of public ways, § 30-36 et seq.

### Sec. 30-230. Prohibition of utility equipment in right-of-way.

No ditches, drains, track, rails, poles, wires, pipeline, conduit or transmission or utility equipment of any public utility company, municipal corporation or other public or private corporation, association or person shall be located or placed for a period of time greater than four (4) hours or constructed upon, under, over or along any City street or other City property without first obtaining the written consent of the City as hereinafter provided for in this article.

(C.B. No. 87-334, § 1, 12-15-87; C.B. No. 95-147, § 3, 7-5-95)

### Sec. 30-231. Director of Public Works to promulgate regulations.

The Director of Public Works is authorized to promulgate reasonable rules, regulations and specifications for the use of City streets or other City property not inconsistent with this article.

(C.B. No. 87-334, § 1, 12-15-87)

### Sec. 30-232. Consent to temporarily occupy right-of-way.

(a)   *Permit required.* Subject to Section 30-231, the City Engineer is empowered to issue a right-of-way occupancy permit for any use of City streets or other public property for construction related purposes. The permit may be issued for such use as the City Engineer, in his sole discretion, deems necessary, up to a maximum of one hundred eighty (180) days. A permit may authorize occupancy for a maximum of one City block, or five hundred (500) feet if the block is larger than five hundred (500) feet.

(b)   *Closing an arterial street not permitted.* No permit shall be issued to close an arterial street to aid off-street construction.

(c)   *Preconditions.* No permit shall be issued until:

   (1)   Proof of insurance meeting the requirements of Section 30-59 has been provided;

   (2)   The fee, if any, required by Section 30-232(c) has been paid; and

Champaign
Doc. No.    1005

(3) A traffic control plan, in compliance with the Uniform Manual on Traffic Control Devices, has been approved by the City Engineer.

(d) *Restoration.* Upon expiration of the permit, the right-of-way shall be restored to the same or better condition as before the permit was issued. If the permit holder fails to restore the right-of-way as required after notice by the City Engineer to do so, the City may restore the right-of-way and charge the whole cost thereof to the person holding the permit or occupying the right-of-way. Such costs shall include, but not be limited to, an overhead charge based on the personnel involved in administering this section, as determined in writing by the Director of Finance. The amount so charged shall be billed to said person. The amount shall be paid to the City within twenty-eight (28) days after the date of the bill.

(e) *When permit not required.* A permit is not required if: 1) the only use of the right-of-way is the temporary (less than 24 hours) stopping of a licensed vehicle by a utility operating under a franchise agreement; 2) the use is by a utility or licensee whose franchise or license agreement does not require obtaining right-of-non-use permits; or 3) use of the right-of-way is by the City for work being performed by City employees or City contractors.

(f) *Fees.*

(1) Fees for issuance of a temporary permit pursuant to this section shall be as follows:

TABLE INSET:

|  | For Up to 7 Days | For Each Day 8–180 |
|---|---|---|
| (i) Major arterial street | $60.00 | $100.00/lane/day |
| (ii) Minor arterial street | $60.00 | $50.00/lane/day |
| (iii) Commercial collector street | $60.00 | $25.00/lane/day |
| (iv) Residential collector street | $60.00 | $10.00/lane/day |
| (v) Local street | $60.00 | $5.00/lane/day |
| (vi) Alleys | $60.00 | $5.00/ 1/2 alley/day |
| (vii) Sidewalk/parkway | $60.00* | $5.00/sidewalk/day |

*$60.00 fee waived if adjacent street permit is issued same date.

(2) Fees for total closure of the street shall be double the lane fees.

(3) Occupancy of a traffic lane requires payment for the adjacent on-street parking, if metered, pursuant to Section 33-72.1.

(4) The City Engineer may waive the fee for a City funded construction project; or the sidewalk/parkway fee, if an alternate walk is provided by the permittee.

(5) A credit in the amount of .1 percent of the total dollar amount for the project reported in the building permit may be taken against the amount due for the fee.

(6) If a franchise or license agreement waives fees for use of the right-of-way, no fee shall be required.

(g) *Failure to Obtain or Vacate.*

Previous Page                                Next Page 

Champaign
Doc. No. 1006

### Sec. 30-233. Consent to license agreements.

Subject to section 30-234, the City Manager is empowered to enter into license agreements giving the consent of the City to use City streets or other property for the maintenance of ditches, drains, track, rails, poles, wires, pipeline, materials or other equipment upon, under, over or along City streets or other City property.

(C.B. No. 87-334, § 1, 12-15-87)

Champaign
Doc. No.    1007

## Sec. 30-234. Minimum requirements.

The minimum requirements for an agreement referred to in section 30-233 are as follows:

    (a)   *Location.* The license shall specify the length and width of licensed property and include an accurate map of the exact location.

    (b)   *Term.* The term of the license shall not exceed twenty-five (25) years.

    (c)   *Plans and specifications.* The plans and specifications shall be subject to the approval of the Director of Public Works and all ordinances and regulations of the City.

    (d)   *Compensation.* Annual payments shall be made to the City in the amount of one dollar ($1.00) per lineal foot of licensed property of ten (10) feet or less in width. Compensation for licensed property in excess of ten (10) feet in width shall be at fifteen cents ($0.15) per square foot. The amounts herein set for compensation shall, on January first of each year beginning January 1, 1988, be adjusted by the Consumer Price Index published by the United States Department of Labor, Chicago area, all items for all urban consumers, or other generally recognized index which succeeds the Consumer Price Index.

(e)   *Transfer.* The transfer of the license granted pursuant to this article may not be transferred without the express written consent of the City.

(f)   *Installation and maintenance.* The license shall require the licensee to comply with all ordinances or regulations of the City. The licensee shall be required to restore any pavement disturbed in the course of construction as well as any non-pavement surface. Such restoration shall be to the satisfaction of the Director of Public Works. The agreement shall require the licensee to pay to the City any costs occasioned to the City on account of the licensee's failure to restore.

(g)   *Removal.* The license shall require the licensee to remove the equipment upon termination of the agreement at the licensee's expense.

(h)   *Relocation.* The license shall require the licensee to relocate the equipment at the licensee's expense at the request of the City.

(i)   *Indemnification.* The license shall require the licensee to defend and indemnify the City and its employees and agents for all expenses as related to the licensee's use of the City street or other City property.

(j)   *Insurance.* The license shall require the licensee to maintain insurance in amounts satisfactory to the Director of Public Works or in the alternative, an established formal program of self-insurance administered by a professional risk manager.

(k)   *Bond.* The license shall require the licensee to post a surety bond by a surety licensed to do business in Illinois in the amount of ten thousand dollars ($10,000.00) conditioned on the payment of all money and all other obligations under the license.

(C.B. No. 87-334, § 1, 12-15-87)

Champaign
Doc. No.     1008

### Sec. 30-235. Implied agreement.

Any person maintaining ditches, drains, track, rails, poles, wires, pipeline, materials or other equipment upon, under, over, or along City streets or City property without the written consent of the City shall, in addition to other penalties provided for herein, be irrebutably presumed to have consented to the formation of a contract between the City and that person for the time period when no express written consent of the City was in effect. The provisions of section 30-234 shall be deemed to have been in effect except that the City may direct immediate removal of such equipment and except that the compensation for the time period where no express written consent was in effect shall be triple the cost referred to in section 30-234.

(C.B. No. 87-334, § 1, 12-15-87)

Secs. 30-236--30-239. Reserved.