

## City of Champaign

REPORT TO CITY COUNCIL

FROM: Steven C. Carter, City Manager  *SCC-7c8*

DATE: May 15, 1996

SUBJECT: EXPLANATION OF COUNCIL BILL NO. 96 - 125

**Introduction:** The Council Bill would approve an agreement between the City and Consolidated Communications Telecom Services Inc. and an associated letter of understanding for use of the City's right-of-way for the provision of telecommunication services.

**Background:** Consolidated Communications Telecom Services Inc. is a company headquartered in Mattoon. The company has been in the telephone business for 100 years. While the company has in the past laid cable through the City, it has recently requested an agreement permitting them to offer local exchange service in addition to the service it already provides. In order to accomplish this, the company has requested a right-of-way agreement similar to the agreement already in place for Ameritech. The Ameritech agreement was approved by the City Council on April 19, 1994. The agreement was negotiated through the Municipal League on a Statewide basis. The terms proposed for the agreement with Consolidated Communications are identical to the terms contained in the agreement with Ameritech, which the Council has previously approved.

The new Federal Telecommunications legislation specifies that municipalities which enter into agreements with new market enterants must do so in a non-discriminatory manner, providing the same terms and conditions to all competitors. The compensation provided under the agreement would be .38¢ per access line per month. Consolidated has entered into a similar agreement with the City of Urbana and has been marketing local exchange services in both communities.

**Alternatives:**

1. Approve the agreement and related letter of understanding.

2. Do not approve the letter of understanding or agreement.

**Discussion of Alternatives:** Due to the recent Federal legislation, the City really has no alternative but to approve an agreement. The terms of the agreement must be substantially the same as the agreement with Ameritech. The attached agreement fulfills that obligation. Consolidated has previously laid lines within the City and has done so in an expeditious and professional manner. They have previously paid the City for running lines within the City's right-of-way on a limited basis. There appears to be no disadvantage to approving the agreement.

Champaign
Doc. No.    2167

Alternative 2, that is, to not approve the agreement and associated letter of understanding, would inconsistent with Federal law and the City's practice of encouraging competition. For the first time, there would be competition in local exchange service within the City. The City may well expect other telephone companies to approach the City's requesting the same authorization in the future.

**Budget and Staffing Impact**: Since the same customers within the City will be further divided between Consolidated and Ameritech, there is not expected to be any increase in revenues to the City resulting from this agreement. The City will spend time reviewing Consolidated's right-of-way activities, principally within the Engineering Division.

**Recommended Action**: Staff recommends that the Council Bill be passed approving the agreement.

Prepared by:

*[signature]*

Frederick C. Stavins
City Attorney

FCS/sjw