IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | |
|---|---|
| THE CITY OF CHAMPAIGN, an Illinois municipal corporation, on its own behalf and on behalf of the Class of all other units of local government similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MCLEODUSA, INC., a Delaware corporation, and MCLEODUSA TELECOMMUNICATION SERVICES, INC., an Iowa corporation,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　NO. 02-2252<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CHAMPAIGN'S MOTION TO SUPPLEMENT EXHIBIT LIST**

NOW COMES Plaintiff, THE CITY OF CHAMPAIGN, an Illinois municipal corporation, by and through its attorneys, Kelty Law Offices, P.C., pursuant to Fed. R. Civ. P. 26, and requests leave to supplement its Exhibit List for trial.

The Pretrial Order filed October 15, 2004 includes Joint Exhibit 2, the "1996 CCTS Agreement". This Exhibit inadvertently omits the attached "Letter of Understanding By and Between The City of Champaign, Illinois, and Consolidated Communications Telecom Services, Inc." which was entered into between CCTS and the City of Champaign as a prelude to execution of Joint Exhibit 2. Without this Letter of Understanding, neither the Court nor the jury will

H:\3789\90001\Supp Exhibit List Mot\10-19-2004

have before it the entirety of the documents upon which to base decisions of law or fact.  The attached Letter of Understanding is identified as Champaign Doc. No. 1547 through 1548, was exchanged in production between the parties and is relevant to the issues before this Court.

WHEREFORE, the City of Champaign respectfully request leave to supplement its Exhibit List and the Pretrial Order accordingly.

Respectfully submitted,

**THE CITY OF CHAMPAIGN, an Illinois municipal corporation, Plaintiff**


s/ Thomas W. Kelty
Thomas W. Kelty, No. 1441337
Attorneys for Plaintiff
**KELTY LAW OFFICES, P.C.**
3201 Pleasant Run, Suite A
P.O. Box 13317
Springfield, IL 62791-3317
Telephone: 217/726-8200
Facsimile: 217/726-8300
Email: tkelty@keltylaw.com

**STATE OF ILLINOIS** )
                         ) ss.
**COUNTY OF SANGAMON** )

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 19th day of October, 2004, pursuant to the provisions of Rule 5 of the Federal Rules of Civil Procedure, [proposed] CDIL-LR 5.3, and the penalties therein provided, that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

    Edward F Malone, Esq.
    emalone@jenner.com

    Daniel J Weiss, Esq.
    dweiss@jenner.com

and that the original was maintained in my files.

                                               s/ Thomas W. Kelty
                                               Thomas W. Kelty, No. 1441337
                                               Attorneys for Plaintiff
                                               **KELTY LAW OFFICES, P.C.**
                                               3201 Pleasant Run, Suite A
                                               P.O. Box 13317
                                               Springfield, IL 62791-3317
                                               Telephone: 217/726-8200
                                               Facsimile: 217/726-8300

H:\3789\90001\Supp Exhibit List Mot\10-19-2004