E-FILED
Tuesday, 19 October, 2004  09:41:33 AM
Clerk, U.S. District Court, ILCD

LETTER OF UNDERSTANDING BY AND BETWEEN
THE CITY OF CHAMPAIGN, ILLINOIS, AND
CONSOLIDATED COMMUNICATIONS TELECOM SERVICES INC.

This Letter of Understanding is intended to and shall clarify the intent of the parties to the Agreement for Use of the Public Way (Agreement) entered into between the City of Champaign (the City) and Consolidated Communications Telecom Services, Inc. (the Company), approved by the corporate authorities of the City on __5/21/96__, granting to the Company, its lessees, successors, and assigns certain rights in the City of Champaign, Illinois.

1. With respect to Section 1 of the Agreement, it is the intent of the parties that the Company's right to construct, erect, renew, maintain and operate in, upon, along, across, under and over streets, alleys and public ways extends to utility easements. It is further the intent of the parties that the Agreement is limited to those streets, alleys, utility easements and public ways under the jurisdiction and control of the City. It is further the intent of the parties that the Agreement shall not be construed to deny the City the right to request an agreement for use of the public way of any legal entity to which the Company has leased or assigned its rights, or which succeeds the Company's rights.

2. With respect to Section 2(a) of the Agreement, it is the intent of the parties that facilities installed, and all work in connection with such installation shall be performed so as not to interfere unreasonably with any utilities, lines, or cable television lines then in place, in addition to City water or sewer pipes. It is further the intent of the parties that the Company shall change its facilities so as to conform with any maintenance, repair, replacement, extension, reconstruction or enlargement of any City owned facility, in addition to the bringing to grade or change of grade, or change of width of any street or alley, and that such change to accommodate a legitimate City construction project shall be made at the Company's expense. It is further the intent of the parties that the Company shall not be required as a result of the Agreement to conform its facilities pursuant to this section due to any change of grade or width of any street or alley required by the rearrangement, separation or alteration of railroad crossings not within the jurisdiction and control of the City.

3. With respect to Section 2(b) of the Agreement, it is the intent of the parties that each application for a permit shall be accompanied by information describing the proposed time and manner of the work, including but not limited to the manner in which lawns and grassy parkways shall be restored.

4. With respect to Section 2(c) of the Agreement, it is the intent of the parties that if the Company fails to take protective and corrective steps within a reasonable amount of time in an emergency affecting the public health, safety and welfare, the City may take such steps as are reasonably necessary to protect public safety. The Company shall pay the City the reasonable costs incurred for such protective and corrective steps.

5. With respect to Section 4 of the Agreement, it is the intent of the parties that the Company shall, at its own expense, indemnify and hold harmless the City and its officers, agents and employees, from liability arising, as described in that Section, out of all litigation

Champaign
Doc. No.   1547

judgments or settlements, including reasonable attorney's fees and reasonable litigation and court costs.

6. With respect to Section 6 of the Agreement, it is the intent of the parties that the Company's obligation with respect to moving customer premises wiring associated with access lines provided to the City by the Company shall relate to customer premises wiring extending from the Company's network interface to a key or PBX system, but not to the wiring of the key or PBX system itself. It is further the intent of the parties that the City shall be responsible to coordinate connection issues arising between the Company and vendors who provide PBX or key system support.

7. With the respect to Section 10 of the Agreement, it is the intent of the parties that in the event that the Illinois Commerce Commission or any other body, board, commission or court of competent jurisdiction shall adjudge any clause of the Agreement relating to the payment of sums of money by the Company to the City as invalid or illegal, the City may terminate the Agreement and the Company shall forfeit its rights thereunder.

8. With respect to Section 15 of the Agreement, it is the intent of the parties that if a fully signed duplicate original of the Agreement is not forwarded by the Company to the City before the end of sixty (60) days after receipt by the Company of a copy of the Agreement executed by the City, then the Agreement shall not be effective.

9. It is the intent of the parties that, to the extent the terms of this Letter of Understanding conflict with the terms of the Agreement, the terms of the Letter of Understanding shall be controlling.

CITY OF CHAMPAIGN, ILLINOIS

_____
City Manager

ATTEST:

_____
Deputy City Clerk

Dated: 6/10/96

approved as to form

CONSOLIDATED COMMUNICATIONS TELECOM SERVICES INC.

By: _____
Its: President

By: _____
Its: Assistant Secretary & Assistant Treasurer

Dated: June 3, 1996

2

Champaign
Doc. No.   1548