E-FILED
Tuesday, 19 October, 2004  12:09:14 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | | |
|---|---|---|
| THE CITY OF CHAMPAIGN, | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | No. 02-2252 |
| | ) | |
| MCLEODUSA, INC., and MCLEODUSA | ) | Hon. Harold Baker |
| TELECOMMUNICATION SERVICES, | ) | |
| INC., | ) | |
| *Defendants*. | ) | |

### McLEODUSA'S SUBMISSION OF SUPPLEMENTAL AUTHORITY

Defendants McLeodUSA Incorporated and McLeodUSA Telecommunications Services, Inc. (collectively, "McLeodUSA"), respectfully submit as supplemental authority the decision of the Illinois Supreme Court in *AT&T v. Village of Arlington Heights*, 156 Ill.2d 399, 620 N.E.2d 1040 (1993). This decision may impact the Court's analysis of the pending pretrial motions, including the motions and briefing concerning the applicability of and constitutionality of Section 253.

In that case, the Illinois Supreme Court addressed the relationship between Illinois municipalities and the public rights-of-way in the context of fees assessed against telecommunications carriers. The Illinois Supreme Court wrote:

> [Illinois] Municipalities do not possess proprietary powers over the public streets. They only possess regulatory powers. The public streets are held in trust for the use of the public. While numerous powers and rights regarding public streets have been granted to municipalities by the General Assembly, they are all regulatory in character, and do not grant any authority to rent or to lease parts, or all, of a public street.

*Id.* at 409; 620 N.E.2d at 1044.

>The court further wrote:
>
>The streets exist for the benefit of the entire public and are subject only to reasonable regulations regarding usage. Streets do not exist and were not created as either obstructions or revenue-producing property for municipalities.

*Id.* at 414; 620 N.E.2d at 1047.

## **Conclusion**

McLeodUSA respectfully submits the above authority for the Court's consideration.

>Respectfully submitted,
>McLeodUSA Incorporated and
>McLeod Telecommunications Services, Inc.
>
>By:   s/ Edward F. Malone
>       One of their attorneys
>
>Edward F. Malone
>Daniel J. Weiss
>JENNER & BLOCK LLP
>One IBM Plaza
>Chicago, Illinois  60611
>(312) 222-9350
>(312) 840-7517 (fax)

October 19, 2004

## CERTIFICATE OF SERVICE

      I hereby certify that on October 19, 2004, I electronically filed the foregoing McLeodUSA's Submission of Supplemental Authority with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      Thomas W. Kelty
      tkelty@keltylaw.com

      s/ Daniel J. Weiss

      Edward F. Malone
      Daniel J. Weiss
      Attorneys for Defendants
      Jenner & Block LLP
      One IBM Plaza
      Chicago, Illinois  60611
      (312) 222-9350
      (312) 840-7517 (fax)
      emalone@jenner.com
      dweiss@jenner.com