E-FILED
Wednesday, 20 October, 2004 07:11:32 PM
Clerk, U.S. District Court, ILCD

```
            IN THE UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF ILLINOIS
                 URBANA/DANVILLE DIVISION


THE CITY OF CHAMPAIGN, an              )
Illinois municipal corporation,        )
on its own behalf and on behalf        )
of the Class of all other units        )
of local government similarly          )
situated,                              )
                                       )
            Plaintiff,                 )
                                       )
      vs.                              )   NO. 02-2252
                                       )
MCLEODUSA, INC., a Delaware            )
corporation, and MCLEODUSA             )
TELECOMMUNICATION SERVICES, INC.,      )
an Iowa corporation,                   )
                                       )
            Defendants.                )
```

## MOTION FOR ATTORNEYS' FEES AND RELATED NONTAXABLE EXPENSES

NOW COMES Plaintiff, THE CITY OF CHAMPAIGN, an Illinois municipal corporation, by and through its attorneys, Kelty Law Offices, P.C., pursuant to Fed. R. of Civ. P. 54(d)(2)(A) and files herewith its *Motion for Attorneys' Fees and Related Nontaxable Expenses*.

Claims for attorneys' fees and related nontaxable expenses shall be made by Motion unless the substantive law governing the action provides for the coverage of such fees as an element of damages to be proved at trial. Rule 54(d)(2)(A).

The agreements between the City of Champaign and McLeodUSA which are the subject of this litigation provide for the recovery by the City of attorneys' fees and expenses. See Section 12 of Joint Exhibit 1 and 3.

The City's fees reasonably and necessarily incurred in this litigation is $161,432.80 and its total of nontaxable expenses is $2,237.57. These representations are made pursuant to Rule 54(d)(2)(B). The City further discloses that it has a fee agreement with its counsel which caps the City's attorneys' fees in this litigation at $100,000.00. This agreement with regard to the cap on attorneys' fees is a matter of public record approved by the City Council of the City of Champaign.

The total of attorneys' fees in this litigation by counsel for the City of Champaign is based upon time reasonably devoted to the prosecution of this litigation kept in the form of contemporaneous time records maintained in the books and records of Kelty Law Offices, P.C.

WHEREFORE it is respectfully requested that this Court enter judgment in the amount of $102,237.57 ($2,237.57 + $100,000.00) for

attorneys' fees and related nontaxable expenses pursuant to Rule 54(d)(2)(A).

        Respectfully submitted,

        **THE CITY OF CHAMPAIGN, an Illinois municipal corporation, Plaintiff**

        s/ Thomas W. Kelty
        Thomas W. Kelty, No. 1441337
        Attorneys for Plaintiff
        **KELTY LAW OFFICES, P.C.**
        3201 Pleasant Run, Suite A
        P.O. Box 13317
        Springfield, IL 62791-3317
        Telephone: 217/726-8200
        Facsimile: 217/726-8300
        Email: tkelty@keltylaw.com

**STATE OF ILLINOIS**         )
                              )     SS.
**COUNTY OF SANGAMON**         )

### VERIFICATION

    THOMAS W. KELTY, on oath states that he is one of the Attorneys for Plaintiff in the foregoing cause of action, that he has read and understands the foregoing *Motion for Attorneys' Fees and Related Nontaxable Expenses* and that the same is true and correct to the best of his knowledge and belief.

    FURTHER AFFIANT SAYETH NAUGHT.

s/ <u>Thomas W. Kelty</u>
Thomas W. Kelty, No. 1441337
Attorneys for Plaintiff
**KELTY LAW OFFICES, P.C.**
3201 Pleasant Run, Suite A
P.O. Box 13317
Springfield, IL 62791-3317
Telephone: 217/726-8200
Facsimile: 217/726-8300
Email: tkelty@keltylaw.com

**STATE OF ILLINOIS** )
                            ) ss.
**COUNTY OF SANGAMON** )

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 20th day of October, 2004, pursuant to the provisions of Rule 5 of the Federal Rules of Civil Procedure, [proposed] CDIL-LR 5.3, and the penalties therein provided, that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

    Edward F Malone, Esq.
    emalone@jenner.com

    Daniel J Weiss, Esq.
    dweiss@jenner.com

and that the original was maintained in my files.

                                            s/ <u>Thomas W. Kelty</u>
                                            Thomas W. Kelty, No. 1441337
                                            Attorneys for Plaintiff
                                            **KELTY LAW OFFICES, P.C.**
                                            3201 Pleasant Run, Suite A
                                            P.O. Box 13317
                                            Springfield, IL 62791-3317
                                            Telephone: 217/726-8200
                                            Facsimile: 217/726-8300